IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT STEINBUCH

VS                        CASE NO. 4:06CV00620 GH

JESSICA CUTLER ET AL

**ORDER OF TRANSFER**

IT IS HEREBY ORDERED:

The above styled case heretofore assigned to the docket of Judge George Howard Jr., filed May 30, 2006, is now reassigned to the docket of Judge William R. Wilson Jr. by random reassignment/chip exchange for the following reason:

X   The judge has recused due to plaintiff is an employee of the University of Arkansas Law School which is on the Court's recusal list.

Dated this 31st day of May, 2006.

AT THE DIRECTION OF THE COURT

JAMES W. MCCORMACK, CLERK

BY:   /s/  Patricia L. Murray
      COURTROOM DEPUTY CLERK

cc: Judges Howard & Wilson
    Patricia & Mary
    ALL PARTIES