# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas
## U.S. Court House
## 600 West Capitol, Suite 402
## Little Rock, Arkansas 72201-3325

### * * MAILING CERTIFICATE OF CLERK * *

Re: 4:06-cv-620

True and correct copies of document # **2** along with a copy of the NEF were mailed by the clerk to the following on 05/31/2006

Jonathan Rosen
Attorney at Law
1200 Gulf Boulevard
Clearwater, FL 33767

**You chose to print mailing labels.**

**Preparing documents for the printer: bfwill...**

request id is bfwill-70109 (1 file(s))
request id is bfwill-70110 (1 file(s))
request id is bfwill-70111 (1 file(s))

Dockets.Justia.com