

**"Faye Davis"**
**<fdavis@williamsanderson.co**
**m>**

06/30/2006 10:26 AM

To   <clerksoffice@ared.uscourts.gov>

cc   "Beth M. Deere" <bdeere@williamsanderson.com>

bcc

Subject   Docket Correction

Re:    Case No.: 4-06:CV 0620WRW
         Document # 5

Document # 5 which was filed by our office on yesterday contained an error.  Please substitute the attached motion which is a corrected copy of the document.  The error was contained  in the heading of the documents.

Thank you for your assistance in this matter.


<<Pldg_MotionExtensionTime 06.30.06.pdf>>



*L. Faye Davis*
*Legal Secretary to Beth Deere and Clay Stone*
*WILLIAMS & ANDERSON PLC*
*111 Center Street*
*Twenty-Second Floor*
*Little Rock, Arkansas 72201*
*Phone: 501.372.0800*
*Facsimile: 501.372.6453*
*Direct: 501.396.8816*


**CONFIDENTIALITY NOTICE - THIS ELECTRONIC MAIL TRANSMISSION AND ANY DOCUMENTS ACCOMPANYING IT CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE.  THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE PERSON TO WHOM IT IS ADDRESSED.  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE TO ARRANGE FOR THE RETURN OF THE MESSAGE AND ANY ATTACHED DOCUMENTS.**



Pldg_MotionExtensionTime 06.30.06.pdf