

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 30 2006

JAMES W. McCORMACK, CLERK
By:_____
                      DEP CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**ROBERT STEINBUCH**                                    **PLAINTIFF**

v.                          Case No.: 4-06 CV0000 620WRW

**JESSICA CUTLER AND HYPERION BOOKS AND
DISNEY PUBLISHING WORLDWIDE AND
HOME BOX OFFICE AND TIME WARNER**           **DEFENDANTS**

### ORDER GRANTING MOTION FOR EXTENSION OF TIME
### TO ANSWER OR OTHERWISE RESPOND

Separate Defendants Hyperion Books and Disney Publishing Worldwide ("Separate Defendants") have moved for an extension of time in which to answer of otherwise respond to the Complaint in this case. Plaintiff has no objection to the extension.

Accordingly, the motion is hereby granted. Separate Defendants' answers or other responsive pleadings are now due on Friday, August 18, 2006.

DATED this 30th day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE