UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
------------------------------------------------------------x
Robert Steinbuch                                        :
                                                        :
                        Plaintiff,                      :   Index No. 4-06 CV0000620GH
                                                        :
        -v-                                             :
                                                        :   Affidavit of Service
Jessica Cutler & Hyperion Books & Disney                :
Publishing Worldwide & Home Box Office &                :
Time Warner,                                            :
                                                        :
                        Defendants.                     :
------------------------------------------------------------x

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 03 2006

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

STATE OF NEW YORK   )
                    )   ss.:
COUNTY OF NEW YORK  )

LUIS FELICIANO, being duly sworn deposes and says:

1.  I am over the age of eighteen years and am not a party to this action.

2.  On June 21, 2006 at approximately 12:05 p.m., I served a true copy of the Summons and First Amended Complaint, upon defendant Ms. Jessica Cutler, by personally delivering and leaving said documents with Mr. John Doe (name withheld), doorman, a person of suitable age and discretion, at defendant's last known residence, at 166 2nd Avenue, Apt. #9M, New York, New York 10003.

3.  Mr. Doe is described as follows: Latino male, black hair, black eyes, 5'6" – 5'8", 140 - 160 lbs., 50 to 60 years of age, with a mustache, wearing glasses.

4.. On June 21, 2006 I mailed in a post-paid, properly addressed envelope marked "personal and confidential", a copy of the aforementioned documents addressed to defendant at defendant's last known residence at 166 2nd Avenue, Apt. #9M, New York, New York 10003 in an official depository under the exclusive care and custody of the U.S. Postal Service at 53rd Street and Lexington Avenue. The outside of the envelope did not indicate that the mailing was from an attorney or concerned an action against the defendant.

_____
Luis Feliciano
Lic. No. 779966

Sworn to before me this
23rd day of June, 2006

_____
Notary Public

MARIA A. MOLINELLI
Notary Public, State of New York
No. 01MO4961497
Qualified in New York County
Commission Expires February 5, 2010