UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
-----------------------------------------------------------x
Robert Steinbuch                              :
                                              :   Index No. 4-06 CV0000 620
                     Plaintiff,               :
                                              :
          -v-                                 :   Affidavit of Service
                                              :
Jessica Cutler & Hyperion Books & Disney      :
Publishing Worldwide & Home Box Office &      :
Time Warner,                                  :
                                              :
                     Defendants.              :
-----------------------------------------------------------x

STATE OF NEW YORK   )
                    )  ss.:
COUNTY OF NEW YORK  )

LUIS FELICIANO, being duly sworn deposes and says:

1.   I am over the age of eighteen years and am not a party to this action.

2.   On June 23, 2006 at approximately 11:20 a.m., I served a true copy of the Summons and First Amended Complaint, upon Defendant Hyperion Books, by personally delivering and leaving said documents with Mr. Alec Lipkind, Supervisor in the Legal Department, who stated that he was authorized to accept service on behalf of Hyperion Books, at 77 West 66th Street, New York, New York 10023.

3.   Mr. Lipkind is described as follows: white male, blonde hair, brown eyes, 5'7" – 5'9", 160 - 180 lbs., 35 to 45 years of age.

*Luis Feliciano*
Luis Feliciano
Lic. No. 779966

Sworn to before me this
23rd day of June, 2006

*Maria G. Molinelli*
Notary Public

MARIA A. MOLINELLI
Notary Public, State of New York
No. 01MO4961497
Qualified in New York County
Commission Expires February 5, 2010