UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

------------------------------------------------------------x

Robert Steinbuch                          :

                  Plaintiff,    :

-v-                                       :

Jessica Cutler & Hyperion Books & Disney  :
Publishing Worldwide & Home Box Office &  :
Time Warner,                              :

                  Defendants.  :

------------------------------------------------------------x

Index No. 4-06CV0000 620GH

Affidavit of Service

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 03 2006
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

STATE OF NEW YORK   )
                    )  ss.:
COUNTY OF NEW YORK  )

LUIS FELICIANO, being duly sworn deposes and says:

1. I am over the age of eighteen years and am not a party to this action.

2. On June 19, 2006 at approximately 2:35 p.m., I served a true copy of the Summons and First Amended Complaint, upon Defendant Home Box Office, by personally delivering and leaving said documents with Mr. Michael Leung-Tat, Litigation Administrator of the Legal Department of HBO, who stated that he was authorized to accept service on behalf of HBO, at 1100 Avenue of the Americas, New York, New York 10036.

3. Mr. Leung-Tat is described as follows: black male, black hair, black eyes, 5'9" – 6'2", 170 - 200 lbs., 30 to 40 years of age.

                                                        _____
                                                        Luis Feliciano
                                                        Lic. No. 779966

Sworn to before me this
23rd day of June, 2006

_____
Notary Public

MARIA A. MOLINELLI
Notary Public, State of New York
No. 01MO4961497
Qualified in New York County
Commission Expires February 5, 2010