UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
------------------------------------------------------------x
Robert Steinbuch                              :
                                              :
                        Plaintiff,            :
                                              :
        -v-                                   :      Affidavit of Service
                                              :
Jessica Cutler & Hyperion Books & Disney      :
Publishing Worldwide & Home Box Office &      :
Time Warner,                                  :
                                              :
                        Defendants.           :
------------------------------------------------------------x

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 03 2006

JAMES W. McCORMACK, CLERK
Index No. B:06-CV0000-620GH
                                    DEP CLERK

STATE OF NEW YORK     )
                      )   ss.:
COUNTY OF NEW YORK    )

LUIS FELICIANO, being duly sworn deposes and says:

1.    I am over the age of eighteen years and am not a party to this action.

2.    On June 19, 2006 at approximately 2:35 p.m., I served a true copy of the Summons and First Amended Complaint, upon Defendant Time Warner, by personally delivering and leaving said documents with Mr. Michael Leung-Tat, Litigation Administrator of the Legal Department of HBO, who stated that he was authorized to accept service on behalf of Time Warner, at 1100 Avenue of the Americas, New York, New York 10036.

3.    Mr. Leung-Tat is described as follows: black male, black hair, black eyes, 5'9" – 6'2", 170 - 200 lbs., 30 to 40 years of age.

_____
Luis Feliciano
Lic. No. 779966

Sworn to before me this
23rd day of June, 2006

_____
Notary Public

MARIA A. MOLINELLI
Notary Public, State of New York
No. 01MO4961497
Qualified in New York County
Commission Expires February 5, 2010