UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**ROBERT STEINBUCH**                                         **PLAINTIFF**

**v.**                  **Case No.: 4-06 CV0000 620WRW**

**JESSICA CUTLER AND HYPERION BOOKS AND**
**DISNEY PUBLISHING WORLDWIDE AND**
**HOME BOX OFFICE AND TIME WARNER**                **DEFENDANTS**

## NOTICE OF ENTRY OF APPEARANCE

Jess L. Askew III hereby requests the Clerk of the Court to enter his appearance on behalf of separate defendants Hyperion Books and Disney Publishing Worldwide. Mr. Askew's representation of these defendants will be in addition to the representation currently provided by Beth Deere. Separate defendants hereby requests copies of all future service and correspondence be sent to Jess L. Askew III as well as to Beth Deere.

> Respectfully submitted,
>
> WILLIAMS & ANDERSON PLC
> 111 Center Street
> Twenty-Second Floor
> Little Rock, Arkansas 72201
> (501) 372-0800
> (501) 372-6453 (facsimile)
> E-mail: jaskew@williamsanderson.com
>
>
> By:   /s/ Jess L. Askew III
>    Philip S. Anderson, Ark. Bar # 60001
>    Jess L. Askew III, Ark. Bar # 86005
>    Beth M. Deere, Ark. Bar #86050
>    Clayborne S. Stone, Ark. Bar # 2003102
>    E-mail: jaskew@williamsanderson.com
>
> *Attorneys for Separate Defendants Hyperion*
> *Books & Disney Publishing Worldwide.*

## CERTIFICATE OF SERVICE

    I, Jess L. Askew III, certify that on this 5th day of July, 2006, I have served a copy of the foregoing on the Plaintiff by delivering a copy of same to his attorney, by first-class, postage prepaid, U.S. Mail at the following address:

Jonathan Rosen, Esquire
Attorney at Law
1200 Gulf Blvd.
Clearwater, FL 33767


Jonathan Rosen, Esquire
Attorney at Law
1645 Lamington Road
Bedminster, New Jersey  07921

                                                  /s/ Jess L. Askew III
                                                    Jess L. Askew III