IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

ROBERT STEINBUCH                                                                PLAINTIFF

VS.                        NO. 4:06-cv-00620-WRW

JESSICA CUTLER, HYPERION BOOKS,
DISNEY PUBLISHING WORLDWIDE,
HOME BOX OFFICE, and TIME WARNER                            DEFENDANTS

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Home Box Office ("HBO"), for its unopposed motion for an extension of time to respond to plaintiffs' complaint, states:

1. Plaintiff filed his complaint against HBO on June 15, 2006. The complaint was served June 19, 2006. HBO's time to respond to the complaint has not yet expired.

2. HBO is in the process of gathering information in order to respond to plaintiff's complaint in full and in good faith.

3. HBO requests an extension of time to answer or otherwise respond to plaintiff's complaint, up to and including August 18, 2006.

4. Counsel for HBO has spoken with counsel for plaintiff, who has stated that plaintiff does not object to an extension of time up to and including August 18, 2006.

WHEREFORE, defendant Home Box Office respectfully requests that this Court grant its motion for an extension of time in which to answer or otherwise respond to plaintiff's complaint, up to and including August 18, 2006.

648391-v1

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: chancock@wlj.com


By _____
    N. M. Norton (74114)
    Claire Shows Hancock (95013)
    Gary D. Marts, Jr. (2004116)
    Attorneys for Defendant Home Box Office

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Beth M. Deere
Williams & Anderson, PLLC
111 Center Street, Suite 2200
Little Rock, AR 72201-2413
Email: bdeere@williamsanderson.com
Attorney for Separate Defendants Hyperion Books
and Disney Publishing Worldwide

I hereby certify that on July 7, 2006, I served a copy of the foregoing by U.S. mail on the following:

Jonathan Rosen
1200 Gulf Blvd.
Clearwater, Florida 33767
908-759-1116
Attorney for Plaintiff

                                                        /s/ Gary D. Marts, Jr.
Gary D. Marts, Jr. (2004116)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: gmarts@wlj.com