PDF for document number 18 does not exist.

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas
### U.S. Court House
### 600 West Capitol, Suite 402
### Little Rock, Arkansas 72201-3325

## * * MAILING CERTIFICATE OF CLERK * *

Re: 4:06-cv-620

True and correct copies of document # **18** along with a copy of the NEF were
mailed by the clerk to the following on 07/11/2006

Jonathan S. Rosen
Attorney at Law
1200 Gulf Boulevard
Suite 1506
Clearwater, FL 33767

**You chose to print mailing labels.**

**Preparing documents for the printer: jb-t622...**

request id is jb-t622-75983 (1 file(s))
request id is jb-t622-75984 (1 file(s))