UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 25 2006
JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

**ROBERT STEINBUCH**  　　　　　　　　　　　　**PLAINTIFF**

v.  　　　　　Case No.: 4-06 CV0000 620WRW

**JESSICA CUTLER AND HYPERION BOOKS AND**
**DISNEY PUBLISHING WORLDWIDE AND**
**HOME BOX OFFICE AND TIME WARNER**  　　　　　**DEFENDANTS**

### MOTION FOR EXTENSION OF TIME TO ANSWER
### OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT
### BY SEPARATE DEFENDANT JESSICA CUTLER

Separate defendant Jessica Cutler ("Cutler"), for her *pro se* motion for extension of time, states:

1. Separate defendant Cutler seeks an extension of time to file her answer or other response to the Plaintiff's First Amended Complaint, up to and including Friday, August 18, 2006.

2. All other defendants have received an extension of time up to and including August 18, 2006.

3. Plaintiff has filed a Return of Service indicating that Cutler was served by leaving a copy of the First Amended Complaint and Summons with the doorman at the apartment building where she formerly lived.

4.   Cutler did not actually receive a copy of the First Amended Complaint until July 13, 2006, and she needs additional time to answer or otherwise respond to the First Amended Complaint.

5.   Cutler has been unable to obtain approval from Plaintiff's counsel before filing this motion.

6.   This motion is not made for delay or for any other improper purpose, and good cause exists for extending the time to answer or otherwise respond.

7.   By moving for an extension of time, Cutler is not waiving any of her defenses. She specifically reserves the right to raise all available defenses in her responsive pleading, including, but not limited to, lack of personal jurisdiction.

8.   Under United States District Court for the Eastern District of Arkansas Local Rule 7.2(d) there is no brief required in support of this motion.

WHEREFORE, Separate Defendant Jessica Cutler respectfully requests that this Court grant her motion for extension of time, up to and including Friday, August 18, 2006, in which to file an answer or other response to Plaintiff's First Amended Complaint.

Respectfully submitted,

By: _____
Jessica Cutler, *pro se*

## CERTIFICATE OF SERVICE

I, Jessica Cutler, certify that on this 24th day of July, 2006, I have served a copy of the foregoing on all parties by delivering a copy of same to their attorneys, by first-class U.S. Mail, postage prepaid, at the following addresses:

Jonathan Rosen, Esquire
Attorney at Law
1645 Lamington Road
Bedminster, NJ 07921
*Attorney for Plaintiff*


Gary D. Marts, Jr., Esquire
Wright, Lindsey & Jennings
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201-3699
*Attorneys for Home Box Office*


Philip S. Anderson, Esquire
Beth Deere, Esquire
Williams & Anderson PLC
111 Center Street, 22nd Floor
Little Rock, AR 72201
*Attorneys for Hyperion and
Disney Publishing Worldwide*

_____
Jessica Cutler