# UNITED STATES DISTRICT COURT

1. **Eastern District of Arkansas**

**U.S. Court House**

**600 West Capitol, Suite 402**

**Little Rock, Arkansas 72201-3325**

**\* \* MAILING CERTIFICATE OF CLERK \* \***

Re: 4:06-cv-620

True and correct copies of the NEF for document # **21** were mailed by the clerk to the following on 07/25/2006 :

Jonathan S. Rosen
Attorney at Law
1200 Gulf Boulevard
Suite 1506
Clearwater, FL 33767

Jessica Cutler

422 East Tenth Street

Apartment 4R

New York, NY 10003