**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
-----------------------------------------------------------

| | |
|---|---|
| **Robert Steinbuch** | : Index No.: 4-06 CV0000 620WRW |
|     **Plaintiff,** | : |
| | : |
|  **-v-** | : |
| | : |
| **Jessica Cutler & Hyperion Books & Disney** | : |
| **Publishing Worldwide & Home Box Office &** | : |
| **Time Warner** | : |
|     **Defendants.** | : |

-----------------------------------------------------------

### PLAINTIFF'S RESPONSE TO DEFENDANT
### CUTLER'S MOTION FOR AN EXTENSION OF TIME

The undersigned counsel just received Defendant Cutler's above-referenced motion. The undersigned counsel has never received any request from Defendant Cutler or her counsel for an extension of time. Of course, had such a request been received, it would have been consented to. Defendant's motion contains other inaccuracies, responses to which will be reserved.

Dated: July 28, 2006

                                                                                                 _____/s/_____
                                                                               Jonathan Rosen, Esq.
                                                                               1645 Lamington Rd.
                                                                                Bedminster, NJ 07921
                                                                                (908) 759-1116
                                                                                Attorney for Plaintiff