# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
# OFFICE OF THE CLERK
### 600 WEST CAPITOL AVENUE
### SUITE 402
### LITTLE ROCK, ARKANSAS 72201-3325

**JAMES W. McCORMACK**                                          501-604-5351
**CLERK**                                                  FAX 501-604-5321


Re:     Deficient Filing -
        Case No. -

Dear

The Clerk's office reviewed the above-referenced document and found it to be deficient for the reason mentioned below:

Electronic Filings

_____    Lacks an electronic signature (General Order 53).

_____    Lacks a certificate showing service of the document on all parties (F.R.Cv.P. 5).

_____    Lacks the attorney's address, telephone number, Bar number, or email address (General Order 53).

_____    Motion for an extension of time does not contain a statement that the movant contacted the adverse party (or parties) with regard to the motion, and also state whether the adverse party opposes or does not oppose same (Local Rule 6.2(b)).

_____    Motion not accompanied by a supporting brief (Local Rule 7.2(a)).

**WHAT YOU SHOULD DO:**  Email a corrected document in PDF format to the Clerk's office email address, clerksoffice@ared.uscourts.gov.  Please do not refile the document using the electronic case filing system.  The email message should briefly describe the reason(s) for resubmitting the document.  The original document will remain on the docket sheet and the response times will run from the date of the original filing.

Revised 07/20/06

tPage Two

<u>Conventional Filings (Paper)</u>

_____ Lacks an original signature (F.R.Cv.P. 11 and Local Rule 5.5(c)(1)).

_____ Lacks a certificate showing service of the document on all parties (F.R.Cv.P. 5).

_____ Lacks the attorney's address, telephone number, or State Bar number (Local Rule 5.5(c)).

_____ Motion for an extension of time does not contain a statement that the movant contacted the adverse party (or parties) with regard to the motion, and also state whether the adverse party opposes or does not oppose same (Local Rule 6.2(b)).

**WHAT YOU SHOULD DO:**  Refile the corrected document in paper with the Clerk's office.  A brief explanation for the refiling should accompany each document.  The original document will remain on the docket sheet and the response times will run from the date of the original filing.

Please contact the Clerk's office if you have any questions.

Sincerely,

JAMES W. McCORMACK
CLERK

By: _____
     Deputy Clerk

Enclosures
cc:      Counsel

Revised 07/20/06