# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas
## U.S. Court House
## 600 West Capitol, Suite 402
## Little Rock, Arkansas 72201-3325

### * * MAILING CERTIFICATE OF CLERK * *

Re: 4:06-cv-620

True and correct copies of document # **24** along with a copy of the NEF were mailed by the clerk to the following on 08/01/2006

Jessica Cutler
422 East Tenth Street
Apartment 4R
New York, NY 10003

**You chose to print mailing labels.**

**Preparing documents for the printer: dktng-820...**

request id is dktng-820-78898 (1 file(s))
request id is dktng-820-78899 (1 file(s))
request id is dktng-820-78900 (1 file(s))

Dockets.Justia.com