# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

**ROBERT STEINBUCH**                                                        **PLAINTIFF**

**v.**                        **Case No.: 4:06-CV-0000 620-WRW**

**JESSICA CUTLER; HYPERION BOOKS;**
**DISNEY PUBLISHING WORLDWIDE;**
**HOME BOX OFFICE; AND TIME WARNER**                  **DEFENDANTS**

## MOTION TO FILE DOCUMENT UNDER SEAL

Separate defendant Hyperion, an imprint of Buena Vista Books, Inc. ("BVB"), for its motion to file document under seal, states:

1. BVB's responsive pleading to the plaintiff's First Amended Complaint is due on or before August 18, 2006.

2. BVB anticipates that with it will attach to its responsive pleading an exhibit, which contains confidential and proprietary information.

3. BVB requests that it be allowed to file the exhibit under seal to prevent the disclosure of this confidential and proprietary information.

WHEREFORE, and for the reasons set forth in the accompanying brief, BVB requests that the Court enter an order allowing it to file an attachment to its responsive pleading under seal.

WILLIAMS & ANDERSON PLC
111 Center Street
Twenty-Second Floor
Little Rock, Arkansas 72201
(501) 372-0800
(501) 372-6453 (facsimile)
E-mail: bdeere@williamsanderson.com

By: ___/s/ Beth Deere_____
   Philip S. Anderson, Ark. Bar # 60001
   Jess L. Askew, Ark. Bar # 86005
   Beth M. Deere, Ark. Bar #86050
   Clayborne S. Stone, Ark. Bar # 2003102

*Attorneys for Separate Defendant*
*Hyperion, an imprint of Buena Vista Books, Inc.*

**CERTIFICATE OF SERVICE**

  I certify that on this 17th day of August 2006, I served a copy of the foregoing document via the Court's ECF/Pacer electronic filing system upon the following persons:

Jonathan Rosen, Esquire
1645 Lamington Road
Bedminster, NJ 07921
*Attorney for Plaintiff*

Claire Hancock, Esquire
M.N. Norton, Esquire
Gary D. Marts, Esquire
Wright, Lindsey & Jennings
200 West Capitol Avenue, #2200
Little Rock, AR  72201
*Attorneys for Separate Defendants*
*Time Warner and Home Box Office*

                __/s/ Beth Deere_____
                  Beth Deere