UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**ROBERT STEINBUCH**                                          **PLAINTIFF**

**v.**                    **Case No.: 4:06-CV-0000 620-WRW**

**JESSICA CUTLER; HYPERION BOOKS;**
**DISNEY PUBLISHING WORLDWIDE;**
**HOME BOX OFFICE; AND TIME WARNER**          **DEFENDANTS**

### BRIEF OF SEPARATE DEFENDANT HYPERION IN SUPPORT OF MOTION TO FILE DOCUMENT UNDER SEAL

Separate defendant Hyperion, an imprint of Buena Vista Books, Inc. ("BVB") will file its responsive pleading to plaintiff's First Amended Complaint on August 18, 2006. BVB's responsive pleading will include an attachment containing a distribution contract between BVB and a third-party distributor. This contract contains a confidentiality clause. BVB requests that the Court enter an order allowing it to file this document under seal.

WILLIAMS & ANDERSON PLC
111 Center Street
Twenty-Second Floor
Little Rock, Arkansas 72201
(501) 372-0800
(501) 372-6453 (facsimile)
E-mail: bdeere@williamsanderson.com


By: __/s/ Beth Deere_____
 Philip S. Anderson, Ark. Bar # 60001
 Jess L. Askew, Ark. Bar # 86005
 Beth M. Deere, Ark. Bar #86050
 Clayborne S. Stone, Ark. Bar # 2003102

*Attorneys for Separate Defendant Hyperion, an imprint of Buena Vista Books, Inc.*

# CERTIFICATE OF SERVICE

I certify that on this 17th day of August 2006, I served a copy of the foregoing document via the Court's ECF/Pacer electronic filing system upon the following persons:

Jonathan Rosen, Esquire
1645 Lamington Road
Bedminster, NJ 07921
*Attorney for Plaintiff*

Claire Hancock, Esquire
M.N. Norton, Esquire
Gary D. Marts, Esquire
Wright, Lindsey & Jennings
200 West Capitol Avenue, #2200
Little Rock, AR  72201
*Attorneys for Separate Defendants*
*Time Warner and Home Box Office*

　　　　　　　　　　　　　　　　　　　__/s/ Beth Deere_____
　　　　　　　　　　　　　　　　　　　　　　Beth Deere