UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

ROBERT STEINBUCH                                             PLAINTIFF

v.                            Case No.: 4-06 CV0000 620-WRW

JESSICA CUTLER AND HYPERION BOOKS AND
DISNEY PUBLISHING WORLDWIDE AND
HOME BOX OFFICE AND TIME WARNER           DEFENDANTS

## AFFIDAVIT OF JESSICA L. CUTLER

STATE OF NEW YORK   )
                                ) SS
COUNTY OF NEW YORK)

JESSICA L. CUTLER, being first duly sworn, states:

1. My name is Jessica Louise Cutler. I am over the age of eighteen. I have knowledge of the matters contained in this affidavit, and I am competent to testify as to the facts stated below.

2. I am a resident of the State of New York. I was born in California, but moved with my family to New York when I was a small child. I lived in New York until 2003, when I moved to the District of Columbia. In 2004, I moved back to New York, where I currently live.

3. I am the author of *The Washingtonienne*, and am named as a defendant in this case that was brought by Robert Steinbuch.



EXHIBIT A

4.      I have never lived in Arkansas. I am not licensed to do business in Arkansas. I have no bank accounts or assets of any kind there. I own no real property in the State. I have never incurred nor paid taxes in Arkansas. I am not listed in any Arkansas telephone directories; I have no office, mailing address, place of business or other kind of presence in Arkansas. In fact, I have never been to the State of Arkansas.

FURTHER AFFIANT SAYETH NOT.

_____
Jessica L. Cutler

## ACKNOWLEDGMENT

Subscribed and sworn to before me this 11th day of August 2006.

_____
Notary Public

KATHRYN E. WILLIAMS
Notary Public, State of New York
No. 01WI5026055
Qualified in Bronx County
Commission Expires April 11, 2010