# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

**ROBERT STEINBUCH**                                                                        **PLAINTIFF**

**v.**                         Case No.: 4-06 CV0000 620WRW

**JESSICA CUTLER AND HYPERION BOOKS AND**
**DISNEY PUBLISHING WORLDWIDE AND**
**HOME BOX OFFICE AND TIME WARNER**                            **DEFENDANTS**

## NOTICE OF ENTRY OF APPEARANCE

Philip S. Anderson hereby requests the Clerk of the Court to enter his appearance on behalf of separate defendant Jessica Cutler. Mr. Anderson's representation of this defendant will be in addition to the representation currently provided. Separate defendant hereby request copies of all future service and correspondence be sent to Philip S. Anderson as well as to other counsel.

Respectfully submitted,

WILLIAMS & ANDERSON PLC
111 Center Street
Twenty-Second Floor
Little Rock, Arkansas 72201
(501) 372-0800
(501) 372-6453 (facsimile)
E-mail: panderson@williamsanderson.com


By:    /s/ Philip S. Anderson
    Philip S. Anderson, Ark. Bar # 60001
    Jess L. Askew, Ark. Bar # 86005
    Beth M. Deere, Ark. Bar #86050
    Clayborne S. Stone, Ark. Bar # 2003102

*Attorneys for Separate Jessica Cutler*

**CERTIFICATE OF SERVICE**

I certify that on this 18th day of August, 2006, I served a copy of the foregoing document via the Court's ECF/Pacer electronic filing system upon the following persons:

Jonathan Rosen, Esquire
1645 Lamington Road
Bedminster, NJ 07921
*Attorney for Plaintiff*

Claire Hancock, Esquire
M.N. Norton, Esquire
Gary D. Marts, Esquire
Wright, Lindsey & Jennings
200 West Capitol Avenue, #2200
Little Rock, AR 72201
*Attorneys for Separate Defendants*
*Time Warner and Home Box Office*

　　　　　　　　　　　　　　　　　　　　/s/ Philip S. Anderson
　　　　　　　　　　　　　　　　　　　　Philip S. Anderson