UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**ROBERT STEINBUCH**            **PLAINTIFF**

v.        Case No.: 4-06 CV0000 620WRW

**JESSICA CUTLER AND HYPERION BOOKS AND
DISNEY PUBLISHING WORLDWIDE AND
HOME BOX OFFICE AND TIME WARNER**     **DEFENDANTS**

## NOTICE OF ENTRY OF APPEARANCE

   Clayborne S. Stone hereby requests the Clerk of the Court to enter his appearance on behalf of separate defendant Jessica Cutler. Mr. Stone's representation of this defendant will be in addition to the representation currently provided. Separate defendant hereby request copies of all future service and correspondence be sent to Clayborne S. Stone as well as to other counsel.

               Respectfully submitted,

               WILLIAMS & ANDERSON PLC
               111 Center Street
               Twenty-Second Floor
               Little Rock, Arkansas 72201
               (501) 372-0800
               (501) 372-6453 (facsimile)
               E-mail: panderson@williamsanderson.com

               By:  /s/ Clayborne S. Stone
                 Philip S. Anderson, Ark. Bar # 60001
                 Jess L. Askew, Ark. Bar # 86005
                 Beth M. Deere, Ark. Bar #86050
                 Clayborne S. Stone, Ark. Bar # 2003102

               *Attorneys for Separate Jessica Cutler*

**CERTIFICATE OF SERVICE**

  I certify that on this 18th day of August, 2006, I served a copy of the foregoing document via the Court's ECF/Pacer electronic filing system upon the following persons:

Jonathan Rosen, Esquire
1645 Lamington Road
Bedminster, NJ 07921
*Attorney for Plaintiff*

Claire Hancock, Esquire
M.N. Norton, Esquire
Gary D. Marts, Esquire
Wright, Lindsey & Jennings
200 West Capitol Avenue, #2200
Little Rock, AR 72201
*Attorneys for Separate Defendants*
*Time Warner and Home Box Office*

            /s/ Clayborne S. Stone
             Clayborne S. Stone