AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT
WESTERN _____ DIVISION

## NOTICE OF APPEARANCE

Case No: 4:06-CV-0000620-WRW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Home Box Office, Inc. and Time Warner Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| August 18, 2006 | *Claire Hancock* |
| Date | Signature |
| | Claire S. Hancock |
| | Print Name |
| | 95013 |
| | Bar Number |
| | 200 West Capitol Ave., Ste. 2300 |
| | Address |
| | Little Rock    AR    72201 |
| | City    State    Zip Code |
| | (501) 371-0808 |
| | Phone Number |
| | chancock@wlj.com |
| | E-Mail |

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Beth M. Deere
Philip S. Anderson
Clayborne S. Stone
Jess L. Askew, III
Williams & Anderson, PLLC
111 Center Street, Suite 2200
Little Rock, AR 72201-2413
E-mail: bdeere@williamsanderson.com
psa@williamsanderson.com
cstone@williamsanderson.com
jaskew@williamsanderson.com
Attorney for Separate Defendants Hyperion Books
and Disney Publishing Worldwide

Jonathan Rosen
1200 Gulf Blvd.
Clearwater, Florida 33767
E-mail: xjonathan@mac.com
Attorney for Plaintiff

I hereby certify that on August 2, 2006, I served a copy of the foregoing by U. S. mail on the following:

Jessica Cutler
422 East Tenth St., Apt. 4R
New York, New York 10003
Pro Se Defendant

_____
Claire Shows Hancock (95013)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: chancock@wlj.com