UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**ROBERT STEINBUCH**                                                                 **PLAINTIFF**

v.                    Case No.: 4-06 CV0000 620WRW

**JESSICA CUTLER; HYPERION BOOKS;
DISNEY PUBLISHING WORLDWIDE;
HOME BOX OFFICE; AND TIME WARNER**                        **DEFENDANTS**

DISCLOSURE OF HYPERION, AN IMPRINT OF
<u>BUENA VISTA BOOKS, INC. PURSUANT TO RULE 7.1</u>

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant Hyperion, an imprint of Buena Vista Books, Inc. ("BVB"), certifies that the following are corporate parents, affiliates, or subsidiaries of BVB, which are publicly held:

The Walt Disney Company.

WILLIAMS & ANDERSON PLC
111 Center Street
Twenty-Second Floor
Little Rock, Arkansas 72201
(501) 372-0800
(501) 372-6453 (facsimile)
E-mail: bdeere@williamsanderson.com

By:   /s/ Beth Deere_____
    Philip S. Anderson, Ark. Bar # 60001
    Jess Askew, III, Ark. Bar # 86005
    Beth Deere, Ark. Bar #86050
    Clayborne S. Stone, Ark. Bar # 2003102

*Attorneys for Separate Defendant
Hyperion, an imprint of
Buena Vista Books, Inc.*

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I certify that on this 18th day of August, 2006, I served a copy of the foregoing document via the Court's ECF/Pacer electronic filing system upon the following persons:

Jonathan Rosen, Esquire
1645 Lamington Road
Bedminster, NJ 07921
*Attorney for Plaintiff*

Claire Hancock, Esquire
M.N. Norton, Esquire
Gary D. Marts, Esquire
Wright, Lindsey & Jennings
200 West Capitol Avenue, #2200
Little Rock, AR  72201
*Attorneys for Separate Defendants*
*Time Warner and Home Box Office*

                                               __/s/ Beth Deere_____
                                                 Beth Deere