# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

**ROBERT STEINBUCH**                                **PLAINTIFF**

**v.**                **Case No.: 4:06-CV-0000 620-WRW**

**JESSICA CUTLER,**
**HYPERION BOOKS,**
**DISNEY PUBLISHING WORLDWIDE,**
**HOME BOX OFFICE and TIME WARNER**        **DEFENDANTS**

## BEING FILED UNDER SEAL

**EXHIBIT 1 OF SHARON KITTER AFFIDAVIT**