IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

ROBERT STEINBUCH                                                        PLAINTIFF

VS.                             NO. 4:06-cv-00620-WRW

JESSICA CUTLER, HYPERION BOOKS,
DISNEY PUBLISHING WORLDWIDE,
HOME BOX OFFICE, and TIME WARNER                                        DEFENDANTS

### DISCLOSURE OF HOME BOX OFFICE, INC. PURSUANT TO RULE 7.1

Pursuant to Fed. R. Civ. P. 7.1, counsel for defendant Home Box Office, Inc. certifies that the following is Home Box Office, Inc.'s ultimate corporate parent: Time Warner Inc., which is publicly traded. No other publicly held corporation owns any of Home Box Office, Inc.'s stock.

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: chancock@wlj.com

By  *Claire Hancock*
Claire Shows Hancock (95013)
N. M. Norton (74114)
Gary D. Marts, Jr. (2004116)

Attorneys for Defendant Home Box Office, Inc.
and Time Warner Inc.

CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Beth M. Deere
Philip S. Anderson
Clayborne S. Stone
Jess L. Askew, III
Williams & Anderson, PLLC
111 Center Street, Suite 2200
Little Rock, AR 72201-2413
E-mail: bdeere@williamsanderson.com
           psa@williamsanderson.com
           cstone@williamsanderson.com
           jaskew@williamsanderson.com

Attorney for Separate Defendants Hyperion Books
and Disney Publishing Worldwide

Jonathan Rosen
1200 Gulf Blvd.
Clearwater, Florida 33767
E-mail: xjonathan@mac.com

Attorney for Plaintiff

I hereby certify that on August 2, 2006, I served a copy of the foregoing by U. S. mail on the following:

Jessica Cutler
422 East Tenth St., Apt. 4R
New York, New York 10003
Pro Se Defendant

_____
Claire Shows Hancock (95013)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: chancock@wlj.com