IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

ROBERT STEINBUCH                           PLAINTIFF

VS.             NO. 4:06-cv-00620-WRW

JESSICA CUTLER, HYPERION BOOKS,
DISNEY PUBLISHING WORLDWIDE,
HOME BOX OFFICE, and TIME WARNER           DEFENDANTS

## DISCLOSURE OF TIME WARNER INC. PURSUANT TO RULE 7.1

Pursuant to Fed. R. Civ. P. 7.1, counsel for defendant Time Warner certifies that Time Warner is a publicly held corporation which has no corporate parent, nor does any publicly held corporation own 10% or more of its stock.

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: chancock@wlj.com

By    _Claire Hancock_
      Claire Shows Hancock (95013)
      N. M. Norton (74114)
      Gary D. Marts, Jr. (2004116)

Attorneys for Defendant Home Box Office, Inc. and Time Warner Inc.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Beth M. Deere
Philip S. Anderson
Clayborne S. Stone
Jess L. Askew, III
Williams & Anderson, PLLC
111 Center Street, Suite 2200
Little Rock, AR 72201-2413
E-mail: bdeere@williamsanderson.com
        psa@williamsanderson.com
        cstone@williamsanderson.com
        jaskew@williamsanderson.com

Attorney for Separate Defendants Hyperion Books
and Disney Publishing Worldwide

Jonathan Rosen
1200 Gulf Blvd.
Clearwater, Florida 33767
E-mail: xjonathan@mac.com

Attorney for Plaintiff

I hereby certify that on August 2, 2006, I served a copy of the foregoing by U. S. mail on the following:

Jessica Cutler
422 East Tenth St., Apt. 4R
New York, New York 10003
Pro Se Defendant

Claire Shows Hancock (95013)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: chancock@wlj.com