IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

ROBERT STEINBUCH                                                              PLAINTIFF

VS.                            NO. 4:06-CV-0620-WRW

JESSICA CUTLER, HYPERION BOOKS,
DISNEY PUBLISHING WORLDWIDE,
HOME BOX OFFICE, and TIME WARNER                                    DEFENDANTS

## DECLARATION OF MICHAEL LEUNG-TAT

Michael Leung-Tat, being first duly sworn, states on oath to the following::

1.  I am employed by Home Box Office, Inc. ("HBO") as a Litigation Administrator, at HBO's headquarters which are located at 1100 Avenue of the Americas, New York, NY. I am not and have never been an employee of Time Warner, which is located in a different building in a different part of New York.

2.  On June 19, 2006, I did not state to a process server that I was authorized to accept service of papers relating to the above-referenced matter on behalf of Time Warner.

3.  I am not and was not authorized by Time Warner to serve in its agent in that capacity. I am not Time Warner's agent for any purpose, including for the purpose of accepting service of process.

I hereby swear upon penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true to the best of my information and belief.

_____
MICHAEL LEUNG-TAT
DATE 8/17/06

EXHIBIT D