**From:** "Satyendra, Indira" <Indira.Satyendra@abc.com>
**Subject:** **Steinbuch v. Cutler et al., 4:06-cv-00620, E.D. Arkansas**
**Date:** June 26, 2006 5:12:48 PM EDT
**To:** xjonathan@mac.com

Jonathan Rosen, Esq.
1200 Gulf Blvd.
Clearwater, FL 33767

Dear Mr. Rosen,

I represent the defendants sued as Hyperion Books and Disney Publishing Worldwide in the case *Robert Steinbuch v. Jessica Cutler et al.*, 4:06-cv-00620, U.S. District Court, Eastern District of Arkansas.

This e-mail confirms our conversation of today, June 26, 2006, during which you agreed to an extension in the time for defendants to move or otherwise respond to the Amended Complaint up to and including August 18, 2006. Please send me written confirmation of the above agreement by return e-mail.

Thank you for your courtesies in this matter.

Indira Satyendra


Indira Satyendra
Counsel
ABC, Inc.
77 West 66th Street, 15th Floor
New York, NY 10023
Tel: (212) 456-7832
Fax: (212) 456-6180
indira.satyendra@abc.com

This e-mail is confidential, intended only for the named recipient(s) and contains information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at (212) 456-7832 and delete this e-mail message from your computer. Thank you.