Ms. Abrutyn:

This message confirms my agreement to an extension of time for defendant Home Box Office, Inc. to respond to the complaint until Friday, August 18, 2006.

Please send all written correspondence, filings and/or documents to my New Jersey office. The address is:

Jonathan Rosen, Esquire
1645 Lamington Road
Bedminster, NJ 07921

Jonathan Rosen
908.759.1116

On Jun 26, 2006, at 5:10 PM, Abrutyn, Stephanie (HBO) wrote:
June 26, 2006

     Re:    Robert Steinbuch v. Jessica Cutler, et al. _        United States District Court for the District of Arkansas _       Case No. 4-06 CV 0000620 (GH)

Dear Mr. Rosen:

This is to follow up on our conversation earlier this afternoon regarding the above-referenced complaint, and to confirm your agreement to an extension of time for Home Box Office, Inc. to answer or otherwise respond to the complaint until Friday, August 18, 2006.

As we discussed, I would appreciate your responding by e-mail to confirm your agreement to that date.

Thank you very much for the courtesy, and I look forward to speaking with you again soon to discuss your client's concerns in more detail.

Sincerely,

Stephanie S. Abrutyn


************************************ _Stephanie S. Abrutyn _Senior Counsel, Litigation _Home Box Office, Inc. _1100 Avenue of the Americas _New York, NY 10036 _stephanie.abrutyn@hbo.com _Phone: (212) 512-5610 _Fax: (212) 512-5789