UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
-----------------------------------------------------------

| | |
|---|---|
| **Robert Steinbuch** | : Index No.: 4-06 CV0000 620WRW |
|       Plaintiff, | : |
| | : |
| -v- | : |
| | : |
| **Jessica Cutler & Hyperion Books & Disney** | : |
| **Publishing Worldwide & Home Box Office &** | : |
| **Time Warner** | : |
|       Defendants. | : |

-----------------------------------------------------------

### ORDER GRANTING PLAINTIFF'S MOTION
### FOR AN EXTENSION OF TIME UNTIL NOVEMBER 15, 2006
### TO FILE RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS

Plaintiff law professor Robert Steinbuch moves this Court for an extension of time, up to and including November 15, 2006, to file his responses to Defendants' Cutler, Hyperion Books, Disney Publishing Worldwide, Home Box Office, and Time Warner Motions to Dismiss.

Given that the Motions to Dismiss are potentially dispositive, that all five Defendants moved to dismiss, and that the Plaintiff's Counsel is a sole practitioner, this motion is hereby GRANTED. Plaintiff's responses to Defendants' Cutler, Hyperion Books, Disney Publishing Worldwide, Home Box Office, and Time Warner Motions to Dismiss are now due on Wednesday, November, 15, 2006.

Dated: August __, 2006

_____
UNITED STATES DISTRICT JUDGE