## Beth M. Deere

**From:** Jonathan Rosen [xjonathan@mac.com]
**Sent:** Sunday, August 20, 2006 9:18 PM
**To:** Beth M. Deere; chancock@wlj.com
**Subject:** Steinbuch v. Cutler et al

Beth and Claire:

I will be filing a motion for an extension of time until Nov. 15th to file my response to your motions to dismiss.

Do you consent to this request for your respective Defendants?

Let me know.

Jonathan
908.759.1116

1

