## Beth M. Deere

**From:** Beth M. Deere
**Sent:** Monday, August 21, 2006 2:35 PM
**To:** 'Jonathan Rosen'
**Cc:** 'chancock@wlj.com'; Clayborne S. Stone; Philip S. Anderson
**Subject:** RE: Steinbuch v. Cutler et al

Jonathan,

My three clients (DPW, Buena Vista Books, and Jessica Cutler) will not object to your requested extension. We would ask, however, that you agree to stay discovery until resolution of the personal jurisdictional issues. Does that work for you?

Beth.

**EXHIBIT B**