## Beth M. Deere

**From:** Beth M. Deere
**Sent:** Monday, August 21, 2006 3:44 PM
**To:** 'Jonathan Rosen'
**Cc:** Philip S. Anderson; Clayborne S. Stone
**Subject:** RE: Steinbuch v. Cutler et al

The thing is, I'm not going to agree to a 2 1/2 month extension if you're going to plow ahead with discovery. A defendant should not have to spend tons of money when it/he/she is not subject to personal jurisdiction.
Beth.

EXHIBIT D