# Beth M. Deere

| | |
|---|---|
| **From:** | Jonathan Rosen [xjonathan@mac.com] |
| **Sent:** | Monday, August 21, 2006 4:27 PM |
| **To:** | Beth M. Deere |
| **Cc:** | xjonathan@mac.com |
| **Subject:** | RE: Steinbuch v. Cutler et al |

Beth,
This is not a negotiation. When I granted my consent to you and your client's request for an extension of time, I did not condition my consent. It's unfortunate that you choose to practice law in such a manner and do not extend members of the bar the very same professional courtesy that they extend you. I will file my motion for an extension and inform the Court of your actions. In addition, under this Circuit's law, your clients are subject to jurisdiction, your protestations to the contrary notwithstanding. Moreover, even if your fanciful claims were true, discovery would still commence before the resolution of your motion. So, your extortionary demands are truly baseless.
Jonathan



EXHIBIT E
Dockets.Justia.com