IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

ROBERT STEINBUCH                                                    PLAINTIFF

VS.                              NO. 4:06-cv-00620-WRW

JESSICA CUTLER, HYPERION BOOKS,
DISNEY PUBLISHING WORLDWIDE,
HOME BOX OFFICE, and TIME WARNER                        DEFENDANTS

**RESPONSE OF DEFENDANTS HOME BOX OFFICE, INC. AND
TIME WARNER INC. TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Defendants Home Box Office, Inc. ("HBO") and Time Warner Inc. ("Time Warner), for their response to plaintiff's motion for an extension of time to respond to defendants' motions to dismiss, state:

1.      Following the filing of HBO's and Time Warner's motions to dismiss on August 18, 2006, plaintiff's counsel requested an extension of time to respond up to and including November 15, 2006.  Pursuant to the Federal Rules of Civil Procedure and, absent an extension, plaintiff's responses are due on September 1, 2006.

2.      In response to plaintiff's request, HBO's and Time Warner's counsel first spoke with plaintiff's counsel and then wrote to him informing him that HBO and Time Warner would agree to a forty-day extension of time, up to and including October 9, 2006 and requesting that, if plaintiff did make a motion for an additional extension, he attach undersigned counsel's letter to his pleading.  Counsel for plaintiff did not do so and, accordingly, HBO and Time Warner attach, as Exhibit A hereto, the letter dated August 22, 2006 from Ms. Hancock to Mr. Rosen.

Dockets.Justia.com

3.     HBO and Time Warner do not object to a reasonable extension of time for

plaintiff to respond to their motions to dismiss but plaintiff has failed to show the necessity of

his request for such a lengthy extension (2½ months) to respond to motions based solely on the

adequacy of the pleadings of his complaint.

4.     HBO and Time Warner join in the motion of separate defendants Jessica Cutler,

Hyperion, an imprint of Buena Vista Books, Inc. and Disney Publishing Worldwide to stay

discovery in this matter.

WHEREFORE, Home Box Office, Inc. and Time Warner Inc. respectfully request that

this Court deny plaintiff's motion for a 2½ month extension of time to respond to their motions

to dismiss.

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: chancock@wlj.com

By _____
     Claire Shows Hancock (95013)
     N. M. Norton (74114)
     Gary D. Marts, Jr. (2004116)

Attorneys for Defendants Home Box Office,
Inc. and Time Warner Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2006, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which shall send notification of such filing to the

following:

Beth M. Deere
Philip S. Anderson
Clayborne S. Stone
Jess L. Askew, III
Williams & Anderson, PLLC
111 Center Street, Suite 2200
Little Rock, AR 72201-2413
E-mail: bdeere@williamsanderson.com
        psa@williamsanderson.com
        cstone@williamsanderson.com
        jaskew@williamsanderson.com

Attorneys for Separate Defendants Hyperion Books,
Disney Publishing Worldwide and Jessica Cutler

Jonathan Rosen
1200 Gulf Blvd.
Clearwater, Florida 33767
E-mail: xjonathan@mac.com

Attorney for Plaintiff


_____
Claire Shows Hancock (95013)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: chancock@wlj.com

Attorneys for Defendants Home Box Office, Inc. and
Time Warner Inc.

3