EDWARD L. WRIGHT
(1903-1977)
ROBERT S. LINDSEY
(1913-1991)
ALSTON JENNINGS
(1917-2004)
JOHN G. LILE
GORDON S. RATHER, JR.
MARTIN G. GILBERT
ROGER A. GLASGOW
ALSTON JENNINGS, JR.
JOHN R. TISDALE
JOHN WILLIAM SPIVEY III
LEE J. MULDROW
N.M. NORTON
CHARLES C. PRICE 1
CHARLES T. COLEMAN
JAMES J. GLOVER
EDWIN L. LOWTHER, JR.
GREGORY T. JONES 2
BETTINA E. BROWNSTEIN 3
WALTER McSPADDEN
JOHN D. DAVIS
JUDY SIMMONS HENRY
KIMBERLY WOOD TUCKER
RAY F. COX, JR. 7
TROY A. PRICE
PATRICIA SIEVERS HARRIS
KATHRYN A. PRYOR
J. MARK DAVIS 3

**WRIGHT, LINDSEY & JENNINGS LLP**
ATTORNEYS AT LAW

200 WEST CAPITOL AVENUE, SUITE 2300
LITTLE ROCK, ARKANSAS 72201-3699
(501) 371-0808    FAX (501) 376-9442

903 NORTH 47TH STREET, SUITE 101
ROGERS, ARKANSAS 72756
(479) 986-0888    FAX (479) 986-8932

www.wlj.com

OF COUNSEL
RONALD A. MAY
ISAAC A. SCOTT, JR.
BRUCE R. LINDSEY 2
JAMES R. VAN DOVER
ELGIN R. CLEMONS, JR. 6

Writer's Direct Dial No. 501-212-1299
chancock@wlj.com
Reply to Little Rock Office

CLAIRE SHOWS HANCOCK 4
JERRY J. SALLINGS
WILLIAM STUART JACKSON
MICHAEL D. BARNES
STEPHEN R. LANCASTER
JUDY ROBINSON WILBER
KYLE R. WILSON
C. TAD BOHANNON 3
J. CHARLES DOUGHERTY 7
M. SEAN HATCH
J. ANDREW VINES
JUSTIN T. ALLEN
MICHELLE M. KAEMMERLING 5
SCOTT ANDREW IRBY
PATRICK D. WILSON
DAVID P. GLOVER
REGINA A. YOUNG
BLAKE S. RUTHERFORD
PAUL D. MORRIS
EDWARD RIAL ARMSTRONG
DAWN D. JACKSON
CALEY B. VO
COLIN R. JORGENSEN
GARY D. MARTS, JR.
ERIC BERGER
MARK N. OHRENBERGER

*Also licensed to Practice in*

1  Michigan
2  District of Columbia
3  Texas
4  New York
5  North Carolina
6  Licensed in New York only
7  Licensed to practice before the United
   States Patent and Trademark Office

August 22, 2006

Mr. Jonathan Rosen
1200 Gulf Blvd.
Clearwater, Florida 33767

RE:  *Robert Steinbuch v. Jessica Cutler, Hyperion Books, Disney Publishing Worldwide, Home Box Office and Time Warner,* United States District Court (E.D. Ark.), No 4:06-CV-0000620 WRW

Dear Jonathan:

Thank you very much for taking the time to talk to me yesterday about your request for an extension of time to respond to HBO's and Time Warner's motions to dismiss. We very much appreciate your extending the time to respond to the complaint for an additional forty days beyond the original due date, and we are pleased to return the courtesy and agree to a 40 day extension of time for you to respond to the motions. We cannot, however, agree to an extension of some two and one-half months when we cannot fathom why such a lengthy extension is necessary to respond to motions based solely on the adequacy of the pleadings in the complaint, and you decline to explain further.

Again, HBO and Time Warner do not object to a 40-day extension of time to respond to the motion to dismiss. If this is acceptable, then you may represent to the court that you have our consent to a 40-day extension, making your responses due on October 9, 2006. If this is not acceptable, and if you choose to make a motion for an additional extension, please attach a copy of this letter to your pleading.



656366-v1

WRIGHT, LINDSEY & JENNINGS LLP

August 22, 2006
Page 2

Finally, we remain willing to consider your request for consent to a longer extension if you are willing to provide us with additional information as to why you believe it is necessary to respond to HBO's and Time Warner's motions.

Cordially yours,

WRIGHT, LINDSEY & JENNINGS LLP

*Claire Shows Hancock/ss*

Claire Shows Hancock

CSH/ss

cc: Beth Deere

656366-v1