**From:** Jonathan Rosen <xjonathan@mac.com>
**To:** Satena Scoggin <SScoggin@wlj.com>
**Cc:** <chancock@wlj.com>
**Date:** Tue Aug 22, 2006 06:37:34 PM EDT
**Subject:** Re: Steinbuch v. HBO, et al

Claire,
Feel free to respond to my motion for an extension of time and submit your letter and any other document that you want.
Courteously,
Jonathan

On Tuesday, August 22, 2006, at 12:27PM, Satena Scoggin <SScoggin@wlj.com> wrote:

>
><<Original Attached>>

The attached letter is being sent on behalf of Claire Shows Hancock. If you have any questions, please contact Ms. Hancock.

<<Scan001.PDF>>
Thank you,
Satena Scoggin
*Legal Secretary to Claire S. Hancock*
Wright, Lindsey & Jennings LLP
200 West Capitol Ave., Ste. 2300
Little Rock, AR 72201
Main: 501-371-0808
Direct: 501-212-1353
Fax: 501-376-9442
www.wlj.com

CONFIDENTIALITY NOTICE - THIS ELECTRONIC MAIL TRANSMISSION AND ANY DOCUMENTS ACCOMPANYING IT CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE PERSON TO WHOM IT IS ADDRESSED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE TO ARRANGE FOR THE RETURN OF THE MESSAGE AND ANY ATTACHED DOCUMENTS.