Steinbuch v. Cutler    Doc. 51 Att. 1
That Bookstore in Blytheville    Page 1 of 2
Case 4:06-cv-00620-WRW    Document 51-2    Filed 09/10/2006    Page 1 of 2



That Bookstore in Blytheville is located in the lively downtown district o
Our cozy store is full of first-rate reading material. Author signings, spe
to community, and unsurpassed customer service are what you'll find h

Gift Cards    MyAccount    Help    Advanced Sea

**STORE INFO**

SEARCH [GO]   QUICK BROWSE   Browse by Category

### Search Results
You searched for **Keyword: washingtonienne**. Showing 1-3 of 3 results.

**That Bookstore in Blytheville**

316 W Main
Blytheville, AR 72315
Tel: 870-763-3333
Fax: 870-763-1125
> Email Us
> Hours



**The Washingtonienne(Trade Paperback)**
by Cutler, Jessica
**Format:**  Trade Paperback
**Price:**  $10.95
**Published:** Hyperion Books, 2006
**Inventory Status:** Usually Ships in 1-5 days

[Add To Cart]

**FROM OUR STORE**

Award Winners

News

Book Sense Picks

BookSense Bestsellers

Local Bestsellers



**The Washingtonienne(Hardcover (Cloth))**
by Cutler, Jessica
**Format:**  Hardcover (Cloth)
**Price:**  $23.95
**Published:** Hyperion Books, 2005
**Inventory Status:** Usually Ships in 1-5 days

[Add To Cart]

Autographed Books

Signed Selections

Store Events

Links



**The Washingtonienne(Compact Disc)**
by Cutler, Jessica
**Format:**  Compact Disc
**Price:**  $24.98
**Published:** Hyperion Books, 2005
**Inventory Status:** Usually Ships in 1-5 days

[Add To Cart]

**LOU HOLTZ COMES TO BLYTHEVILLE!**

Store Info

**Newsletter**

Join the Children's Book Club..........



Thank you for visiting this BookSense store!

**OFFERS**







**JOIN OUR MAILING LIST**



**AFFILIATE PROGRAM**

Become an Affiliate

Learn more about our affiliate program

© That Bookstore in Blytheville   Security & Privacy Policy   Copyright   tbib@sbcglobal.net