

That Bookstore in Blytheville is located in the lively downtown district o
Our cozy store is full of first-rate reading material. Author signings, spe
to community, and unsurpassed customer service are what you'll find h

Gift Cards    MyAccount    Help    Advanced Sea

**STORE INFO**

SEARCH [GO]    QUICK BROWSE    Browse by Category

**That Bookstore in Blytheville**

316 W Main
Blytheville, AR 72315
Tel: 870-763-3333
Fax: 870-763-1125
> Email Us
> Hours

**FROM OUR STORE**

Award Winners

News

Book Sense Picks

BookSense Bestsellers

Local Bestsellers

Autographed Books

Signed Selections

Store Events

Links

**LOU HOLTZ COMES TO BLYTHEVILLE!**

Store Info

**Newsletter**

Join the Children's Book Club..........



### Search Results
You searched for **Keyword: HYPERION**. Showing 1-20 of 91 results.



**Hyperion(Mass Market Paperback)**
by Simmons, Dan
**Format:** Mass Market Paperback
**Price:** $7.99
**Published:** Spectra Books, 1990
**Inventory Status:** Usually Ships in 1-5 days

[Add To Cart]



**The Fall of Hyperion(Mass Market Paperback)**
by Simmons, Dan
**Format:** Mass Market Paperback
**Price:** $7.99
**Published:** Bantam Books, 1995
**Inventory Status:** Usually Ships in 1-5 days

[Add To Cart]

**Fashion Kitty(Trade Paperback)**
by Harper, Charise Mericle, Hyperion Books for Children
**Format:** Trade Paperback
**Price:** $8.99
**Published:** Hyperion Books, 2005
**Inventory Status:** Usually Ships in 1-5 days

[Add To Cart]

**Baby Einstein My Favorite Colors (Baby Einstein (Special Formats))(Trade Paperback)**
by Aigner-Clark, Julie, Zaidi, Nadeem, Hyperion Books for Childr
**Format:** Trade Paperback
**Price:** $6.99
**Published:** Hyperion Books, 2003
**Inventory Status:** Usually Ships in 1-5 days

[Add To Cart]

**Desperate Housewives: Behind Closed Doors(Trade Paper**
by Hyperion Books
**Format:** Trade Paperback
**Price:** $17.95
**Published:** Hyperion Books, 2005

Thank you for visiting this BookSense store!

**OFFERS**





**JOIN OUR MAILING LIST**

 GO

**AFFILIATE PROGRAM**

Become an Affiliate

Learn more about our affiliate program



**Inventory Status:** Usually Ships in 1-5 days

Add To Cart

---



**The New York Public Library Desk Reference (New York Public Library Desk Reference)(Hardcover (Cloth**
by Hyperion Books
**Format:**  Hardcover (Cloth)
**Price:**  $34.95
**Published:** Hyperion Books, 2002
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart

---



**Birnbaum's Walt Disney World for Kids, by Kids: Real Kids for the Most Awesome Vacation in the World (Birnbaum's Walt Disney World for Kids, by Kids)(Trade P**
by Hyperion Books
**Format:**  Trade Paperback
**Price:**  $10.95
**Published:** Disney Editions, 2000
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

---



**Numbers and Shapes Discovery Cards (Baby Einstein (Special Formats))(Other)**
by Hyperion Books for Children
**Format:**  Other
**Price:**  $9.99
**Published:** Hyperion Books for Children, 2004
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart

---

Image Not Available

**Dance!(Hardcover (Cloth))**
by Jones, Bill T., Hyperion Press, Kuklin, Susan
**Format:**  Hardcover (Cloth)
**Price:**  $14.95
**Published:** Hyperion Books, 1998
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

---



**First Word Book (Picture My World Books)(Hardcover (Cloth))**
by Hyperion Books for Children
**Format:**  Hardcover (Cloth)
**Price:**  $12.99
**Published:** Hyperion Books, 2002
**Inventory Status:** Out of Print

Add To Cart



**Baby Einstein in the Rain with Jane with Other
(Baby Einstein (Special Formats))(Trade Paperback)**
by Aigner-Clark, Julie, Zaidi, Nadeem, Hyperion Books for Childr
**Format:** Trade Paperback
**Price:** $6.99
**Published:** Hyperion Books, 2003
**Inventory Status:** Special Order - Subject to Availability

Add To Cart



**Spy Kids Activity Book: How to Be a Spy(Trade Paperback**
by Godwin, Parke, T/K, Hyperion Books
**Format:** Trade Paperback
**Price:** $3.99
**Published:** Miramax Books, 2001
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

Image Not Available

**Nature
(Picture My World Books)(Hardcover (Cloth))**
by Hyperion Books for Children
**Format:** Hardcover (Cloth)
**Price:** $8.99
**Published:** Hyperion Books, 2003
**Inventory Status:** Out of Print

Add To Cart



**Nature Discovery Cards
(Baby Einstein (Special Formats))(Other)**
by Hyperion Books for Children
**Format:** Other
**Price:** $9.99
**Published:** Hyperion Books for Children, 2003
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart



**Thank You, Teacher: Letters Celebrating Extraordinary Te
(Cloth))**
by Eisner, Michael, Hyperion Books
**Format:** Hardcover (Cloth)
**Price:** $9.95
**Published:** Disney Editions, 2000
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart

**Animals
(Picture My World Books)(Hardcover (Cloth))**
by Hyperion Books for Children

**Format:**  Hardcover (Cloth)
**Price:**  $8.99
**Published:** Hyperion Books, 2003
**Inventory Status:** Out of Print

Add To Cart

**Journeyman Wizard: A Magical Mystery (Hyperion Paperb Paperback)**
by Zambreno, Mary Frances, Hyer, Carol, Hyer, Carol
**Format:**  Trade Paperback
**Price:**  $5.95
**Published:** Hyperion Books, 1996
**Inventory Status:** Out of Print

Add To Cart



**Love Letters of a Lifetime: Romance in America(Hardcove**
by Reeve, Dana, Hyperion Books
**Format:**  Hardcover (Cloth)
**Price:**  $15.95
**Published:** Hyperion Books, 2001
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

**More of Brer Rabbit's Tricks (Hyperion Paperback)(Trade**
by Rees, Ennis, Gorey, Edward, Gorey, Edward
**Format:**  Trade Paperback
**Price:**  $5.95
**Published:** Hyperion Books, 1994
**Inventory Status:** Out of Print

Add To Cart



**Extreme Makeover: Home Edition: The Official Companion Paperback)**
by Hyperion Books
**Format:**  Trade Paperback
**Price:**  $17.95
**Published:** Hyperion Books, 2005
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart

**Search:** [                    ] GO

© That Bookstore in Blytheville    Security & Privacy Policy    Copyright    tbib@sbcglobal.net