Steinbuch v. Cutler | Doc. 51 Att. 3
That Bookstore in Blytheville    Page 1 of 5
Case 4:06-cv-00620-WRW   Document 51-4   Filed 09/10/2006   Page 1 of 5



That Bookstore in Blytheville is located in the lively downtown district o
Our cozy store is full of first-rate reading material. Author signings, spe
to community, and unsurpassed customer service are what you'll find h

Gift Cards    MyAccount    Help    Advanced Sea

**STORE INFO**

SEARCH [        ] GO    QUICK BROWSE   Browse by Category

### Search Results
You searched for **Keyword: HYPERION**. Showing 21-40 of 91 results.

**That Bookstore in Blytheville**
316 W Main
Blytheville, AR 72315
Tel: 870-763-3333
Fax: 870-763-1125
> Email Us
> Hours



**Birnbaum's Walt Disney World Without Kids: Expert Advi Adults (Birnbaum's Walt Disney World Without Kids: The Officia Loving Adults)(Trade Paperback)**
by Hyperion Books
**Format:** Trade Paperback
**Price:** $12.95
**Published:** Disney Editions, 2000
**Inventory Status:** Special Order - Subject to Availability

[Add To Cart]

**FROM OUR STORE**

Award Winners

News

Book Sense Picks

BookSense Bestsellers

Local Bestsellers

Autographed Books

Signed Selections

Store Events

Links

**Book Pack Level Three (Hyperion Paperback)(Trade Pape**
by Hyperion Books, Van Laan, Nancy, Meade, Holly
**Format:** Trade Paperback
**Price:** $16.95
**Published:** Hyperion Books, 1995
**Inventory Status:** Out of Print

[Add To Cart]

**Book Pack Level One: Eight Steps to Reading (Hyperion Paperback)**
by Hyperion Books, Van Laan, Nancy, Meade, Holly
**Format:** Trade Paperback
**Price:** $16.95
**Published:** Hyperion Books, 1995
**Inventory Status:** Out of Print

[Add To Cart]

**LOU HOLTZ COMES TO BLYTHEVILLE!**

Store Info

**Newsletter**

Join the Children's Book Club..........



**Hyperion(Trade Paperback)**
by Simmons, Dan, Gardini, Carlos Alberto
**Format:** Trade Paperback
**Price:** $12.95
**Published:** Ediciones B, 2005
**Inventory Status:** Usually Ships in 1-5 days

[Add To Cart]



**Li'l Sis and Uncle Willie: A Story Based on the Life and Pa Johnson (Hyperion Paperback)(Trade Paperback)**
by Everett, Gwen, Johnson, William H., Johnson, William H.
**Format:** Trade Paperback


Thank you for visiting this BookSense store!

**OFFERS**





**JOIN OUR MAILING LIST**

[input] GO

**AFFILIATE PROGRAM**

Become an Affiliate
Learn more about our affiliate program


**Price:** $4.95
**Published:** Hyperion Books, 1994
**Inventory Status:** Out of Print

Add To Cart


**For My Daughter on Her Wedding Day: A Keepsake Journ** Daughter(Hardcover (Cloth))
by Godwin, Parke, T/K, Hyperion Books
**Format:** Hardcover (Cloth)
**Price:** $16.95
**Published:** Hyperion Books, 2001
**Inventory Status:** Special Order - Subject to Availability

Add To Cart


**For My Daughter on the Birth of Her First Child: A Keepsa** Mother to Daughter(Hardcover (Cloth))
by TK, Hyperion Books
**Format:** Hardcover (Cloth)
**Price:** $16.95
**Published:** Hyperion Books, 2001
**Inventory Status:** Out of Print

Add To Cart


**Hyperion and Selected Poems**
**(German Library (Paperback), #22)(Trade Paperback)**
by Holderlin, Friedrich, Santner, Eric L., Santner, Eric L.
**Format:** Trade Paperback
**Price:** $19.95
**Published:** Continuum International Publishing Group, 1990
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart


**MDX Solutions: With Microsoft SQL Server Analysis Servi** Hyperion Essbase(Trade Paperback)
by Spofford, George, Harinath, Sivakumar, Webb, Christopher
**Format:** Trade Paperback
**Price:** $50.00
**Published:** John Wiley & Sons, 2005
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart

**La Caida de Hyperion(Trade Paperback)**
by Simmons, Dan, Gardini, Carlos Alberto
**Format:** Trade Paperback
**Price:** $12.95
**Published:** Ediciones B, 2005
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart



**McDuff(Fabric)**
by Hyperion, Wells, Rosemary
**Format:** Fabric
**Price:** $8.95
**Published:** Hyperion Books, 1998
**Inventory Status:** Special Order - Subject to Availability

Add To Cart



**The New Illustrated Treasury of Disney Songs: Complete Over 60 Popular Tunes(Trade Paperback)**
by Hyperion Books
**Format:** Trade Paperback
**Price:** $35.00
**Published:** Disney Editions, 1998
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

**Birnbaum's Disneyland: Expert Advice from the Inside So (Birnbaum's Disneyland Resort)(Trade Paperback)**
by Hyperion Books
**Format:** Trade Paperback
**Price:** $12.95
**Published:** Disney Editions, 2000
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

**Mulan Postcard Book(Trade Paperback)**
by W. D. F. A. D. a., Hyperion Books
**Format:** Trade Paperback
**Price:** $9.95
**Published:** Disney Editions, 1998
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

**Hyperion(Trade Paperback)**
by Simmons, Dan
**Format:** Trade Paperback
**Price:** $25.00
**Published:** Doubleday Books, 1989
**Inventory Status:** Special Order - Subject to Availability

Add To Cart



| | |
|---|---|
| Image Not Available | **Full Moon Stories(Hardcover (Cloth))**<br>by Eagle, Turtle, Eagle-Walking, Hyperion Books<br>**Format:** Hardcover (Cloth)<br>**Price:** $15.95<br>**Published:** Hyperion Books, 1997<br>**Inventory Status:** Special Order - Subject to Availability<br>Add To Cart |
| Image Not Available | **Mickey's Gourmet Cookbook: Most Popular Recipes from Disneyland(Trade Paperback)**<br>by Hyperion Books<br>**Format:** Trade Paperback<br>**Price:** $11.95<br>**Published:** Disney Editions, 1994<br>**Inventory Status:** Special Order - Subject to Availability<br>Add To Cart |
| Image Not Available | **Towing Horse Trailers**<br>**(Allen Photographic Guides)(Trade Paperback)**<br>by Hyperion Books<br>**Format:** Trade Paperback<br>**Price:** $10.99<br>**Published:** Hyperion Books, 2000<br>**Inventory Status:** Special Order - Subject to Availability<br>Add To Cart |
| Image Not Available | **Hyperion(Trade Paperback)**<br>by Holderlin, Friedrich<br>**Format:** Trade Paperback<br>**Price:** $5.95<br>**Published:** SWAN Buch-Vertrieb GmbH, 1999<br>**Inventory Status:** Special Order - Subject to Availability<br>Add To Cart |
| Image Not Available | **Trailer Maintenance**<br>**(Allen Photographic Guides)(Trade Paperback)**<br>by Hyperion Books<br>**Format:** Trade Paperback<br>**Price:** $10.99<br>**Published:** Hyperion Books, 2000<br>**Inventory Status:** Special Order - Subject to Availability<br>Add To Cart |

**< Previous Results**

Search: [                    ] GO

© That Bookstore in Blytheville   Security & Privacy Policy   Copyright   tbib@sbcglobal.net