

That Bookstore in Blytheville is located in the lively downtown district o
Our cozy store is full of first-rate reading material. Author signings, spe
to community, and unsurpassed customer service are what you'll find h

Gift Cards     MyAccount     Help     Advanced Sea

**STORE INFO**

SEARCH [_____] GO   QUICK BROWSE   Browse by Category

**That Bookstore in Blytheville**

316 W Main
Blytheville, AR 72315
Tel: 870-763-3333
Fax: 870-763-1125
> Email Us
> Hours

**FROM OUR STORE**

Award Winners

News

Book Sense Picks

BookSense Bestsellers

Local Bestsellers

Autographed Books

Signed Selections

Store Events

Links

**LOU HOLTZ COMES TO BLYTHEVILLE!**

Store Info

**Newsletter**

Join the Children's Book Club..........



## Search Results
You searched for **Keyword: HYPERION**. Showing 41-60 of 91 results.

**Your Horse's Teeth (Allen Photographic Guides)(Trade Paperback)**
by Hyperion Books
**Format:** Trade Paperback
**Price:** $10.99
**Published:** Trafalgar Square Publishing, 2000
**Inventory Status:** Special Order - Subject to Availability

[Add To Cart]

**Best, Worst Day, the Hyperion Chapter (Hyperion Chapters)(Trade Paperback)**
by Graves, Bonnie, Davis, Nelle, Davis, Nelle
**Format:** Trade Paperback
**Price:** $3.95
**Published:** Hyperion Books, 1996
**Inventory Status:** Out of Print

[Add To Cart]

**The Simplicity Reader(Hardcover (Cloth))**
by Hyperion Books
**Format:** Hardcover (Cloth)
**Price:** $9.99
**Published:** Hyperion Books, 2001
**Inventory Status:** Special Order - Subject to Availability

[Add To Cart]

**Nancy Kerrigan: What's It Like to Be an Olympic Champion (Trade Paperback)**
by Kerrigan, Nancy, Woodwatd, Steve
**Format:** Trade Paperback
**Price:** $4.50
**Published:** Hyperion Books, 1996
**Inventory Status:** Out of Print

[Add To Cart]

**The Fall of Hyperion(Trade Paperback)**
by Simmons, Dan
**Format:** Trade Paperback
**Price:** $25.00
**Published:** Doubleday Books, 1990

Thank you for visiting this BookSense store!

**OFFERS**





**JOIN OUR MAILING LIST**

[    ] GO

**AFFILIATE PROGRAM**

Become an Affiliate

Learn more about our affiliate program



**Inventory Status:** Special Order - Subject to Availability

Add To Cart

---

**Friends to the Rescue (Hyperion Paperbacks)(Hardcover (**
by Orgel, Doris, Crgel, Doris
**Format:** Hardcover (Cloth)
**Price:** $10.10
**Published:** Turtleback Books Distributed by Demco Media, 1996
**Inventory Status:** Out of Print

Add To Cart

---



**Daughter of Liberty Hyperion Chapter(Hardcover (Cloth))**
by Quackenbush, Robert M., Quackenburg
**Format:** Hardcover (Cloth)
**Price:** $13.25
**Published:** Rebound by Sagebrush, 1999
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

---

**Official Movie Storybook(Hardcover (Cloth))**
by Hyperion Books
**Format:** Hardcover (Cloth)
**Price:** $14.15
**Published:** Rebound by Sagebrush, 2001
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

---

**Pedro, His Perro and the Alphabet Sombrero(Hardcover (C**
by Hyperion Books for Children
**Format:** Hardcover (Cloth)
**Price:** $3.99
**Published:** Hyperion Books for Children, 2001
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

---

**Hyperion(Trade Paperback)**
by Simmons, Dan
**Format:** Trade Paperback
**Price:** $7.50
**Published:** Ediciones B, 1993
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

**Caida de Hyperion, La(Trade Paperback)**
by Simmons, Dan
**Format:** Trade Paperback
**Price:** $7.50
**Published:** Ediciones B, 1993
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

**Assorted Pooh Valentines(Trade Paperback)**
by Hyperion
**Format:** Trade Paperback
**Price:** $12.45
**Published:** Disney Press, 1999
**Inventory Status:** Special Order - Subject to Availability

Add To Cart



**Babyon 5: Ship Paln - Hyperion (Babylon 5 (Mongoose Publishing))(Trade Paperback)**
**Format:** Trade Paperback
**Price:** $19.95
**Published:** Mongoose Publishing, 2006
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

**Brer Rabbit and His Tricks (Hyperion Paperback)(Trade Pa**
by Rees, Ennis, Gorey, Edward, Gorey, Edward
**Format:** Trade Paperback
**Price:** $5.95
**Published:** Hyperion Books, 1994
**Inventory Status:** Out of Print

Add To Cart

**The Hyperion Handbook(Hardcover (Cloth))**
by Antonovich, Michael
**Format:** Hardcover (Cloth)
**Price:** $16.95
**Published:** Prentice Hall, 1984
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

**Manuscript Poems in the British Library; Facsimiles of the & of George Keats' Notebook of Holographs & Transcripts (Manuscripts of the Younger Romantics)(Hardcover (Cloth**
by Keats, John
**Format:** Hardcover (Cloth)
**Price:** $82.50
**Published:** Garland Publishing, 1989
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

**Hyperion(Analog Audio Cassette)**
by Simmons, Dan, Cazenove, Christopher
**Format:** Analog Audio Cassette
**Price:** $25.00
**Published:** Audio Literature, 2000
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

**Christopher Davis's Best Year Yet: Hyperion Chapters; Gra (Hyperion Chapters)(Trade Paperback)**
by Wohl, Lauren, Reed, Mike, Reed, Mike
**Format:** Trade Paperback
**Price:** $3.95
**Published:** Hyperion Books, 1995
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

**The Secret of Roan Inish (Hyperion Paperback)(Trade Pap**
by Fry, Rosalie
**Format:** Trade Paperback
**Price:** $4.95
**Published:** Hyperion Books, 1995
**Inventory Status:** Out of Print

Add To Cart

**Say Cheese, Medusa!(Hardcover (Cloth))**
by Hyperion Books for Children
**Format:** Hardcover (Cloth)
**Price:** $9.99
**Published:** Hyperion Books for Children, 2002
**Inventory Status:** Out of Print

Add To Cart

< Previous Results

Search: [            ]  GO

© That Bookstore in Blytheville    Security & Privacy Policy    Copyright    tbib@sbcglobal.net