Steinbuch: That Bookstore in Blytheville ... Doc. 51 Att. 5
That Bookstore in Blytheville                                    Page 1 of 5
Case 4:06-cv-00620-WRW   Document 51-6   Filed 09/10/2006   Page 1 of 5



That Bookstore in Blytheville is located in the lively downtown district o
Our cozy store is full of first-rate reading material. Author signings, spe
to community, and unsurpassed customer service are what you'll find h

Gift Cards    MyAccount    Help    Advanced Sea

**STORE INFO**

SEARCH [                    ] GO   QUICK BROWSE   Browse by Category

## Search Results
You searched for **Keyword: HYPERION**. Showing 61-80 of 91 results.

**That Bookstore in Blytheville**

316 W Main
Blytheville, AR 72315
Tel: 870-763-3333
Fax: 870-763-1125

> Email Us
> Hours

**FROM OUR STORE**

Award Winners

News

Book Sense Picks

BookSense Bestsellers

Local Bestsellers

Autographed Books

Signed Selections

Store Events

Links

**LOU HOLTZ COMES TO BLYTHEVILLE!**

Store Info

**Newsletter**

Join the Children's Book Club..........



**Witch Graphic Novel #02(Trade Paperback)**
by Hyperion Books
**Format:** Trade Paperback
**Price:** $4.99
**Published:** Hyperion Books, 2005
**Inventory Status:** Out of Print

Add To Cart

**A Bug's Life Postcard Book: 30 Full-Color Postcards from Send, and Enjoy(Trade Paperback)**
by Hyperion Books, Disney Studios, Pixar Animation Studios
**Format:** Trade Paperback
**Price:** $9.95
**Published:** Disney Editions, 1998
**Inventory Status:** Special Order - Subject to Availability

Add To Cart



**Disney's Snow White and the Seven Dwarfs: A Postcard B Paperback)**
by Hyperion Books, Walt Disney Productions
**Format:** Trade Paperback
**Price:** $8.95
**Published:** Disney Editions, 1994
**Inventory Status:** Special Order - Subject to Availability

Add To Cart



**Visit from Saint Nicholas: And Santa Mouse Too! (Visit from St. Nick, #1)(Hardcover (Cloth))**
by Mouse, Clement C., Hyperion, Moore, Clement Clarke
**Format:** Hardcover (Cloth)
**Price:** $12.95
**Published:** Hyperion Books, 1998
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

**Christopher Davis's Best Year Yet: Hyperion Chapters; Gr (Hyperion Chapters)(Hardcover (Cloth))**
by Wohl, Lauren, Reed, Mike, Reed, Mike
**Format:** Hardcover (Cloth)
**Price:** $13.95





Thank you for visiting this BookSense store!

**OFFERS**





**JOIN OUR MAILING LIST**

GO

**AFFILIATE PROGRAM**

Become an Affiliate
Learn more about our affiliate program

**Published:** Hyperion Books, 1995
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

---

**Supreme Power: Hyperion (Supreme Power)(Trade Paperback)**
by Straczynski, J. Michael, Jurgens, Dan
**Format:** Trade Paperback
**Price:** $14.99
**Published:** Marvel Comics, 2006
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart

---



**Hyperion: A Romance(Trade Paperback)**
by Longfellow, Henry Wadsworth
**Format:** Trade Paperback
**Price:** $34.95
**Published:** Kessinger Publishing, 2003
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart

---



**Listening Matters: Practice Tests for the London as and A Papers Based on "The Essential Hyperion 2"(Trade Paper**
by Bowman, David, Terry, Paul
**Format:** Trade Paperback
**Price:** $24.95
**Published:** Schott, 2003
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

---



**Hyperion(Trade Paperback)**
by Longfellow, Henry Wadsworth
**Format:** Trade Paperback
**Price:** $14.95
**Published:** 1st World Library, 2004
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart

---

**Hyperion and Kavanagh(Trade Paperback)**
by Longfellow, Henry Wadsworth
**Format:** Trade Paperback
**Price:** Please call or email us for a price
**Published:** Fredonia Books (NL), 2002
**Inventory Status:** Usually Ships in 1-5 days





**Hyperion(Hardcover (Cloth))**
by Longfellow, Henry Wadsworth, Casil, Amy Sterling
**Format:** Hardcover (Cloth)
**Price:** $29.95
**Published:** Wildside Press, 2002
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart

**Hyperion(Trade Paperback)**
by Longfellow, Henry Wadsworth, Casil, Amy Sterling
**Format:** Trade Paperback
**Price:** $19.95
**Published:** Wildside Press, 2002
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart

**Profitable Customer Relationships - The Keys to Maximizi Retention, and Loyalty(Trade Paperback)**
by Richard Brock - Chairman & CEO, Firstwave Technologies, In Scratch, Gregory J. Hanson - CEO, Bullhorn, Inc. - The Profitabl Customer Relationships, Michael Silton - CEO, Rainmaker Syste Profitable, Relationships, Beatriz V. Infante - Chairmain, CEO & Communications -, Customer Focus, Kenneth D. Tuchman - Cha Holdings, Inc. - Creating an, Emotive Attachment, Monte Zwebe Blue Martini Software - It's Time For, Intelligent Selling Systems Founder & CEO, vCustomer - The Service Side of CRM, Jeffrey V CEO, Active Decisions, Inc. - You Learn, Everything in the Field, President & CEO, Harte-Hanks, Inc. - Relationship, Management Company Leader, Acxiom Corporation - Developing, Successful Relationships, Jeffrey Rodek - Chairman & CEO, Hyperion Soluti Finding the, Right Fit, Lloyd G. "Buzz" Waterhouse - Chairman, I Reynolds &, Reynolds Company - How to Make Every Customer William Van Symons - President & COO C2CRM Division, Clear T Building Profitable Customer Relationships for Business Success
**Format:** Trade Paperback
**Price:** $27.95
**Published:** Aspatore Books, 2003
**Inventory Status:** Out of Print

Add To Cart

**Hyperion(Analog Audio Cassette)**
by Simmons, Dan, Cazenove, Christopher
**Format:** Analog Audio Cassette
**Price:** $25.00

**Published:** Audio Literature, 2001
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

**Nina's Treasures (Hyperion Paperback)(Hardcover (Cloth**
by Czernecki, Stefan, Rhodes, Timothy, Czernecki, Stefan
**Format:**  Hardcover (Cloth)
**Price:**  $15.49
**Published:** Hyperion Books, 1994
**Inventory Status:** Out of Print

Add To Cart

**Nina's Treasures (Hyperion Paperback)(Trade Paperback**
by Czernecki, Stefan, Rhodes, Timothy, Czernecki, Stefan
**Format:**  Trade Paperback
**Price:**  $4.95
**Published:** Hyperion Books, 1994
**Inventory Status:** Out of Print

Add To Cart



**Hyperion(Trade Paperback)**
by Longfellow, Wadsworth Henry
**Format:**  Trade Paperback
**Price:**  Please call or email us for a price
**Published:** IndyPublish.com, 2006
**Inventory Status:** Usually Ships in 1-5 days



**Hyperion(Hardcover (Cloth))**
by Longfellow, Henry Wadsworth
**Format:**  Hardcover (Cloth)
**Price:**  $29.95
**Published:** 1st World Library, 2005
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart



**Hyperion a Fragment(Trade Paperback)**
by Keats, John
**Format:**  Trade Paperback
**Price:**  $15.95
**Published:** Kessinger Publishing, 2004
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart

**Hyperion(Trade Paperback)**

by Longfellow, Henry Wadsworth
**Format:** Trade Paperback
**Price:** $72.99
**Published:** IndyPublish.com, 2005
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

< Previous Results

Search: [                    ] GO

© That Bookstore in Blytheville    Security & Privacy Policy    Copyright    tbib@sbcglobal.net