Steinbuch v. Cutler Doc. 51 Att. 7



# Providers in your area

**Cable Providers**

| Comcast Corporation | > HBO, HBO on Demand, HBO2, HBO Signature, HBO Comedy, HBO Zone, HBO Family, Cinemax, Cinemax on Demand, MoreMax, ActionMax, ThrillerMax, @Max, 5StarMax | SUBSCRIBE ONLINE SPECIAL OFFER<br>Call To Subscribe (501)375-5755 |
|---|---|---|

**Satellite Providers**

| DIRECTV | > HBO, HBO West, HBO2, HBO2 West, HBO Signature, HBO Family, HBO Family West, MAX, MoreMAX, MAX West | SUBSCRIBE ONLINE<br>Call To Subscribe (800) DIRECTV |
|---|---|---|
| DIRECTV PARA TODOS | > HBO Latino and all the above channels are available to DIRECTV PARA TODOS™ customers. | SUBSCRIBE ONLINE<br>Call To Subscribe 888-388-6622 |
| DIRECTV PUERTO RICO & USVI | > HBO, HBO2, HBO Family, HBO Zone, HBO Comedy, HBO Latino, Cinemax, MoreMax, ActionMax | SUBSCRIBE ONLINE<br>Call To Subscribe (800) DIRECTV |
| DISH Network | > HBO, HBO West, HBO2, HBO2 West, HBO Signature, HBO Comedy, HBO Latino, HBO Family, MultiMAX Package Available Separately | SUBSCRIBE ONLINE<br>Call To Subscribe (800) 333-3474 |
| C-Band | > HBO, HBO2, HBO Signature, HBO Family, MAX, MoreMAX | Call To Subscribe (800)-395-9557 |

\* Some channels not available in all areas. Availability of program services subject to change.

For more information see our Guide to all HBO and Cinemax channels

**HBO INFO    JOBS AT HBO    CONTACT US    TAKE CONTROL    SITE INDEX    SCHEDULE PDF    REGISTER/SIGN IN    TRY AO**

> Privacy Policy    > Terms of Use

Dockets.Justia.com

© 2006 Home Box Office, Inc. All Rights Reserved.
This website is intended for viewing solely in the United States. This website may contain adult content.

HBO: HBOXpress Page 2 of 2

Case 4:06-cv-00620-WRW    Document 51-8    Filed 09/10/2006    Page 2 of 2