Steinbuch v. Cutler et al
Case 4:06-cv-00620-WRW  Document 51-9  Filed 09/10/2006  Page 1 of 1
HBO Express Page    Page 1 of 1    Doc. 51 Att. 8



Dockets.Justia.com