

Comcast.net

72202 Little Rock

## My Channel Lineup

The programming and channels listed below are currently available in your area. Certain services and programming are available separately or as a part of other levels of service and may require an additional subscription and/or other fees. Basic service subscription is required to receive other levels of services. Service and pricing is subject to change. If you have questions regarding the channel lineups, please **contact us** for additional information.

In areas that offer ON DEMAND, you can enjoy a library of more than 1,000 programs all ready to start whenever you want. If ON DEMAND is not yet available in your area, it is coming soon! **Check out what's on this month.**

 Indicates additional programming available ON DEMAND

View by Package type...

Search for a Channel

**CHANNEL** sort — **CHANNEL NAME** sort

| # | Channel |
|---|---|
| 1 | ON DEMAND  |
| 2 | **ESPN2** |
| 3 | **KETS (PBS)** |
| 4 | Educational Access |
| 5 | **KARK (NBC)** |
| 6 | **ESPN** |
| 7 | **KASN (UPN)** |
| 8 | **KATV (ABC)** |
| 9 | **KWBF (WB)** |
| 10 | **KTHV (CBS)** |
| 11 | Government Access |
| 12 | KLRA (Univision) |
| 13 | **KLRT (FOX)** |
| 14 | **QVC** |
| 15 | KYPX (PAX) |
| 16 | **The Weather Channel** |
| 17 | KVTN (VTN) |
| 18 | Comcast Local Edition |
| 19 | **Home Shopping Network** |
| 20 | **BET** |

**CHANNEL GENRES**

**Children & Family**
**High-Definition TV**
**Movies**
**ON DEMAND**
**Pay-Per-View**
**Sports**

Please note you can click on a genre to show only channels in that genre.



Dockets.Justia.com

| | |
|---|---|
| 21 | **KKAP** |
| 22 | **WGN** |
| 23 | **Comcast Sports SE** |
| 24 | **Fox Sports Southwest** |
| 25 | The Disney Channel |
| 26 | **USA** |
| 27 | **TBS Superstation** |
| 28 | Outdoor Life |
| 29 | **TNT** |
| 30 | **Turner Classic Movies** |
| 31 | **Hallmark Channel** |
| 32 | **ABC Family** |
| 33 | **Cartoon Network** |
| 34 | **TV Guide** |
| 36 | **Great American Country** |
| 40 | **Inspirational Network** |
| 41 | **CNBC** |
| 42 | **Fox News** |
| 43 | **CNN** |
| 44 | **CNN Headline News** |
| 45 | **Comedy Central** |
| 46 | **Speed Channel** |
| 47 | **The Golf Channel** |
| 48 | **Lifetime** |
| 49 | **Home & Garden TV** |
| 50 | Bravo |
| 51 | **A&E** |
| 52 | **C-SPAN** |
| 53 | **The Discovery Channel** |
| 54 | **Animal Planet** |
| 55 | **TV Land** |
| 56 | **VH-1** |
| 57 | **MSNBC** |
| 58 | **Country Music Television** |
| 59 | **FX** |
| 60 | **AMC** |
| 61 | **Nickelodeon** |

| | |
|---|---|
| 62 | University Channel |
| 63 | **Spike TV** |
| 64 | **Outdoor Channel** |
| 65 | **Sci-Fi** |
| 67 | **C-SPAN 2** |
| 68 | **The Learning Channel** |
| 69 | **E!** |
| 70 | **The History Channel** |
| 71 | The Travel Channel |
| 72 | **Food Network** |
| 73 | **Court TV** |
| 74 | **style.** |
| 75 | **BFC** |
| 76 | **MTV** |
| 77 | **Discovery Health** |
| 78 | **EWTN** |
| 98 | Marketplace |
| 101 | Weatherscan Local |
| 102 | **ESPNews** |
| 105 | **C-SPAN 3** |
| 109 | **National Geographic** |
| 110 | **Discovery Science** |
| 111 | **Discovery Times** |
| 112 | Military Channel |
| 113 | **Discovery H & L** |
| 114 | **BBC America** |
| 115 | Biograph |
| 116 | History International |
| 119 | Lifetime Movie Network |
| 120 | **Soap Net** |
| 121 | **DIY** |
| 122 | **Fine Living** |
| 128 | PBS Sprout |
| 129 | **Nick Toons** |
| 130 | **Discovery Kids** |
| 131 | **Noggin** |
| 132 | **Nick Too** |

| | |
|---|---|
| 133 | **Nick GAS** |
| 134 | **WAM!** |
| 135 | **Toon Disney** |
| 139 | **MTV Hits** |
| 140 | **MTV 2** |
| 141 | **MTV Español** |
| 142 | **MTV Jams** |
| 143 | **VH-1 Classic** |
| 144 | **VH-1 Soul** |
| 145 | **CMT Pure Country** |
| 149 | MOVIEplex |
| 150 | **Encore East** |
| 151 | **Encore West** |
| 152 | **Encore Action East** |
| 153 | **Encore Action West** |
| 154 | **Encore Mystery East** |
| 155 | **Encore Mystery West** |
| 156 | **Encore Love East** |
| 157 | **Encore Love West** |
| 158 | **Encore True Stories East** |
| 159 | **Encore True Stories West** |
| 160 | **Encore Westerns East** |
| 161 | **Encore Westerns West** |
| 162 | G4 |
| 165 | **Sundance East** |
| 166 | **Sundance West** |
| 167 | Indieplex |
| 168 | **Retroplex** |
| 170 | **Flix East** |
| 171 | **Flix West** |
| 173 | TV One |
| 179 | **The Game Show Network** |
| 190 | KETS- PBS |
| 191 | AETN Scholar |
| 192 | AETN Kids |
| 202 | **ESPNHD** |
| 204 | TNT HD |

| | |
|---|---|
| 205 | **Discovery HDTV** |
| 206 | **INHD** |
| 207 | **INHD2** |
| 215 | **HBO East (HDTV)** |
| 219 | **Cinemax HD** |
| 223 | **Showtime East (HDTV)** |
| 227 | **Starz HD** |
| 231 | **KATV (ABC) - HD** |
| 232 | KARK (NBC) HD |
| 233 | **KTHV (CBS) - HD** |
| 234 | **KLRT (Fox) - HD** |
| 236 | KASN - UPN |
| 240 | PBS - HD |
| 243 | KTHV 2 (CBS) |
| 262 | **Fox Sports Atlantic** |
| 263 | **Fox Sports Central** |
| 264 | **Fox Sports Pacific** |
| 265 | **ESPN Classic** |
| 265 | ESPN Classic |
| 267 | Fox Soccer Channel |
| 268 | **GOL TV** |
| 273 | **NBA TV** |
| 274 | **CSTV** |
| 275 | **NFL Network** |
| 277 | The Tennis Channel |
| 280 | Shop NBC |
| 282 | Jewelry TV |
| 300 | HBO HD East |
| 301 | **HBO East** |
| 302 | **HBO Plus East** |
| 303 | **HBO Signature East** |
| 304 | **HBO Family East** |
| 305 | **HBO Comedy** |
| 306 | **HBO West** |
| 307 | **HBO Plus West** |
| 308 | **HBO Signature West** |
| 309 | **HBO Family West** |

| | |
|---|---|
| 310 | **HBO Zone** |
| 311 | **HBO Latino East** |
| 312 | **HBO Latino West** |
| 319 | Cinemax HD East |
| 320 | **Cinemax East** |
| 321 | **More MAX East** |
| 322 | **Cinemax West** |
| 323 | **More MAX West** |
| 324 | **Action MAX East** |
| 325 | **Thriller Max** |
| 326 | **Action MAX West** |
| 327 | **WMax** |
| 328 | **@Max** |
| 329 | **5StarMax** |
| 330 | **OuterMax** |
| 339 | Showtime HD East |
| 340 | **Showtime East** |
| 341 | **Showtime Too East** |
| 342 | **Showtime Showcase East** |
| 343 | **Showtime West** |
| 344 | **Showtime Too West** |
| 345 | **Showtime Showcase West** |
| 346 | **Showtime Beyond East** |
| 347 | **Showtime Extreme East** |
| 348 | **Showtime Extreme West** |
| 349 | **Showtime Beyond West** |
| 350 | **TMC East** |
| 351 | **TMC West** |
| 352 | **TMC Xtra East** |
| 353 | **TMC Xtra West** |
| 369 | Starz HD |
| 370 | **Starz East** |
| 371 | **Starz Edge East** |
| 372 | Starz InBlack |
| 373 | **Starz Kids & Family** |
| 374 | **Starz Cinema East** |
| 375 | Starz Comedy East |

| | | |
|---|---|---|
| 376 | Starz West | |
| 377 | Starz Comedy | |
| 380 | Starz Cinema West | |
| 401 | Showcase | |
| 402 | Today's Country | |
| 403 | Classic Country | |
| 404 | Bluegrass | |
| 405 | R&B and Hip-Hop | |
| 406 | Classic R&B | |
| 407 | Smooth R&B | |
| 408 | R&B Hits | |
| 409 | Rap | |
| 410 | Metal | |
| 411 | Rock | |
| 412 | Arena Rock | |
| 413 | Classic Rock | |
| 414 | Alternative | |
| 415 | Retro-Active | |
| 416 | Electronica | |
| 417 | Dance | |
| 418 | Adult Alternative | |
| 419 | Soft Rock | |
| 420 | Hit List | |
| 421 | Party Favorites | |
| 422 | '90s | |
| 423 | '80s | |
| 424 | '70s | |
| 425 | Solid Gold Oldies | |
| 426 | Singers & Standards | |
| 427 | Big Band & Swing | |
| 428 | Easy Listening | |
| 429 | Smooth Jazz | |
| 430 | Jazz | |
| 431 | Blues | |
| 432 | Reggae | |
| 433 | Soundscapes | |
| 434 | Classical Masterpieces | |

| | |
|---|---|
| 435 | Opera |
| 436 | Light Classical |
| 437 | Show Tunes |
| 438 | Contemporary Christian |
| 439 | Gospel |
| 440 | Radio Disney |
| 441 | Sounds of the Seasons |
| 442 | Musica Urbana |
| 443 | Salsa Merengue |
| 444 | Rock en Español |
| 445 | Pop Latino |
| 450-457 | DMX Hispanic Audio |
| 501-510 | iN DEMAND PPV |
| 543-547 | Adult iN Demand |
| 601 | Discovery en Español |
| 602 | CNN en Español |
| 603 | Fox Sports en Español |
| 604 | Toon Disney en Español |
| 605 | MTV Español |
| 606 | VHUno |
| 607 | Canal 52 MX |
| 608 | CineLatino |
| 609 | Utilisima |
| 610 | HTV Música |
| 749-759 | NBA League Pass PPV |

© 2005 Comcast Corporation                    Investor Relations      Press Room      Privacy Statement