Register for arkansasbusiness.com  |  Site Help  |  Contact ABPG

username [_____]  password [_____]  [SIGN IN]


HAVE IT ALL!
comcast.
VIDEO + HIGH-SPEED INTERNET + DIGITAL PHONE  $99
375-5755  per month for 12 months





Search ArkansasBusiness.com  [enter keywords here]  [START]

 home   news  research  people  events  jobs  links     Saturday, September 09, 2006 9:52:44 PM

today's
DOW
NASDAQ
S&P500
Enter Stoc
[GO!]
see all Ark
stoc
Ste
Mer

**free daily eNews**

Sign up for daily updates from the Arkansas Business newsroom!

[enter your email]  [GO!]

**arkansas industry news**

**Agriculture & Poultry**
**Architecture**
**Banking & Finance**
**Business Services**
**Construction**
**Education**
**Energy**
**Government & Politics**
**Health Care**
**Insurance**
**Investments**
**Legal**
**Manufacturing**
**Media & Marketing**
**Nonprofits**
**Public Companies**
**Real Estate**
**Restaurants & Food**
**Retail**
**Small Business**
**Technology & Telecom**
**Tourism**
**Transportation**



**research & lists**

- Book of Lists
- Trends & Analysis
- New Business Lists

## arkansas business news story

# Cable TV Dishes Up 'Triple Play'

**By Mark Friedman**
**5/29/2006**

In the past five years, cable television providers in Arkansas watched between 15 percent and 20 percent of their subscribers defect to satellite TV companies.

Now the cable TV industry is making a stronger push to win them back by offering three services in one package: cable TV, high-speed Internet and phone service.

Earlier this month, Comcast Cable was the first provider to unveil its "triple play" and offered all services for $99

for the customers' first 12 months. Other providers across the nation, such as Cablevision, which offers service in the northeast part of the country, are offering new customers the same service for $90 a month for the first 12 months.

Cox Communication, which is now called SuddenLink Communications of St. Louis, and Time Warner have applied to the Arkansas Public Service Commission to start offering phone service. Cox's application has been approved and Time Warner's is pending, the commission said.

A SuddenLink spokesman said he didn't know when the phone service would be offered in Arkansas along with the cable TV.

The battle for customers won't be easy for the cable industry. It will soon have to fight phone companies as well as satellite TV providers.

AT&T plans to offer its version of cable TV, called Internet Protocol Television, or IPTV, in some central Arkansas markets by early 2007.



Len Pitcock, executive director of the Arkansas Cable Telecommunications Association, says cable has the goods to compete with satellite providers.


Change font size     print preview    send article

- Submit a Whisper
- Submit Calendar Event
- Submit News Release
- Advertise Online
- Buy Gift Subscriptions
- Nominate for Ark Biz of the Year


mortgag
**Option AR**
360 Month
**5/1 Libor**
180 Month
**3/1 Libor**
360 Month
**15 Year Fi**
180 Month
**30 Year Fi**
360 Month
**FHA 30 Ye**
360 Month
**Jumbo**
30 Months
**10 year IC**
360 Month

Apply

New Home

Down Pay
[CA] 
rat

A division

most re
Dawn Sco
As Novem
Forty Und
Balance F
Profession
Stephens
2, But Re
Deal
Arkansas
America's
Nothing S
(Goldberg

everythi
Tourists
Newcome
Family
Brides-to-
Jobs
Teens



The satellite TV industry, though, isn't ready to throw in the remote control.

The growth rate has cooled, but satellite TV companies still are adding hundreds of thousands of new subscribers every quarter, said Michael Hopkins, senior editor of Media Business Corp., a media research, reporting and consulting firm in Golden, Colo.

"(Satellite TV companies) still are signing up customers, but it's not at a fast clip as it used to be," Hopkins said. "What satellite TV needs to do is get out there and really, really aggressively compete — not that they haven't aggressively competed before, but now it's gone from a pretty competitive environment to a hyper-competitive market."

At the end of September, satellite TV subscribers in Arkansas numbered 356,683. But by the end of the year, the number grew by almost 7,200 to 363,874. During the same period, the number of cable TV subscribers in Arkansas also increased — but only by 333, from 519,785 to 520,118, Hopkins said.

"Cable seems to be bouncing back after years of basic customer losses and still adding digital customers and broadband customers," Hopkins said.

In 2003, satellite TV providers added about 2.3 million customers nationwide. In 2004, the industry added 3.2 million customers. But the number of new subscribers fell back to 2003 levels in 2005, said Michelle Abraham, principal analyst covering converging markets and technologies at In-Stat of Scottsdale, Ariz.

"They're certainly making good strides and account for a large percentage of the pay-TV households," she said.

The cable industry will have to overcome two hurdles to win back customers who went to satellite TV, Hopkins said.

[ Link to this article ]

[ continue ]

[ view page: **1**  2  3  4 ]
[ single page view ]

## today's headlines

- Fitch Affirms UA Bond Rating At 'A+'

- Asbury Automotive Adds New COO, Makes Stock Offering

- Alan McVey To Lead Delta Center For Economic Development

- Pruitt Joins Twin City Bank

- Oaklawn Gives $1 Million To New Foundation

Company Profiles
Manufacturer's Directory
Buy 1 Year of Archive Access

**our services**

Manage Your eNews
Register for ArkansasBusiness.com
Subscribe to Arkansas Business Print Edition
Forgot Your Password?
Requesting Reprints & Article Rights Inquiries
RSS / XML Feeds
Advertise Your Company on ArkansasBusiness.com
Download the Arkansas Business Meda Kit



Post a Job Listing
Search Job Listings
Post a Resume
Search Resumes

MAINSTREAM
TECHNOLOGIES

www.main
stream-
tech.com

(501) 217-9490

> ADVERTISEMENT

BUILDING
EXCELLENCE

Kinco
Constructors

today's

DOW
NASDAQ
S&P500

Enter Stoc
GO!
see all Ark

stoc
Ste

Mer

**mortga**

Option AR
360 Month
5/1 Libor
180 Month
3/1 Libor
360 Month
15 Year Fi
180 Month
30 Year Fi
360 Month
FHA 30 Ye
360 Month
Jumbo
30 Months
10 year IO
360 Month

Apply

New Home

Down Payr
CA

rat

A division

**most re**

Dawn Sco
As Novem

Forty Und
Balance F
Profession

Stephens
2, But Re
Deal

Arkansas
America's

Nothing S
(Goldberg

**everythi**

Tourists
Newcome
Family
Brides-to-
Jobs
Teens

- Tyson Focused On Creating Long-Term Shareholder Value

- Clinton To Attend Beebe Campaign Gala

featured links

Fennell Purifoy Hammock Architects
Arkansas Bride Magazine
The Rotary Club of Little Rock
Plantation Services
Little Rock Family
Little Rock Guest Guide
Little Rock Soiree
PDC Companies
Fleming Electric






About ABPG   |   Terms Conditions & Notices   |   Privacy Policy   |   Contact   |   FAQ



122 East Second Street  ::  Little Rock, AR 72201  ::  (501)372-1443 or (888)322-6397
Copyright © 2006, Arkansas Business Limited Partnership. All rights reserved.

designed & powered by  FLEX360

today's

DOW
NASDAQ
S&P500

Enter Stoc
GO!
see all Ark

stoc
Ste

Mer

mortgag

Option AR
360 Month
5/1 Libor
180 Month
3/1 Libor
360 Month
15 Year Fi
180 Month
30 Year Fi
360 Month
FHA 30 Ye
360 Month
Jumbo
30 Months
10 year IO
360 Month

Apply

New Home

Down Payr
CA

rat

A division

most re

Dawn Sco
As Novem

Forty Und
Balance F
Professior

Stephens
2, But Re
Deal

Arkansas
America's

Nothing S
(Goldberg

everythi

Tourists
Newcome
Family
Brides-to-
Jobs
Teens

Case 4:06-cv-00620-WRW    Document 51-13    Filed 09/10/2006    Page 4 of 4