Steinbuch v. Bernstein Doc. 51 Att. 13
That Bookstore in Blytheville                                     Page 1 of 5
Case 4:06-cv-00620-WRW    Document 51-14    Filed 09/10/2006    Page 1 of 5



That Bookstore in Blytheville is located in the lively downtown district o
Our cozy store is full of first-rate reading material. Author signings, spe
to community, and unsurpassed customer service are what you'll find h

Gift Cards    MyAccount    Help    Advanced Sea

**STORE INFO**

SEARCH [ ] GO    **QUICK BROWSE**    Browse by Category

**That Bookstore in Blytheville**

316 W Main
Blytheville, AR 72315
Tel: 870-763-3333
Fax: 870-763-1125
> Email Us
> Hours

**FROM OUR STORE**

Award Winners

News

Book Sense Picks

BookSense Bestsellers

Local Bestsellers

Autographed Books

Signed Selections

Store Events

Links

**Robert Dalby,** *Waltzing at the Piggly Wiggly*

Store Info

**Newsletter**

**Harris Barnes Celebration...**



## Search Results
You searched for **Keyword: disney publishing**. Showing 1-20 of 135 results.



**The Incredible Dash (Incredibles)(Trade Paperback)**
by Disney Storybook Artists, Shealy, Dennis R., Disney Publis
Group
**Format:**  Trade Paperback
**Price:**  $3.99
**Published:** Random House, 2004
**Inventory Status:** Usually Ships in 1-5 days

[Add To Cart]



**Little Town Heroes (Chicken Little)(Trade Paperback)**
by Hollister, Samantha, Okmin, Cary, Disney Publishing's Glo
**Format:**  Trade Paperback
**Price:**  $3.99
**Published:** Golden Books, 2005
**Inventory Status:** Usually Ships in 1-5 days

[Add To Cart]



**Hometown Superstar with Paint Brush and Paint (Chicken Little)(Trade Paperback)**
by Hollister, Samantha, Disney Publishing's Global Design Gro
**Format:**  Trade Paperback
**Price:**  $3.99
**Published:** Golden Books, 2005
**Inventory Status:** Usually Ships in 1-5 days

[Add To Cart]

**Disney Animals with Sticker (DK Ultimate Sticker Books)(Trade Paperback)**
by DK Publishing
**Format:**  Trade Paperback
**Price:**  $6.99
**Published:** DK Publishing, 2006
**Inventory Status:** Usually Ships in 1-5 days

[Add To Cart]

**How to Draw Winnie the Pooh (Disney Magic Artist Learn-To-Draw Books)(Trade Pape**
by Disney Publishing Creative Development

Thank you for visiting this BookSense store!

**OFFERS**





**JOIN OUR MAILING LIST**



**AFFILIATE PROGRAM**

Become an Affiliate
Learn more about our affiliate program



**Format:** Trade Paperback
**Price:** $8.95
**Published:** Walter Foster Publishing, 1998
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

---



**The Incredible Dash (Incredibles)(Hardcover (Cloth))**
by Disney Storybook Artists, Shealy, Dennis R., Disney Publis Group
**Format:** Hardcover (Cloth)
**Price:** $11.99
**Published:** Random House, 2004
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart

---

**The Sky Is Falling! (Chicken Little)(Hardcover (Cloth))**
by Jordan, Apple J., Disney Storybook Artists, Disney Publishi Group
**Format:** Hardcover (Cloth)
**Price:** $11.99
**Published:** Random House, 2005
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart

---



**Disney(Trade Paperback)**
by DK Publishing, Dorling Kindersley Publishing
**Format:** Trade Paperback
**Price:** $6.99
**Published:** DK Publishing, 2002
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart

---



**Disney Days(Page-A-Day)**
by Andrews McMeel Publishing
**Format:** Page-A-Day
**Price:** $13.99
**Published:** Andrews McMeel Publishing, 2005
**Inventory Status:** Out of Print

Add To Cart

---



**Disney Days: 2004 Calendar (Day-To-Day)(Page-A-Day)**
by Andrews McMeel Publishing
**Format:** Page-A-Day
**Price:** $12.99
**Published:** Andrews McMeel Publishing, 2003



**Inventory Status:** Out of Print

Add To Cart

---

**Disney Days: 2005 Day-To-Day Calendar(Other)**
by Andrews McMeel Publishing
**Format:** Other
**Price:** $12.99
**Published:** Andrews McMeel Publishing, 2004
**Inventory Status:** Out of Print

Add To Cart

---

**Disney Days 2003 Dtd(Page-A-Day)**
by Andrews McMeel Publishing
**Format:** Page-A-Day
**Price:** $12.99
**Published:** Andrews McMeel Publishing, 2002
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

---

**A Souvenir Disney Songbook: Favorite Songs from Disn Disney World(Trade Paperback)**
by Hal Leonard Publishing Corporation
**Format:** Trade Paperback
**Price:** $19.95
**Published:** Hal Leonard Publishing Corporation, 1994
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart

---



**Disney: The Ultimate Visual Guide (Ultimate Guides Series)(Hardcover (Cloth))**
by Dorling Kindersley Publishing, Smith, Dave
**Format:** Hardcover (Cloth)
**Price:** $19.99
**Published:** DK Publishing, 2002
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

---



**Selections from Disney's Princess Collection with Other**
by Hal Leonard Publishing Corporation
**Format:** Trade Paperback
**Price:** $9.95
**Published:** Hal Leonard Publishing Corporation, 2002
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart



**3. Contemporary Disney: 30 Songs: The Little Mermaid
(E-Z Play Today, #3)(Trade Paperback)**
by Hal Leonard Publishing Corporation
**Format:** Trade Paperback
**Price:** $15.95
**Published:** Hal Leonard Publishing Corporation, 2002
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart



**Disney's My First Songbook Volume 2: A Treasury of Fa
and Play
(Easy Piano, #2)(Trade Paperback)**
by Hal Leonard Publishing Corporation
**Format:** Trade Paperback
**Price:** $14.95
**Published:** Walt Disney Records & Audio, 2003
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart



**The Disney Collection
(Piano - Vocal - Guitar Series)(Trade Paperback)**
by Hal Leonard Publishing Corporation
**Format:** Trade Paperback
**Price:** $18.95
**Published:** Hal Leonard Publishing Corporation, 1992
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart



**New Illustrated Treasury of Disney Songs(Trade Paperl**
by Hal Leonard Publishing Corporation
**Format:** Trade Paperback
**Price:** $29.95
**Published:** Hal Leonard Publishing Corporation, 1998
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart

Image Not Available

**Disney Classics(Wall)**
by Cedco Publishing, Wall-12
**Format:** Wall
**Price:** $12.95
**Published:** Cedco Publishing Company, 1999
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

**Search:** [           ] GO

© That Bookstore in Blytheville     Security & Privacy Policy     Copyright     tbib@sbcglobal.net