# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROBERT STEINBUCH**

**PLAINTIFF**

**4:06CV00620 WRW**

**JESSICA CUTLER, et al.**                                                                **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion for an Extension of Time Until November 15, 2006 to File a Response to Defendants' Motions to Dismiss (Doc. No. 46). Defendants have responded and Plaintiff has replied.[1]

The motion is GRANTED in PART and DENIED in PART. Although Plaintiff's request for an extension of time is granted, his response must be filed by 5 p.m., Tuesday, October 10, 2006, rather than the requested date. Additionally, all discovery is STAYED pending the resolution of the motions to dismiss.

IT IS SO ORDERED this 11th day of September, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

---

[1] *See* Doc. Nos. 47, 49, and 50.