# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

**ROBERT STEINBUCH**                                                      **PLAINTIFF**

**v.**                                  **Case No.: 4-06 CV 0000 620-WRW**

**JESSICA CUTLER AND HYPERION BOOKS AND
DISNEY PUBLISHING WORLDWIDE AND
HOME BOX OFFICE AND TIME WARNER**          **DEFENDANTS**

## MOTION FOR PROTECTIVE ORDER

Separate defendant Hyperion, an imprint of Buena Vista Books, Inc. ("BVB"), for

its Motion for Protective Order, states:

1.      BVB has filed, under seal, an exhibit attached to its Motion to Dismiss.

The exhibit is a copy of an agreement (the "Agreement") between BVB and Time Warner

Book Group, Inc. (now Hachette Book Group, USA), for the distribution of *The

Washingtonienne*, the book at issue in this lawsuit.

2.      The Agreement, attached as Exhibit 1 to the Affidavit of Sharon Kitter,

contains a confidentiality clause.  Therefore, its use should be limited to this action, and it

should not be used by any party or attorney for any business, commercial, competitive or

any other purpose whatsoever, except with the prior written consent of BVB or upon

prior Order of this Court.

3.      Furthermore, parties and attorneys, including their employees, should be

prohibited from distributing the Agreement without first obtaining BVB's written consent

or a court order.

WHEREFORE, BVB prays that its motion be granted and that the Court enter a

protective order limiting use of the Agreement to this lawsuit and prohibiting distribution

of the Agreement by parties and their attorneys.

WILLIAMS & ANDERSON PLC
111 Center Street
Twenty-Second Floor
Little Rock, Arkansas 72201
(501) 372-0800
(501) 372-6453 (facsimile)
E-mail: bdeere@williamsanderson.com

By:  __/s/ Beth Deere_____
     Philip S. Anderson, Ark. Bar # 60001
     Jess Askew III, Ark. Bar # 86005
     Beth Deere, Ark. Bar #86050
     Clayborne S. Stone, Ark. Bar # 2003102

*Attorneys for Separate Defendant*
*Hyperion, an imprint of Buena Vista Books, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 13th day of September 2006, I served a copy of the foregoing document via the Court's ECF/Pacer electronic filing system upon the following persons:


Jonathan Rosen, Esquire
1645 Lamington Road
Bedminster, NJ 07921
xjonathan@mac.com

*Attorney for Plaintiff*

Claire Hancock, Esquire
M.N. Norton, Esquire
Gary D. Marts, Esquire
Wright, Lindsey & Jennings
200 West Capitol Avenue, #2200
Little Rock, AR  72201
chancock@wlj.com
gmarts@wlj.com
mnorton@wlj.com

*Attorneys for Separate Defendants*
*Time Warner and Home Box Office*


           __/s/ Beth Deere_____
                   Beth Deere