UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT STEINBUCH**                                                                                   **PLAINTIFF**

**V.**                              **CASE NO.: 4:06-CV-00620-WRW**

**JESSICA CUTLER AND HYPERION BOOKS AND**
**DISNEY PUBLISHING WORLDWIDE AND**
**HOME BOX OFFICE AND TIME WARNER**                                  **DEFENDANTS**

### PROTECTIVE ORDER

Pending is Defendant Hyperion's, an imprint of Buena Vista Books, Inc. ("BVB"), Motion for a Protective Order (Doc. No. 53) of an agreement between BVB and Time Warner Book Group, Inc., regarding the distribution of *The Washingtonienne*. Plaintiff does not object to the motion.

For good cause shown and because Plaintiff does not object, the Motion for a Protective Order is GRANTED.

The agreement, attached as Exhibit 1 to the Affidavit of Sharon Kitter, which was filed under seal, is to be used only in this litigation, and not for any business, commercial, competitive, or any other purpose not related to this litigation. The parties and attorneys, including their employees, are expressly prohibited from distributing the agreement without first obtaining BVB's written consent or a court order.

IT IS SO ORDERED this 19th day of September, 2006.

/s/ Wm. R.Wilson, Jr.
UNITED STATES DISTRICT JUDGE