

Dockets.Justia.

## **DECLARATION**

1.      My name is Richard J. Peltz, and I am a citizen of the State of Arkansas,

residing on North Hughes Street in the City of Little Rock.

2.      I purchased the book, *The Washingtonienne*, by Jessica Cutler, at the

Barnes & Noble Bookseller at 11500 Financial Center Parkway in Little Rock, Arkansas.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true.

Executed on  04 October 2006

and signed,


_____
Richard J. Peltz.



DECLARATION


1.     My name is Joshua M. Silverstein, and I am a citizen of the State of Arkansas, residing

on Riverfront Drive in the City of Little Rock.

2.     I purchased a copy of the book, *The Washingtonienne*, by Jessica Cutler, at the Barnes &

Noble Bookseller at 11500 Financial Center Parkway in Little Rock, Arkansas.


        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true.


                                   Executed on    10/9/06

                                   And signed,



                                   Joshua M. Silverstein



<u>DECLARATION</u>

1.      My name is Zachary A. Kramer, and I am a citizen of the State of Arkansas,

residing on Louisiana Street in the City of Little Rock.

2.      I purchased a copy of the book, *The Washingtonienne*, by Jessica Cutler, at the

Barnes & Noble Bookseller at 11500 Financial Center Parkway in Little Rock, Arkansas.

3.      I purchased an 8oz. bottle of Moist lubricant from the "Shop" section of Jessica

Cutler's website, http://www.jessicacutleronline.com.


        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true.

                                        Executed on  6 Oct. 2006

                                        and signed,


                                        _____
                                        Zachary A. Kramer



## DECLARATION OF MATTHEW K. BROWN

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true:

1.      My name is Matthew K. Brown.  I am a resident of Little Rock, Pulaski County, Arkansas, and am over the age of eighteen (18) years of age.  I have lived in Arkansas all of my life.

2.      In August, 2005, I purchased the book *The Washingtonienne* by Jessica Cutler.  I purchased this book while living in Arkansas.

3.      I had heard discussion concerning the book from people in Little Rock about a new member of the Little Rock community.

4.      Due to this discussion, I used the search engine www.google.com to locate more information concerning this topic and found several websites which discussed the book, identified the subject and subject matter of the book, and identified Robert Steinbuch as a character in the book.

*Matthew K Brown*    9/11/06
MATTHEW K. BROWN



## **DECLARATION**

1.  My name is Jane Evans and I am a citizen of the State of Arkansas, residing on

    Brodie Creek Trail in the City of Little Rock.

2.  I purchased the book, *The Washingtonienne*, from Jessica Cutler's Bookstore.

3.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

    is true.

Executed on October 10, 2006

and signed,

Jane Evans

Jane Evans



## **DECLARATION**

1.  My name is Jane Evans and I am a citizen of the State of Arkansas, residing on Brodie Creek Trail in the City of Little Rock.

2.  I purchased an autographed copy of the book, *The Washingtonienne*, from Shakespeare & Co. Booksellers at 716 Broadway in New York City, New York 10003.

3.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true.

Executed on October 10, 2006
and signed,


Jane Evans



# Jessica Cutler's Bookstore

## My book in hardcover and SexyBack

 Shopping Cart

"Washington's version of 'Sex and the City'...lively, funny, and agreeably in-your-face."
—The Washington Post







The Washingtonienne: A Novel
by Jessica Cutler
**$8.76**
"Paperback"

The Washingtonienne: A Novel
by Jessica Cutler
**$16.29**
"Hardcover"

The Washingtonienne
by Jessica Cutler
**$16.99**
"Audiobook"

---

Jessica Cutler's Bookstore | Shopping Cart

Join Associates, the Amazon.com affiliate program

---

powered by
amazon.com

## Similar Items



The Gift Bag Chronicles: A Novel
by Hilary De Vries
**$10.36**



Lipstick Jungle: A Novel
by Candace Bushnell
**$15.72**




Reminder: AOL will never ask you to send us your password or credit card number in an email.    This message has been scanned for known viruses.

| | |
|---|---|
| **From:** | auto-confirm@amazon.com |
| **To:** | janeinre@aol.com |
| **Subject:** | Your Order with Amazon.com |
| **Date:** | Wed, 20 Sep 2006 8:02 PM |

# amazon.com
and you're done.

VIEW CART | WISH LIST | YOUR ACCOUNT | HELP

## Thanks for your order, Jane Evans!
## Want to track your order status?
## Learn how with our animated demo!

Did you know you can view and edit your orders online, 24 hours a day? Click Your Account to:

- Access "Where's My Stuff?"
- See tax and seller information
- Combine orders
- Change payment method
- Change shipping address
- Cancel unshipped items
- Change gift messaging
- Do much more...

### Purchasing Information:

**E-mail Address:**  janeinre@aol.com

| **Billing Address:** | **Shipping Address:** |
|---|---|
| Jane Evans | Jane Evans |
| 12115 Brodie Creek Trail | 12115 Brodie Creek Trail |
| Little Rock, AR 72212 | Little Rock, AR 72212 |
| United States | United States |

### Order Grand Total: $12.75

Earn 3% rewards on your Amazon.com purchases with the Amazon Visa Card. Learn More

### Order Summary:

### Shipping Details: (order will arrive in 1 shipment)

| | |
|---|---|
| **Order #:** | 104-5194275-1608721 |
| **Shipping Method:** | Standard Shipping |
| **Shipping Preference:** | Group my items into as few shipments as possible |
| Subtotal of Items: | $8.76 |
| Shipping & Handling: | $3.99 |
| | ------ |
| **Total for this Order:** | $12.75 |

**Shipping estimate for these items:**  September 22, 2006 -  September 22, 2006
**Delivery estimate:**  September 29, 2006 -  September 29, 2006
   1 "The Washingtonienne: A Novel"

Jessica Cutler; Paperback; $8.76

You can review your orders in Your Account. If you've explored the links on that page but still have a question, please visit our online Help Department.
Please note: This e-mail message was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.
Thanks again for shopping with us.
**Amazon.com**
**Earth's Biggest Selection**
Prefer not to receive HTML mail? Click here