


Dockets.Justia.

I am a published author who jumps out of cakes for money.

Named one of GIANT Magazine's "8 Rising Stars of Media and Politics" in 2006

Named one of Jane Magazine's "30 Under 30" in 2006

Voted one of "Washington's Most Loathsome" in 2005

One of "NYC's hottest bloggirls"
—Jossip

ADS BY GLAM

me@jessicacutleronline.com

I need money for slutty clothes and drugs!



Feeds: RSS/Atom

**Blogads**

**Have a SPANKING good time**

With 28 red-hot stories, *Naughty Spanking Stories From A to Z* has it ALL, from disobedient students and stern mistresses to kinky cops, panties and pigtails, along with men and women who simply love getting spanked!

*Read More...*



Buy or Sell Ad Space
Promote your products on

*3 October 2006*
How to get a signed copy

I'm only posting about this once, assuming that if you wanted one, you probably would have emailed me by now:

Signed copies are available at Shakespeare & Co. Booksellers at 716 Broadway. Call +1 212 529 1330 to order.

P.S.
If they sell out (I should be so lucky), please do inform me so I can help them restock.

*2 October 2006*
Watch me (Updated)

Am tentatively scheduled to appear on "Paula Zahn NOW" tonight at 8 pm EST.

Update:
Bumped for Amish shootings. As per my tradition of posting media requests for appearances I don't do:

**From:** [Redacted]
**Sent:** *Monday, October 2, 2006 9:32 AM*
**To:** *me@jessicacutleronline.com*
**Subject:** *CNN Request*

Hi Jessica,

*Are you available to participate in a discussion on Paula Zahn's show tonight? John Roberts is hosting. You will appear with Ana Marie Cox to discuss the Mark Foley story. This will take place live at 8pm. I am available at XXX XXX XXXX. Thank you.*

Many thanks,

[Redacted]

*26 September 2006*
HELP

If anyone knows where I can get an *uncensored* Busta Rhymes "New York Shit" ringtone, please do tell.




# intimategifts.c♥m
## ... the plain brown box people ™

Operated by: Reliance Web Retail Inc.    help!     view bag

| toys | videos | lubes | books | ideas |



**Check out our monthly specials!** CLICK HERE

Welcome to the **Jessica Cutler Shop** at intimategifts.com

All orders are shipped in discreet packages!    CLICK HERE FOR DETAILS


Spend $50 get a Super Slim Vibe FREE! click here

**Discreet Packaging**

**The plain brown box people**

### Welcome!
- ✓ Online Help
- ✓ Total Privacy
  - discreet shipping
  - no mailing lists
  - your confidentiality is assured!

### On Sale!
Browse our specials this month and save on the bedroom accessories you've always wanted.

### Start Shopping

Shopping Categories:
[shopping for...]

### Search For A Product
Enter A Keyword:
[____] GO

### Quick Links
- ↳ On Special
- ↳ Our Guarantee
- ↳ Shopper's Guides
- ↳ Shipping Options
- ↳ Return Policy
- ↳ About Us
- ↳ Disclaimer
- ↳ Sex Health Infocenter
- ↳ Sex Toy Guides

| | | | | | |
|---|---|---|---|---|---|
|  | **I.D. Pleasure** Designed to stimulate arousal, I-D Pleasure Sensual Lubricant, combines the sensation enhancing ingredient **Now Only: $17.95** Regularly: $19.95 |  | **TurboDyne** This soft jelly multi-speed dynamo features sensuous ripples that feel just fantastic. **Now Only: $17.95** Regularly: $19.95 |  | **Rabbit Pea** You've seen this one o *Sex and the City*, give it whir **Now Only: $79.9** Regularly: $89.9 |
|  | **Moist 8oz. Lube** Until you've fumbled around with other designs you won't truly appreciate the genius here. A lovely lube with a lovelier bottle. **Now Only: $15.95** Regularly: $17.95 | | **Remote Control Butterfly** Feeling mischievous? Explore endless fantasies with this hands-free vibrating butterfly. **Now Only: $99.95** Regularly: $119.95 | | **Ultra Tech 300** This stunning, futurist love toy will rub you in a the right places. The bas is filled with pearls that rota providing an exquisite vagin massage **Now Only: $39.9** Regularly: $49.9 |



## The Washingtonienne



"www.jessicacutleronline.com"

Female
28 years old
New York, New York
United States

Last Login: 9/25/2006

View My: Pics | Videos



MySpace URL:
http://www.myspace.com/jessicacutler

### The Washingtonienne netw

**The Washingtonienne's Latest Blog E**

My new look  (view more)

I have an online sex shop  (view more)

Jessica Cutler Online lives!  (view more)

Hacked by Muslim extremists! I shit you

www.jessicacutleronline.com  (view more

[View All Blog Entries]

**The Washingtonienne's Blurbs**

About me:
I am the author of The Washingtonienne
magazine, and the proprietress of www.j
slideshow thingy cracks me up:

Who I'd like to me
Andy Warhol said, "What we're all looking
just pays for it." Truer words were never s

The Washingtonienne's
The Washingtonienne h

ilovejessicacutler        Alexandra



< Back                                    home | Subscribe | rss | add to blog group | sign out

**The Washingtonienne**

**Tuesday, July 11, 2006**

**I have an online sex shop**
**Current mood:** 😵 dirty

Click here.

**1:28 PM - 0 Comments - 0 Kudos - Add Comment**

**Last Updated:**
Sep 11, 2006
Send Message
Instant Message
Email to a Friend
Subscribe
Invite to My Blog

**Gender**: Female
**Status**: Swinger
**Age**: 28
**Sign**: Taurus

**City**: New York
**State**: New York
**Country**: US

**Signup Date**:
08/09/05

**My Subscriptions**
- no subscription -

**About** | **FAQ** | **Terms** | **Privacy:** | **Safety Tips** | **Contact Myspace** | **Posted by** | **Promote** | **Advertise** | **MySpaceShop**

©2003-2006 MySpace.com. All Rights Reserved.



## DECLARATION

1. My name is Tommy Thompson, and I am a citizen of the State of Arkansas, residing on Kristen Drive in the City of Hamburg.

2. I purchased condoms from Jessica Cutler's online sex shop at http://www.intimategifts.com/intimate/showprod.cfm?&DID=6&User_ID=4997568&st=2606&st2=-73065669&st3=-38186529&Af_ID=161&CATID=2&ObjectGroup_ID=92

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true.

Executed on 10-7-06
and signed,

*Tommy Thompson* (signature)
Tom Thompson

| Yahoo! | My Yahoo! | Mail | Search: | | Web Search |

# YAHOO! MAIL

Welcome, **chromium2400**
[Sign Out, My Account]

Mail Home - Mail Tutorials - Help

**Do you know your Credit Score?**　　　　　　　　　　　　　　　　　　　　　privacymatters.com

| Excellent | 750 - 850 | Fair | 620 - 659 | I Don't Know | ???? |
| Good | 660 - 749 | Poor | 350 - 619 | Find out INSTANTLY! | |

| Mail | Addresses | Calendar | Notepad |　　Mail For Mobile - Upgrades - Options

[Check Mail] [Compose]　　　　　　　　　　　　　　　[Search Mail] [Search the Web]

- Vonage: Free Router included

**Check Other Mail** [Edit]
aol.com

**Folders** [Add - Edit]
- Inbox (36)
- Draft
- Sent
- **Bulk (96)** [Empty]
- Trash [Empty]

**My Folders** [Show]

- See your credit score: $0
- Earn a degree in 1 yr.
- Find Any Email Address
- Degrees in as fast as 1 year

Previous | Next | Back to Messages

[Delete] [Reply ▼] [Forward ▼] [Spam] [Move... ▼]

This message is not flagged. [ Flag Message - Mark as Unread ]　　Printable View

**Date:** Wed, 13 Sep 2006 09:32:51 -0700 (PDT)

**From:** "Tom Thompson" <drogue@sbcglobal.net>　Add to Address Book　Add Mobile Alert
Yahoo! DomainKeys has confirmed that this message was sent by sbcglobal.net. Learn more

**Subject:** Fwd: Re: Info

**To:** "Jamie Evans" <chromium2400@yahoo.com>

Note: forwarded message attached.

**Forwarded Message** [ Download File | Save to Yahoo! Briefcase ]

**From:** "Sender McGowan" <service@intimategifts.com>

**To:** "Tom Thompson" <drogue@sbcglobal.net>

**Subject:** Re: Info

**Date:** Wed, 13 Sep 2006 11:17:57 -0400

**HTML Attachment** [ Scan and Save to Computer | Save to Yahoo! Briefcase ]

Tom,

I hope this finds you well. While the receipt was not attached to the email you sent by looking at the link that you did send I can tell you that if you used that link they were definitely purchased from Jessica Cutler's store. I hope this answers your question. If you have any other questions or concerns please feel free to let me know. Best regards,

Sender McGowan
www.intimategifts.com
The Plain Brown Box People

----- Original Message -----
**From:** Tom Thompson
**To:** service@intimategifts.com
**Sent:** Wednesday, September 13, 2006 11:13 AM
**Subject:** Info

Hello,
I've just bought some condoms from
http://www.intimategifts.com/intimate/showprod.cfm?&DID=6&User_ID=4997568&st=2606&st2=-73065669&st3=-38186529&Af_ID=161&CATID=2&ObjectGroup_ID=92
and
my receipt is attached. Can you tell me whether or not they were bought from the Jessica Cutler shop?
Thanks.

[Delete] [Reply] [Forward] [Spam] [Move...]

Previous | Next | Back to Messages                    Save Message Text | Full Headers

[Check Mail] [Compose]                               [Search Mail] [Search the Web]

Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy