

15

Dockets.Justia.

**Our Review:**

www.intimategifts.com
A review will be posted soon.

**Write Your Own Review:**

**Click here** to write a review of this product.

**Your Reviews:**

**KO from Ark. writes:**

*Oh, My GOD!*

This is the best toy ever. NOTE TO ALL WOMEN: You won't need any man after buying this!

**OhYea from USA writes:**

*Best spent $$$*

My first vibe & to be honest, the best $29.95 I ever spent -- This is AMAZING, if you want 3+ orgasms at a time you need this...AMAZING is the only word do describe it

**HG from writes:**

*Reliable!*

It's so fun! My boyfriend is jealous!

**ab from nj writes:**

*cool cool cool*

my now ex gf got one of these and no one ever saw her again

**HC from Oregon writes:**

*Wowie!!*

I'm paraplegic and have some sensation loss...but this toy makes me feel EVERYTHING!! It costs a lot, but is truly worth it.




16

Reminder: AOL will never ask you to send us your password or credit card number in an email.    This message has been scanned for known viruses.

**From:** me@jessicacutleronline.com
**To:** janeinre@aol.com
**Subject:** Re: Washingtonienne
**Date:** Tue, 3 Oct 2006 4:10 PM

Hi Jane!

Thank you for your patience. I have finally set something up so people can order signed copies.

You can get signed copies from Shakespeare & Co. Booksellers at 716 Broadway. Call +1 212 529 1330 to order.

Thanks again,
Jessica

Quoting janeinre@aol.com:

> Jessica,
>
> Thank you so much for helping me get an autographed
> copy of your book! Have you had any luck with the
> bookstore?
>
> Please let me know what I need to do.
>
> Thanks!
>
> Jane Evans
>
> -----Original Message-----
> From: me@jessicacutleronline.com
> To: janeinre@aol.com
> Sent: Fri, 1 Sep 2006 11:35 AM
> Subject: Re: Washingtonienne
>
>
> Hi Jane,
>
> I'm moving, so I don't have a permanent address right now. I'm > asking the bookstore in my neighborhood if there's something they > can do.
>
> Thank you for your email!
>
> Love,
> Jessica
>
> Quoting janeinre@aol.com:
>
>> Hi Jessica,
>>
>> Is it still possible to get an autographed copy
>> of your book?
>>
>> Thanks!
>>
>> Jane Evans
>> _____
>> Check out AOL.com today. Breaking news, video search, pictures, > >> email and IM. All on demand. Always Free.
>>
>
> _____
> Check out AOL.com today. Breaking news, video search, pictures, > email and IM. All on demand. Always Free.

Reminder: AOL will never ask you to send us your password or credit card number in an email.    This message has been scanned for known viruses.

| | |
|---|---|
| From: | me@jessicacutleronline.com |
| To: | janeinre@aol.com |
| Subject: | Re: Washingtonienne |
| Date: | Wed, 20 Sep 2006 11:27 AM |

Okay, THIS weekend. For sure.

Quoting janeinre@aol.com:

> Hi Jessica,
>
> Any luck with the bookstores. I hate to be a
> pest, but none of the bookstores in Arkansas
> have an autographed copy.
> Surely do appreciate your efforts and hope
> to hear soon.
>
> Thanks
> Jane
> -----Original Message-----
> From: me@jessicacutleronline.com
> To: janeinre@aol.com
> Sent: Fri, 8 Sep 2006 12:31 PM
> Subject: Re: Washingtonienne
>
>
> It's something I should have done a long time ago. I should have > something set up over the weekend.
>
> Quoting janeinre@aol.com:
>
>> Wow! Thanks so much for going out of your way to help
>> me get an autographed copy of your book. I really
>> appreciate it!
>>
>> Jane
>>
>>
>> -----Original Message-----
>> From: me@jessicacutleronline.com
>> To: janeinre@aol.com
>> Sent: Fri, 8 Sep 2006 11:34 AM
>> Subject: Re: Washingtonienne
>>
>>
>> The guys at the bookstore are being so unhelpful. I'm going to try >> > another place. Thank you for your patience!
>>
>> Quoting janeinre@aol.com:
>>
>>> Jessica,
>>>
>>> Thank you so much for helping me get an autographed
>>> copy of your book! Have you had any luck with the
>>> bookstore?
>>>
>>> Please let me know what I need to do.
>>>
>>> Thanks!
>>>
>>> Jane Evans

>>> -----Original Message-----
>>> From: me@jessicacutleronline.com
>>> To: janeinre@aol.com
>>> Sent: Fri, 1 Sep 2006 11:35 AM

```
>>> Subject: Re: Washingtonienne
>>>
>>>
>>> Hi Jane,
>>>
. . > I'm moving, so I don't have a permanent address right now. I'm > >>> >> asking the bookstore in my neighborhood if there's something >>> they > >> can do.
>>>
>>> Thank you for your email!
>>>
>>> Love,
>>> Jessica
>>>
>>> Quoting janeinre@aol.com:
>>>
>>>> Hi Jessica,
>>>>
>>>> Is it still possible to get an autographed copy
>>>> of your book?
>>>>
>>>> Thanks!
>>>>
>>>> Jane Evans
>>>> _____
>>>> Check out AOL.com today. Breaking news, video search, pictures, > >>> >>> >> email and IM. All on demand. Always Free.
>>>>
>>>
>>> _____
>>> Check out AOL.com today. Breaking news, video search, pictures, > >>> >> email and IM. All on demand. Always Free.
>>>
>>
>> _____
>> Check out AOL.com today. Breaking news, video search, pictures, > >> email and IM. All on demand. Always Free.
>>

.
>
>
> Check out AOL.com today. Breaking news, video search, pictures, > email and IM. All on demand. Always Free.
> _____
> Check out the new AOL. Most comprehensive set of free safety and > security tools, free access to millions of high-quality videos from > across the web, free AOL Mail and more.
>
```



# J·A·L·R

**WILLIAM H. BOWEN SCHOOL OF LAW**
Office of the Dean

January 4, 2005

Robert Steinbuch
4855 Crescent Street
Bethesda, MD 20816

Dear Rob:

Acting upon the recommendation of the School of Law faculty, and in compliance with University of Arkansas at Little Rock policies, I am pleased to offer you a tenure track position as Assistant Professor of Law at the University of Arkansas at Little Rock William H. Bowen School of Law. Your employment in this position will commence August 15, 2005. Your salary for academic year 2005-2006 will be ▓▓▓▓▓. In addition, you will be eligible for the University benefits available to tenure track faculty at the School of Law. You will also receive a faculty travel and support budget of ▓▓▓▓ for the 2005-2006 academic year, which you may use for research assistance, travel, bar fees, and other support. You will be eligible for summer support, whether for research or teaching, on the same basis as offered to other tenure track faculty at the School of Law.

Also acting upon the recommendation of the School of Law faculty, and in compliance with University of Arkansas at Little Rock policies, I am pleased to offer you a non-tenure track position as Visiting Assistant Professor of Law for the period June 1 – August 15, 2005, with a summer research assignment. Your salary for this position will be ▓▓▓▓.

The School of Law will reimburse you up to ▓▓▓▓ to compensate for moving and related expenses actually incurred, including reasonable expenses you incur for a trip to our area to locate housing. We want to work with you to make your transition to the Law School a positive one.



18





**The Washingtonienne:
A Novel**

by Jessica Cutler

 Reviews

 Excerpt

**A delightfully dishy satire about the sexy shenanigans of Washington's power elite, from a former Capitol Hill staffer.**

**A sharp, steamy, utterly unrepentant roman □lef exposing the scandalous truth of what goes on in the corridors of power on Capitol Hill, based on the author's actual weblog of the same name.**

Washington, D.C., staffer Jessica Cutler created a sensation last year when, in an on-line weblog meant just for friends, she began chronicling her late-night affairs with Washington power brokers. But word about her dishy and humorous account of her relationships with six different men on Capitol Hill inevitably spread around town and became such a hot topic that it got her fired from her entry-level job in the office of Senator Mike DeWine (an Ohio Republican). Now, in *The Washingtonienne*, Cutler's real-life experiences in the capital become fodder for a sexy, semi-autobiographical novel that is sure to initiate a new Washington parlor game of *Who's Who*.

In a witty, unapologetic voice, the novel's narrator Jackie tells the story of her failed engagement, her decision to move from New York to Washington, and the mischief she immediately starts getting into upon arrival. From the married, Bush-appointed bureaucrat who gives her $400 for a lunchtime tryst, to the staff counsel whose taste for spanking she "accidentally" leaks to the office, Jackie's loosely fictionalized exploits serve up large portions of D.C. dish and prove that Washington's taste for sexy extramarital relationships is by no means limited to the Oval Office.

Deliciously gossipy and impossible to put down, *The Washingtonienne* is destined to be *the* book in everyone's summer beach bag.

**Reviews**
"Forget the war in Iraq and the presidential election -- the real talk in the nation's capital is about the exploits of former senatorial staffer Jessica Cutler." --*In Touch*




19

Case 4:06-cv-00620-WRW    Document 55-5    Filed 10/10/2006    Page 12 of 15




# The Washingtonienne: A Novel

by <u>Jessica Cutler</u>

 Reviews

 Excerpt

The blog that scandalized Washington, D.C., is not a sharp steamy, utterly unrepentant novel set against the backdrop of the nations' capital . . .

*"Just between us girls, Washington is an easy place to get laid. It's a simple matter of economics: supply and demand. Washington lacks those industries that attract the Beautiful People, such as entertainment and fashion. Instead it has the government, also know as 'Hollywood for the Ugly.' Without the model-actress population to compete with, my stock shot up when I moved to DC."*

When Jacqueline Turner's fiancée gives her two days to move out of his apartment, she has no choice but to leave New York City and crash with her best friend in Washington, DC. (She can't be expected to keep herself in cute clothes while paying New York City rent, after all.) She needs a new, exciting life -- not to mention real employment. Where better to get a fresh start than the nation's capital?

Alas, DC turns out to be a lot more buttoned-up and toned down than she'd hoped. It's a town where a girl has to make her own excitement --

and Jacqueline Turner is just the woman for the job.

From the married presidential appointee who gives her cash after each tryst, to the lascivious Georgetown lawyer who parades her around like something out of *Pretty Woman*, Jackie's roster of paramours grows so complicated her friends ask her to start a blog so they can keep up. But in a small town like Washington, the line between private and public blurs very easily. Just as one of her beaux takes a lead in the race for her heart, Jackie realizes this blog idea may be more than she bargained for . . .

Deliciously gossipy and impossible to put down, *The Washingtonienne* is every bit as outrageously scandalous as the real-life exploits that inspired it.

**Reviews**
"Forget the war in Iraq and the presidential election -- the real talk in the nation's capital is about the exploits of former senatorial staffer Jessica Cutler." --*In Touch*

---

hardcover: June 2005; $23.95US/$32.95CAN;
1401302009
Available at your favorite bookseller.

HYPERION AUDIOBOOKS  Also available as a Hyperion audiobook.

---

Top of Page

Home | Browse for Books | New & Forthcoming | Our Authors
Readers' Guides | For Booksellers | Press Room | About Hyperion | Contact Us







**The Washingtonienne: A Novel**

by Jessica Cutler

 Reviews

**Read the novel that brought Washington to its knees -- now in paperback**

When Jacqueline Turner's fiancé gives her two days to move out of his apartment, Jacqueline has no choice but to leave New York and crash with her best friend in Washington, D.C. She needs an exciting new life -- not to mention real employment.

Alas, D.C. turns out to be a lot more buttoned-up and toned down than she'd hoped. Jacqueline has to make her own fun, including a married presidential appointee who hands over cash after each tryst and a lascivious Georgetown lawyer. Soon enough, her private romps in the nation's capital take a very public turn when she starts her own blog.

Deliciously gossipy and impossible to put down, *The Washingtonienne* is every bit as outrageously scandalous as the real-life exploits that inspired it. Now in paperback, perfect for summer reading!

**Reviews**
"Washington's *Sex and the City* . . . lively, funny, and agreeably in-your-face." --Jonathan Yardley, *Washington Post*

". . . perhaps the Beltway bunch should be grateful for this lewd, unpretentious valentine to their city." --*New York Times*

---

paperback: June 2006; $10.95US/$14.95CA; 1401308473
Available at your favorite bookseller.

Also available in hardcover, ISBN: 1401302009

HYPERION AUDIOBOOKS   Also available as a Hyperion audiobook.

---