

Dockets.Justia.



For more information see our **Guide to all HBO and Cinemax channels**

**HBO INFO    JOBS AT HBO    CONTACT US    TAKE CONTROL    SITE INDEX    SCHEDULE PDF    REGISTER/SIGN IN    TRY AO**

> Privacy Policy    > Terms of Use

© 2006 Home Box Office, Inc. All Rights Reserved.
This website is intended for viewing solely in the United States. This website may contain adult content.



# Providers in your area

Cable Providers

Comcast Corporation
> HBO, HBO on Demand, HBO2, HBO Signature, HBO Comedy, HBO Zone, HBO Family, Cinemax, Cinemax on Demand, MoreMax, ActionMax, ThrillerMax, @Max, 5StarMax


SPECIAL OFFER
Call To Subscribe
(501)375-5755

Satellite Providers

DIRECTV
> HBO, HBO West, HBO2, HBO2 West, HBO Signature, HBO Family, HBO Family West, MAX, MoreMAX, MAX West


Call To Subscribe
(800) DIRECTV

DIRECTV PARA TODOS
> HBO Latino and all the above channels are available to DIRECTV PARA TODOS™ customers.


Call To Subscribe
888-388-6622

DIRECTV PUERTO RICO & USVI
> HBO, HBO2, HBO Family, HBO Zone, HBO Comedy, HBO Latino,Cinemax, MoreMax, ActionMax


Call To Subscribe
(800) DIRECTV

DISH Network
> HBO, HBO West, HBO2, HBO2 West, HBO Signature, HBO Comedy, HBO Latino, HBO Family,MultiMAX Package Available Separately

Call To Subscribe
(800) 333-3474

C-Band
> HBO, HBO2, HBO Signature, HBO Family, MAX, MoreMAX

Call To Subscribe
(800)-395-9557

* Some channels not available in all areas. Availability of program services subject to change.

For more information see our Guide to all HBO and Cinemax channels

**HBO INFO    JOBS AT HBO    CONTACT US    TAKE CONTROL    SITE INDEX    SCHEDULE PDF    REGISTER/SIGN IN    TRY AO**
> Privacy Policy   > Terms of Use



| Cable Providers | | Satellite Providers | |
|---|---|---|---|
| ADELPHIA | SUBSCRIBE ONLINE | DIRECTV | |
| CABLE ONE INC. | SUBSCRIBE ONLINE | DISH NETWORK | |
| CABLEVISION SYS. CORP. | SUBSCRIBE ONLINE | | |
| CHARTER COMMUNICATIONS | SUBSCRIBE ONLINE | **HBO/CINEMAX** | |
| COMCAST CORPORATION | SUBSCRIBE ONLINE | HBO | |
| COX COMMUNICATIONS | SUBSCRIBE ONLINE | CINEMAX | |
| INSIGHT COMMUNICATIONS | SUBSCRIBE ONLINE | | |
| MEDIACOM | SUBSCRIBE ONLINE | | |
| RCN | SUBSCRIBE ONLINE | | |
| TIME WARNER CABLE | SUBSCRIBE ONLINE | | |
| WIDE OPEN WEST | SUBSCRIBE ONLINE | | |

**If your provider is not listed, please contact your local cable or satellite company directly.**

©2006 Home Box Office, Inc. All rights reserved. HBO®, Cinemax®, Deadwood®, and Entourage℠ are service marks of Home Box





Comcast.net    [Search]

| Products | Support & Service | My Account | About Comcast | 72202 Little Rock [Wh] |

## My Channel Lineup    [What's on Now?] [Printable Version]

**MY CHANNEL LINEUP**

The programming and channels listed below are currently available in your area. Certain services and programming are available separately or as a part of other levels of service and may require an additional subscription and/or other fees. Basic service subscription is required to receive other levels of services. Service and pricing is subject to change. If you have questions regarding the channel lineups, please **contact us** for additional information.

In areas that offer ON DEMAND, you can enjoy a library of more than 1,000 programs all ready to start whenever you want. If ON DEMAND is not yet available in your area, it is coming soon! **Check out what's on this month.**

[on]  Indicates additional programming available ON DEMAND

[What's on Now?]    View by Package type...      

| CHANNEL sort ▲ | CHANNEL NAME sort | | CHANNEL GENRES |
|---|---|---|---|
| 1 | ON DEMAND | [on] | **Children & Family** |
| 2 | **ESPN2** | | **High-Definition TV** |
| 3 | **KETS (PBS)** | | **Movies** |
| 4 | Educational Access | | **ON DEMAND** |
| 5 | **KARK (NBC)** | | **Pay-Per-View** |
| 6 | **ESPN** | | **Sports** |
| 7 | **KASN (UPN)** | | |
| 8 | **KATV (ABC)** | | Please note you can click on a genre to show only channels in that genre. |
| 9 | **KWBF (WB)** | | |
| 10 | **KTHV (CBS)** | | |
| 11 | Government Access | | |
| 12 | KLRA (Univision) | | |
| 13 | **KLRT (FOX)** | | |
| 14 | **QVC** | | |
| 15 | KYPX (PAX) | | |
| 16 | **The Weather Channel** | | |
| 17 | KVTN (VTN) | | |
| 18 | Comcast Local Edition | | |
| 19 | **Home Shopping Network** | | |
| 20 | **BET** | | |



| 21 | KKAP |
| 22 | WGN |
| 23 | Comcast Sports SE |
| 24 | Fox Sports Southwest |
| 25 | The Disney Channel |
| 26 | USA |
| 27 | TBS Superstation |
| 28 | Outdoor Life |
| 29 | TNT |
| 30 | Turner Classic Movies |
| 31 | Hallmark Channel |
| 32 | ABC Family |
| 33 | Cartoon Network |
| 34 | TV Guide |
| 36 | Great American Country |
| 40 | Inspirational Network |
| 41 | CNBC |
| 42 | Fox News |
| 43 | CNN |
| 44 | CNN Headline News |
| 45 | Comedy Central |
| 46 | Speed Channel |
| 47 | The Golf Channel |
| 48 | Lifetime |
| 49 | Home & Garden TV |
| 50 | Bravo |
| 51 | A&E |
| 52 | C-SPAN |
| 53 | The Discovery Channel |
| 54 | Animal Planet |
| 55 | TV Land |
| 56 | VH-1 |
| 57 | MSNBC |
| 58 | Country Music Television |
| 59 | FX |
| 60 | AMC |
| 61 | Nickelodeon |

| | |
|---|---|
| 62 | University Channel |
| 63 | Spike TV |
| 64 | Outdoor Channel |
| 65 | Sci-Fi |
| 67 | C-SPAN 2 |
| 68 | The Learning Channel |
| 69 | E! |
| 70 | The History Channel |
| 71 | The Travel Channel |
| 72 | Food Network |
| 73 | Court TV |
| 74 | style. |
| 75 | BFC |
| 76 | MTV |
| 77 | Discovery Health |
| 78 | EWTN |
| 98 | Marketplace |
| 101 | Weatherscan Local |
| 102 | ESPNews |
| 105 | C-SPAN 3 |
| 109 | National Geographic |
| 110 | Discovery Science |
| 111 | Discovery Times |
| 112 | Military Channel |
| 113 | Discovery H & L |
| 114 | BBC America |
| 115 | Biograph |
| 116 | History International |
| 119 | Lifetime Movie Network |
| 120 | Soap Net |
| 121 | DIY |
| 122 | Fine Living |
| 128 | PBS Sprout |
| 129 | Nick Toons |
| 130 | Discovery Kids |
| 131 | Noggin |
| 132 | Nick Too |

| 133 | Nick GAS |
| 134 | WAM! |
| 135 | Toon Disney |
| 139 | MTV Hits |
| 140 | MTV 2 |
| 141 | MTV Español |
| 142 | MTV Jams |
| 143 | VH-1 Classic |
| 144 | VH-1 Soul |
| 145 | CMT Pure Country |
| 149 | MOVIEplex |
| 150 | Encore East |
| 151 | Encore West |
| 152 | Encore Action East |
| 153 | Encore Action West |
| 154 | Encore Mystery East |
| 155 | Encore Mystery West |
| 156 | Encore Love East |
| 157 | Encore Love West |
| 158 | Encore True Stories East |
| 159 | Encore True Stories West |
| 160 | Encore Westerns East |
| 161 | Encore Westerns West |
| 162 | G4 |
| 165 | Sundance East |
| 166 | Sundance West |
| 167 | Indieplex |
| 168 | Retroplex |
| 170 | Flix East |
| 171 | Flix West |
| 173 | TV One |
| 179 | The Game Show Network |
| 190 | KETS- PBS |
| 191 | AETN Scholar |
| 192 | AETN Kids |
| 202 | ESPNHD |
| 204 | TNT HD |

| 205 | Discovery HDTV |
| 206 | INHD |
| 207 | INHD2 |
| 215 | HBO East (HDTV) |
| 219 | Cinemax HD |
| 223 | Showtime East (HDTV) |
| 227 | Starz HD |
| 231 | KATV (ABC) - HD |
| 232 | KARK (NBC) HD |
| 233 | KTHV (CBS) - HD |
| 234 | KLRT (Fox) - HD |
| 236 | KASN - UPN |
| 240 | PBS - HD |
| 243 | KTHV 2 (CBS) |
| 262 | Fox Sports Atlantic |
| 263 | Fox Sports Central |
| 264 | Fox Sports Pacific |
| 265 | ESPN Classic |
| 265 | ESPN Classic |
| 267 | Fox Soccer Channel |
| 268 | GOL TV |
| 273 | NBA TV |
| 274 | CSTV |
| 275 | NFL Network |
| 277 | The Tennis Channel |
| 280 | Shop NBC |
| 282 | Jewelry TV |
| 300 | HBO HD East |
| 301 | HBO East |
| 302 | HBO Plus East |
| 303 | HBO Signature East |
| 304 | HBO Family East |
| 305 | HBO Comedy |
| 306 | HBO West |
| 307 | HBO Plus West |
| 308 | HBO Signature West |
| 309 | HBO Family West |

| 310 | **HBO Zone** |
| 311 | **HBO Latino East** |
| 312 | **HBO Latino West** |
| 319 | Cinemax HD East |
| 320 | **Cinemax East** |
| 321 | **More MAX East** |
| 322 | **Cinemax West** |
| 323 | **More MAX West** |
| 324 | **Action MAX East** |
| 325 | **Thriller Max** |
| 326 | **Action MAX West** |
| 327 | **WMax** |
| 328 | **@Max** |
| 329 | **5StarMax** |
| 330 | **OuterMax** |
| 339 | Showtime HD East |
| 340 | **Showtime East** |
| 341 | **Showtime Too East** |
| 342 | **Showtime Showcase East** |
| 343 | **Showtime West** |
| 344 | **Showtime Too West** |
| 345 | **Showtime Showcase West** |
| 346 | **Showtime Beyond East** |
| 347 | **Showtime Extreme East** |
| 348 | **Showtime Extreme West** |
| 349 | **Showtime Beyond West** |
| 350 | **TMC East** |
| 351 | **TMC West** |
| 352 | **TMC Xtra East** |
| 353 | **TMC Xtra West** |
| 369 | Starz HD |
| 370 | **Starz East** |
| 371 | **Starz Edge East** |
| 372 | Starz InBlack |
| 373 | **Starz Kids & Family** |
| 374 | **Starz Cinema East** |
| 375 | Starz Comedy East |

| | |
|---|---|
| 376 | Starz West |
| 377 | Starz Comedy |
| 380 | Starz Cinema West |
| 401 | Showcase |
| 402 | Today's Country |
| 403 | Classic Country |
| 404 | Bluegrass |
| 405 | R&B and Hip-Hop |
| 406 | Classic R&B |
| 407 | Smooth R&B |
| 408 | R&B Hits |
| 409 | Rap |
| 410 | Metal |
| 411 | Rock |
| 412 | Arena Rock |
| 413 | Classic Rock |
| 414 | Alternative |
| 415 | Retro-Active |
| 416 | Electronica |
| 417 | Dance |
| 418 | Adult Alternative |
| 419 | Soft Rock |
| 420 | Hit List |
| 421 | Party Favorites |
| 422 | '90s |
| 423 | '80s |
| 424 | '70s |
| 425 | Solid Gold Oldies |
| 426 | Singers & Standards |
| 427 | Big Band & Swing |
| 428 | Easy Listening |
| 429 | Smooth Jazz |
| 430 | Jazz |
| 431 | Blues |
| 432 | Reggae |
| 433 | Soundscapes |
| 434 | Classical Masterpieces |

| | |
|---|---|
| 435 | Opera |
| 436 | Light Classical |
| 437 | Show Tunes |
| 438 | Contemporary Christian |
| 439 | Gospel |
| 440 | Radio Disney |
| 441 | Sounds of the Seasons |
| 442 | Musica Urbana |
| 443 | Salsa Merengue |
| 444 | Rock en Español |
| 445 | Pop Latino |
| 450-457 | DMX Hispanic Audio |
| 501-510 | iN DEMAND PPV |
| 543-547 | Adult iN Demand |
| 601 | Discovery en Español |
| 602 | CNN en Español |
| 603 | Fox Sports en Español |
| 604 | Toon Disney en Español |
| 605 | MTV Español |
| 606 | VHUno |
| 607 | Canal 52 MX |
| 608 | CineLatino |
| 609 | Utilisima |
| 610 | HTV Música |
| 749-759 | NBA League Pass PPV |

© 2005 Comcast Corporation

Investor Relations     Press Room     Privacy Statement