

Dockets.Justia.





SEARCH  Go

### Search Incorporations, Cooperatives, Banks and Insurance Companies

Home
About the Office
Elections
Business / Commercial Services
Capitol Grounds
News
Educational Materials
Tours

State Capitol, Rm 256
le Rock, AR 72201
501-682-1010
Email

| | |
|---|---|
| Corporation Name | HOME BOX OFFICE, INC. |
| Fictitious Names | N/A |
| Filing # | 100098178 |
| Filing Type | Foreign For Profit Corporation |
| Filed under Act | For Bus Corp; 958 of 1987 |
| Status | Withdrawn |
| Principal Address | |
| Reg. Agent | PRENTICE-HALL CORPORATION SYSTEM |
| Agent Address | ONE RIVERFRONT PLACE, 8TH FLOOR |
| | NORTH LITTLE ROCK, AR 72119 |
| Date Filed | 07/30/1992 |
| Officers | GERLAD M LEVIN, President |
| | JOHN REDPATH, Secretary |
| | BERT WASSERMAN, Treasurer |
| | GERLAD M LEVIN, Vice-President |
| Foreign Name | N/A |
| Foreign Address | 1100 AVE. OF THE AMERICAS |
| | NEW YORK, NY 10036 |
| State of Origin | DE |

## Use your browser's back button to return to the Search Results

Begin New Search

Site Map | Accessibility Policy | Privacy Statement | Security Statement

# Arkansas Secretary of State

## Charlie Daniels

State Capitol • Little Rock, Arkansas 72201-1094
501-682-3409 • www.sos.arkansas.gov

## Application for Amended Certificate of Authority

**FILL IN COMPLETELY**                    **(Please type or print)**

The undersigned pursuant to the Arkansas Business Corporation Act of 1987, (Act 958 of 1987), sets forth the following:

1. _____ is a foreign corporation authorized to transact business within the State of Arkansas.

2. The Certificate of Authority should be amended as follows:

☐ Corporate name to: _____ .

☐ Fictitious name to be used in Arkansas to: _____

(The corporation may use a fictitious name to transact business in Arkansas if its real name is unavailable and it delivers to the Secretary of State for filing a copy of the resolution of its Board of Directors certified by the Secretary adopting a fictitious name.

☐ Period of Duration to: _____ .

☐ State or Country of incorporation to: _____ .

3. The state, territory or foreign country under whose laws the corporation was incorporated is:

4. Date Incorporated: _____ Period of Duration: _____ .

5. The nature of the business of the corporation and the object or purposes proposed to be transacted, promoted or carried on by it are: _____ .

6. The name and street address of the registered agent of the corporation upon whom Service of Process is authorized to be made in Arkansas is:

_____

(Street Address)                    (City)                    (State)                    (ZIP)

7. The address of the general office or principal place of business of the corporation in the jurisdiction under whose laws the corporation was incorporated is:

_____

8. The number and par value, if any, of shares of the corporation's capital stock owned or to be owned by residents of this state:

_____ .

9. Value of assets in Arkansas: $ _____ Total Value of all assets (including Arkansas): $ _____

10. The foreign corporation shall deliver with the completed application an original certified copy of the amendment dated within 60 days of our receipt duly authorized by the Secretary of State or other official having custody of corporate records in the state or country under whose laws it is incorporated.

11. A filing fee of $300.00 is submitted herewith in accordance with Act 958 of 1987.

I understand that knowingly signing a false document with the intent to file with the Arkansas Secretary of State is a Class C misdemeanor and is punishable by a fine up to $100.00 and/or imprisonment up to 30 days.

_____
Authorizing Officer and Title (Type or Print)

_____
Authorized Signature

Fee: $300.00                                                                    F-01 A/Rev. 4/06





HOME | SERIES | MOVIES | SPORTS | DOCUMENTARIES | HBO FILMS | SCHEDULE | MOBILE | SHOP HBO | GET HBO

| | | |
|---|---|---|
| Boxing Home | Fighters | Photos and Video |
| Upcoming Fights | Commentators | Mobile |
| Past Fights | Community | Downloads |
| On-Air Specials | Features | |

# FIGHTERS



STATS

Middleweight
25-0-1 | 17 KOs

Nickname
Bad Intentions

Hometown
Little Rock, AR

Date of Birth
August 11, 1978

Height
6'1"

## JERMAIN TAYLOR

Fighter Bio  |  ▶ Fighter Record  |  Discuss

| ATE | OPPONENT | LOCATION | WINNER |
|---|---|---|---|
| 2006-17-06 | Winky Wright | Memphis, TN | Draw |
| 2005-12-03 | Bernard Hopkins | Las Vegas, NV | Taylor W12 |
| 2005-07-16 | Bernard Hopkins | Las Vegas, NV | Taylor W12 |
| 2005-02-19 | Daniel Edouard | Los Angeles, CA | Taylor TKO 3 |
| 2004-12-04 | William Joppy | Little Rock, AR | Taylor W12 |
| 2004-06-19 | Raul Marquez | Carson, CA | Taylor TKO 9 |
| 2004-03-27 | Alex Bunema | Little Rock, AR | Taylor TKO 7 |
| 2004-01-09 | Alex Rios | Uncasville, CT | Taylor TKO 1 |
| 2003-11-08 | Rogelio Martinez | Las Vegas, NV | Taylor TKO 7 |
| 2003-08-08 | Alfredo Cuevas | Little Rock, AR | Taylor W12 |
| 2003-05-17 | Nicolas Cervera | Pittsburgh, PA | Taylor TKO 4 |
| 2003-03-31 | Marcos Primera | Little Rock, AR | Taylor TKO 5 |
| 2003-01-30 | Lionel Ortiz | Miami, FL | Taylor TKO 2 |
| 2002-12-20 | Keith Sims | Tulsa, OK | Taylor TKO 1 |
| 2002-11-09 | Johnny Rivera | Chester, WV | Taylor TKO 4 |
| 2002-08-17 | Sam Hill | Atlantic City, NJ | Taylor W10 |
| 2002-06-15 | Grady Brewer | Miami, FL | Taylor W8 |
| 2002-04-27 | Joe Garcia | New York, NY | Taylor TKO 6 |
| 2002-03-15 | Ron Carnell | New York, NY | Ron Carnell |
| 2001-11-23 | Undra White | New York, NY | Taylor TKO 4 |
| 001-11-02 | Dave Hamilton | Mashantucket, CT | Taylor TKO 2 |
| 2001-08-11 | Efrain Garcia | Little Rock, AR | Taylor TKO 5 |
| 2001-06-23 | Marvin Smith | Las Vegas, NV | Taylor W4 |

## FIGHTER RUNDOWN

**"Meet the Taylor's"**
Jermain Taylor is the undisputed middleweight champion of the world, a hometown hero in Little Rock, Arkansas. He can't go anywhere in the city without being mobbed for autographs.
Read More

**Past Fight Event Pages**
WCB: Taylor vs. Wright
PPV: Taylor vs. Hopkins 2
PPV: Hopkins vs. Taylor

## EVENTS

WCB: Valuev vs. Barrett
BAD: Calzaghe vs. Bika
PPV: Baldomir vs. Mayweather
PPV: Pacquiao vs. Morales III

## COMMUNITY

Baldomir is a true pro, and will not be outworked. He is relentless and shows up to work. On the other hand, so does Floyd. Yeah, he talks, but have you ever really seen him not give something close to "his all" in any of his fights? His one true struggle was his first JLC fight, but aside from that, he has almost never missed the mark formwise.
--sk7326
What do you think? Discuss

**Boxing Wireless**
Read profiles on your favorite fighters and get all the latest information on upcoming HBO fights. Read more

**Boxing Newsletter**
Sign up to receive the latest HBO Boxing news, fight announcements and exclusive features from hbo.com/boxing.

| email address | submit |
|---|---|



HOME | SERIES | MOVIES | SPORTS | DOCUMENTARIES | HBO FILMS | SCHEDULE | MOBILE | SHOP

Boxing Home       Fighters       Phot
Upcoming Fights   Commentators   Mob
Past Fights       Community      Dow
On-Air Specials   Features

# FIGHTERS



STATS

**Middleweight**
25-0-1 | 17 KOs

**Nickname**
Bad Intentions

**Hometown**
Little Rock, AR

**Date of Birth**
August 11, 1978

**Height**
6'1"

## JERMAIN TAYLOR

▸ Fighter Bio  |  Fighter Record  |  Discuss

updated June 18, 2006

In what many called the most highly anticipated fight of the year, the rematch between Jermain "Bad Intentions" Taylor and Bernard Hopkins took place on December 3, 2005 at the Mandalay Bay Resort and Casino in Las Vegas. Both fighters opened the fight cautiously, but Taylor's left jab and dominating right hand began to take a toll on Hopkins. As he did six months earlier, Taylor scored a decision victory, this time unanimously.

On July 16, 2005, the 2000 U.S. Olympic Bronze Medalist earned his first world championship with a hard-fought decision win over future hall-of-famer Bernard Hopkins. Boxing has a new star, one who encapsulates all the values we like to see in our sports heroes - class, hard work, enthusiasm, accessibility, and talent.

It was a bout that captured the imagination of the sporting public, and catapulted Taylor into a seemingly endless stream of media appearances and celebrations. On August 2, 2005, Jermain's promoter Lou DiBella took the champion to former President Bill Clinton's Harlem office. During the meeting, Clinton praised Taylor for his recent achievement and boxers in general for the sacrifices they make in pursuit of their dreams. Taylor presented the former President with a replica of the robe that he wore into the ring prior to the Hopkins fight in July.

**"I'm hoping that I can be a role model for the kids. Not the earrings, the long hair, the sagging pants and big clothes. I think kids need a new role model."**
**-Jermain Taylor**

# FIGHTER RUND(

**"Meet the Taylor's"**
Jermain Taylor is the undisp middleweight champion of t hometown hero in Little Roc He can't go anywhere in the being mobbed for autograp
Read More

**Past Fight Event Pages**
**WCB:** Taylor vs. Wright
**PPV:** Taylor vs. Hopkins 2
**PPV:** Hopkins vs. Taylor

# EVENTS

**BAD:** Williams vs. Mitchell
**PPV:** Barerra vs. Juarez
**PPV:** Pacquaio vs. Morales

# COMMUNITY

Good fight idea here. Step u
Sharmba is good enough to
workout, though he is not a
fighter. More than a journey
than a contender at this poi
for a fun fight, because he v
Williams to be good to win.
should stop him around the
is hard to deal with his size
level.
--sk7326
What do you think? Discuss

**Boxing Wireless**
Read profiles on your favori
and get all the latest inform
upcoming HBO fights. Read

**Boxing Newsletter**
Sign up to receive the lates
news, fight announcements
exclusive features from hbo

email address    [ submi ]

"It was amazing," said Taylor of meeting Clinton. "I always wanted to meet him; it was an honor." But even though Taylor is the toast of the sports world after his stirring victory over Hopkins, his road to glory wasn't paved with gold.

Born on August 11, 1978 in Little Rock, Arkansas, Jermain Taylor and his three younger sisters were abandoned by his father when he was just five years old. Since his beloved mother Carlois had to work full-time as a nurse's assistant to support her children, Jermain had to grow up fast as he watched after his three younger sisters while his mom worked. Jermain was forced into changing diapers, doing laundry and washing dishes when all of Taylor's friends were outside being kids.

Forced into the role of "man of the house", Taylor took care of his three younger sisters while his mother worked to support them. It was a tough time for the family.

"I think about it all the time," Taylor admits. "Why did I have to do that and why did I have to grow up so fast like that? But I just say that I'm going to try and be a better man than that."

Add in the fact that the Taylor family were not exactly living in the lap of luxury, and the rough road got even rougher.

"When I look at where I come from, if it was a picture that I could show you, it would almost bring you to tears how poor we were," said Taylor.

Christmas time was even tougher than usual to deal with.

"Christmases were hard," admitted Taylor. "There were a couple of times when I didn't have Christmas."

There was a lot of love in the house though, and the family persevered through the rocky times. And in a way, Taylor's speedy maturation process would come in handy when he began competing in the world's hardest game.

Admirably, Taylor refuses to talk negatively about the father that left him and his family.

"Even though there are a lot of things in my head that go against my father, in my heart I still love him to death, and every time I see him, my heart still jumps,' said Taylor. "It jumps up and down just to know he's my father."

But if there is a silver lining in the clouds of Taylor's childhood, as he is determined not to repeat the mistakes of his own father.

"It's changed me so much because I know you have to spend time with a child," said Taylor. "If not, the child will still love you, but he won't know you. I know my dad, but I don't know him. I don't know what he's like; I don't know his mean face. But I want my kids to know me - to know what I like, and what I don't like - to know my facial expressions. And the same way for them. I want to know the way they look when they're mad, when they're sleepy. Little things like that are part of being a dad."

At the age of 13, Jermain was getting restless and looking for something to do. But while other kids were going in the wrong direction, an uncle who had been a boxer took his nephew to the local gym. It was a rocky beginning for Taylor, as he took a severe beating the first time he stepped through the ropes. Worse yet, he also received a subsequent tongue lashing from his mother for wanting to participate in the sport.

The boxing bug had bit him though, and he trudged back to the gym, eager to learn and compete.

Enter Ozell Nelson.

"If it weren't for him, there's no telling where I would have been," said Taylor of Nelson, who not only handles training duties for Jermain with Pat Burns, but who has also been a surrogate father to him. "Him and his wife took me in. I used to go over their house and eat, sleep, and do everything, just like I was a part of the family - and they had kids of their own. Now that I look back on it, it must have been hard because he wasn't rich. But he still tried to bring me in and love me like I was one of his sons. A kid, and especially a young man, needs to have somebody who he can look up to, because if he doesn't, he's going to look to the streets. It's easier to pick up a bad habit than a good habit. Coach taught me how to work. He taught me that your word is the only thing a person can have. And if you mess your word up, you're worth nothing. He taught me that if you put in 100% it will definitely come out 110%. And I believe that."

With a strong support system in place, as well as a Spartan work ethic and substantial talent, Taylor garnered strong notices on the Arkansas amateur circuit as he and Nelson traveled around in an old Chevy truck. But in the politically charged atmosphere of amateur boxing, Taylor was ignored until he started making some noise with his fists nationally.

"I got picked over for everything," remembers Taylor. "Nobody was looking at Arkansas because Arkansas was small. They said, 'Don't worry about Jermain.' Then I started winning National tournaments and I started making a name. Then 'Bam' Jermain is all that."

The first goal? The 2000 Olympics.

"I told myself, 'I'm going to the Olympics,' and I wouldn't let anything stop me from getting there."

To get there, Taylor piled up victory after victory. His amateur career was stacked with accolades beginning with the 1996 Under-19 Championship; he then won a pair of PAL Championships and National Golden Gloves titles and finished second and third at the 1997 and 1998 U.S. Championships respectively.

He hit what was until that time the high point in his amateur career by winning a bronze medal at the 1998 Goodwill Games. This achievement was overshadowed by the subsequent murder of his grandmother, Gussie Robertson. The killer was her own son, who killed himself three days later. At her funeral, Taylor placed his Goodwill Games medal in her coffin. Taylor now uses his grandmother as inspiration every time he steps through the ropes.

"Every time I get into the ring, she's the first person that pops into my head," Taylor reflected. "Before a fight, I go to a neutral corner, kneel down and say a prayer to God and my grandmother."

A berth on the 2000 US Olympic team followed, and Taylor, who was the first boxer from Arkansas ever to compete in the Olympic Games, brought home a Bronze medal for his efforts. Needless to say, the quietly charismatic young man with the loud fists was the center of much attention from promoters until he signed with DiBella Entertainment after the Sydney Games.

DiBella, a former executive with HBO Sports known for his integrity and love of the sport, made a great team with the young middleweight.

"Lou was my only choice to represent me as a professional," said Taylor. "He was honest and straightforward with me and he knows the game. Most importantly, I trust him."

Jermain's professional career was kicked off on HBO at Madison Square Garden on January 27, 2001 as a part of DiBella Entertainment's "Night of the Olympians". Facing a very experienced fighter in veteran Chris Walsh (17-5-6, 6 KO's), he showed poise beyond his years, winning via TKO. Jermain put on an impressive display of power, knocking the more experienced Walsh down twice before the bout was halted early in the 4th frame.

Over the subsequent months the victories started to pile up. Yet despite a string of impressive wins, Taylor was seemingly ignored by many in the press, who lavished praise on other members of the Class of 2000. But with each successive month, some of Taylor's peers began to fall behind, either beaten in the ring or taken down by their reliance on their press clippings.

Jermain Taylor made his move.

I felt like if I kept working hard and kept my head on straight, there's no telling how far I could go," said Taylor, who truly arrived after a fifth round stoppage of Marcos Primera in March of 2003 before his home fans in Little Rock.

Suddenly, the boxing world embraced Taylor, and was unable to ignore his jackhammer jab, concussive left hook, and veteran's poise between the ropes. Yet none of the acclaim - which includes modeling for Everlast, Vogue, and GQ, and receiving the 2003 Most Improved Fighter award from The Ring magazine - affected Taylor, and you won't see him walking the streets with an entourage..

It's a maturity he owes to his Arkansas roots.

"That's the thing about Arkansas," said Taylor. "It's so small that you don't have to have an entourage or anything like that. I don't really need it. A person's friends have a lot to do with how people act. If a person has good friends, that's going to help them out a lot because they don't have to do all this stupid stuff and deal with peer pressure. I don't have to worry about that."

Taylor hopes this attitude will rub off on the youth of America, who are sorely in need of positive role models.

"I'm hoping that I can be a role model for the kids," said Taylor. "Not the earrings, the long hair, the sagging pants and big clothes. I think kids need a new role model."

In 2004, Taylor gave boxing fans a new star, as he truly arrived on the world scene when he returned to his hometown on March 27, 2004 to face Alex Bunema (23-5, 18 KOs) on HBO's Boxing After Dark series, ten weeks after scoring a violent first round KO of southpaw Alex Rios on January 9. Taylor's jab pumped like a piston all night, confusing and frustrating his game opponent. He followed his jab with crushing right hands and by the middle rounds; Taylor could sense the feisty Bunema was wearing down. A left-right combination put Bunema down on the canvas for the first time in the seventh round. Bunema would beat the count but wouldn't last much longer as Taylor pummeled him against the ropes. With Bunema slumped down on a knee, the referee ended the onslaught. Taylor improved to 20-0, and earned his 15th KO. Including that stoppage, Jermain had registered KO victories in eight of his last nine bouts, facing stiffer competition every time.

Squaring off against former World Champion Raul Marquez (35-2-0) on June 19, 2004, Taylor dominated his more experienced opponent throughout the contest at the Home Depot Center in Los Angeles. As the fight moved into the later rounds, Jermain had an answer for everything the cagey veteran threw his way and knocked Marquez down in the ninth. Taylor scored a TKO triumph when, between the ninth and tenth rounds, Marquez's corner, after seeing him absorb too much punishment, decided he shouldn't continue.

On December 4, 2004, hometown fans packed Barton Coliseum in Little Rock, Arkansas to watch Jermain take on former three time World Middleweight Champion William Joppy (34-4-1, 25 KO's). In the opening minutes of the fight, both fighters exchanged stiff jabs, body shots and combinations. From a crushing right uppercut on the chin in the first round, followed by a punishing left hook to the face in the second round and finally a knockdown of Joppy in the fifth round, it was clear that Taylor would dominate the fight against the seasoned veteran. Taylor scored a unanimous decision (120-107 on all three scorecards) to retain his WBC Continental Americas Title. This impressive triumph, on HBO, established Jermain as the force to be reckoned with in the middleweight division.

On February 19, 2005 at the Staples Center in Los Angeles, CA, Taylor proved worthy of the title of "heir apparent to Bernard Hopkins" with a devastating TKO victory over previously unbeaten Daniel Edouard (16-1-2, 9KO's), as the co-feature to Hopkins vs. Howard Eastman on HBO World Championship Boxing. In a bout many expected to be Taylor's toughest test to date, Jermain dominated from the start, connecting on over half of his punches thrown, dictating the fight and using his jab and power shots to overwhelm Edouard . As Taylor was connecting on a barrage of unreturned bombs, referee Ray Corona stopped the fight 2:26 into round three. And even though Taylor has dominated these high-profile opponents, he refuses to get overconfident, and before every fight he leaves the comfortable surroundings of home to train with Pat Burns in Miami.

"There are no easy wins in the sport of boxing because everybody wants to be champion," said Taylor. "And I think that in order to train a person needs to be away from his surroundings to take his mind off everything,"

In August of 2003, Team Taylor added a new member when Jermain married the former Erica Smith, who is a world-class athlete herself as a former standout guard for the Louisiana Tech women's basketball team who was drafted by the WNBA's Washington Mystics in April of 2005.

Jermain and Erica are the proud parents of a daughter, Nia, who was born on December 14, 2004.

Married life took a bit of getting used to, especially for two athletes with vastly different training schedules.

"It has its ups and downs because if I'm off, 9 times out of 10 Erica's in training, and I just want to be home, a husband to my wife, and when Erica's off, I'm away training, and Erica just wants a husband," admits Taylor. "But Erica knows what it takes to have to get up in the morning to go run, and if I'm having one of those days when I'm kinda lagging, she'll call me up and say 'are you running?' and I do the same thing with her. She tells me to just train hard and keep your head up, no matter what happens."

So throughout the peaks and valleys of a life that was difficult to deal with at times, Jermain Taylor has excelled and is truly happy now.

"I'm happy the way my life turned out," said Taylor. "I'm happy with the people I signed with. I was not rushed. I was not babied. And I'm right on schedule. There is no downside to this. I love it all."

**HBO INFO     JOBS AT HBO     CONTACT US     TAKE CONTROL     SITE INDEX     SCHEDULE PDF     REGISTER/SIGN**

> Privacy Policy     > Terms of Use

© 2006 Home Box Office, Inc. All Rights Reserved.
This website is intended for viewing solely in the United States. This website may contain adult content.





🖨 Printer-Friendly Page

GLOBAL PRESENCE

  HOME BOX OFFICE

**Businesses** (sidebar)
- BOX OFFICE
- LINE CINEMA
- INC.
- WARNER CABLE
- ER BROADCASTING
  M
- ER BROS.
  RTAINMENT
- WARNER INVESTMENTS
- AL MARKETING



Launch Interactive Map ⊞

## OVERVIEW

**It's Not TV. It's HBO**
America's most successful premium television company, Home Box Office delivers two 24-hour premium television services — HBO and Cinemax — to nearly 40 million U.S. subscribers. International joint ventures bring branded services to more than 50 countries around the world, and HBO's programming is sold into over 150 countries worldwide.

OPERATING OFFICERS

Chris Albrecht, Chairman :

Complete list of operating
⊞

## CORE STATISTICS

| | |
|---|---|
| **40 million** | HBO and Cinemax subscribers in the U.S. as of December 31, 2005 |
| **27** | 2005 Primetime Emmy® Awards |
| **3** | 2006 Golden Globe awards |
| **7** | 2006 Sports Emmy Awards |
| **3** | 2006 George Foster Peabody Awards |
| **2** | 2006 Academy Awards |

COMPANY WEBSITES

www.hbo.com

More HBO websites

RECENT NEWS

Aspiring Filmmaker Moon №
Receives HBO Short Film A
10th Annual Film Life and F
American Black Film Festiva
More

HBO and the New York Inte
Latino Film Festival Announ
Winner of 3rd Annual HBO/
Short Film Competition Rea

HBO Receives 97 Emmy®
Nominations, The Most Of *
Network This Year; *Elizabe*
HBO Programming With 13
Nominations Read More

All HBO News ⊞

## HIGHLIGHTS

HBO's programming continues to earn critical acclaim and industry honors. So far in 2006, HBO has brought home two Academy Awards in the Documentary Short Subject and Animated Short Film categories, three Golden Globes, three George Foster Peabody Awards, and seven Sports Emmy Awards. In 2005, HBO garnered 27 Primetime Emmy Awards.

Two new HBO series — the historical drama Rome and the comedy Extras co-produced with the BCC — earned spots on television critics' Top 10 lists in 2005, joining HBO series favorites *Deadwood*, *Curb Your Enthusiasm* and *Entourage*. HBO Films won accolades for its presentation of *Lackawanna Blues*, directed by Tony-winner George C. Wolfe; *Warm Springs* starring Kenneth Branagh and Cynthia Nixon; *Girl in the Café*, featuring Bill Nighy and Kelly Macdonald; and the miniseries *Empire Falls*, based on the Pulitzer Prize-winning novel of the same name featuring an

CUSTOMER SUPPORT

HBO Customer Support

the Pulitzer Prize-winning novel of the same name featuring an all-star cast including Ed Harris, Helen Hunt and Paul Newman.

**In 2005, HBO launched several major initiatives to extend its success and strengthen its brand:**

- HBO partnered with PBS for the broadcast of three HBO films — *Dirty War, Sometimes in April* and *Yesterday* — that addressed critical 21st-century issues and were followed by on-air panel discussions with leading experts.
- HBO and New Line Cinema formed a new jointly owned theatrical distribution company, Picturehouse. The new joint venture gives HBO Films a distribution vehicle for its diverse slate of theatrical films.
- The Comedy Festival, jointly produced by HBO and AEG Live, debuted in Las Vegas, with more than 50 performances as well as special events and screenings, and will become an annual event open to the public.
- Cingular and HBO announced an agreement to bring exclusive content to Cingular's 3G customers.

HBO On Demand and Cinemax On Demand continued to lead the subscription video-on-demand industry in 2005. In addition, HBO achieved strong home video sales with such titles as *Entourage: The Complete First Season, The Sopranos: The Complete Fifth Season, Sex and the City: The Complete Series* and *Classical Baby*, as well as top merchandise sellers *Sex and the City* Trivia Game and the *Six Feet Under* soundtrack.

In 2006, HBO's programming features the much-anticipated returns of *The Sopranos, Deadwood, Entourage* and *The Wire*, as well as two new series: *Big Love*, which follows the travails of a polygamist and his three wives, and *Lucky Louie*, featuring comedian Louis C.K.

HBO Films presents *Mrs. Harris*, with Annette Bening and Ben Kingsley, based on the relationship between famed cardiologist Herman Tarnower and his lover, Jean Harris; *Walkout*, directed by Edward James Olmos, about the East Los Angeles high school protests by Mexican-American students in 1968; the BBC biographical co-production *Elizabeth I*, starring Helen Mirren; and *Longford*, a drama about the controversial British politician who championed the rights of a notorious child murderer, with Jim Broadbent and Samantha Morton.

HBO and Cinemax documentary productions will include *When the Levees Broke*, a Spike Lee documentary on the aftermath of Hurricane Katrina in New Orleans; *Baghdad E.R.*, a no-holds-barred look at the Iraqi front lines from the emergency room of the American Army's 86th Combat Support Hospital; *39 Pounds of Love*, an inspirational and humorous story about a young man born with muscular dystrophy; and *All Aboard: Rosie's Family Cruise*, the first-ever gay family cruise, with Rosie O'Donnell.

HBO Sports continues to offer the world's best boxing matches by expanding two of its franchises — *World Championship Boxing*, with as many as 14 dates in 2006, and *Boxing After Dark*, which moved to a monthly format.

Looking ahead, Home Box Office will continue its core strategy of producing the highest quality original programming on television, while sustaining the largest theatrical film inventory among premium networks. As emerging technologies expand distribution outlets and enhance business opportunities, HBO will leverage its brand and programming strength to create new revenue streams.

**SHOP & SUBSCRIBE**

HBO Direct Ordering
HBO Video
HBO DVD
HBO Family

EVENTS



**Deadwood**
Sundays at 9 pm on HBO



**The Wire**
Season 4 Premiere September 10 on HBO

BRANDS

**HBO**
**Cinemax**
HBO Independent
  Productions
HBO Multiplexes
HBO on Demand
Cinemax Multiplexes
Cinemax on Demand
HBO HD
Cinemax HD
HBO Video
HBO Mobile
HBO Domestic
  and International
  Program Distribution
WBTV Latin America

**Joint Ventures**
Picturehouse
HBO Asia
HBO Brasil
HBO Czech
HBO Hungary
HBO India
HBO Ole
HBO Poland
HBO Romania
HBO Serbia
E! Latin America
  Channel

last updated: May

al & privacy  ☒ caution concerning forward-looking statements  |  © Time Warner 2006. All Rights Reserved.