

Dockets.Justia.

HBO: Gang War 2 Case 4:06-cv-00620-WRW Document 55-8 Filed 10/10/2006 Page 2 of 15
Page 1 of 1

HBO
>LOGIN >REGISTER
SEARCH >GO
HOME | SERIES | MOVIES | SPORTS | DOCUMENTARIES | HBO FILMS | SCHEDULE | MOBILE | SHOP HBO | GET HBO

Docs Home | Late Night | Autopsy
About HBO Docs | Cinemax Reel Life | Resources
Docs Catalog | Theatricals | Community

# GANG WAR 2

Gang War 2 Home | Synopsis | Interview | Resources

**Read an Interview** with director Marc Levin, who discusses the making of GANG WAR 2.

**Get the Newsletter!**
Be the first to find out about premieres, news and more! Sign up for the HBO/Cinemax Documentary Films newsletter.

email address **submit**

**Half Past Autumn DVD**
Features photographer and filmmaker Gordon Parks.

▹ Buy Now!

Filmmakers Marc Levin and Daphne Pinkerson exposed gang warfare in the heartland with the 1994 award-winning HBO documentary "Gang War: Bangin' in Little Rock." Now, ten years later the filmmakers return with updates on former gang members who are working to keep other youths in their community out of gang life while struggling to live their own productive lives.

HBO INFO JOBS AT HBO CONTACT US TAKE CONTROL SITE INDEX SCHEDULE PDF REGISTER/SIGN IN

> Privacy Policy > Terms of Use

© 2006 Home Box Office, Inc. All Rights Reserved.
This website is intended for viewing solely in the United States. This website may contain adult content.

http://www.hbo.com/docs/programs/gangwar2/index.html 10/3/2006

# GANG WAR 2

## SYNOPSIS

It's been almost a decade since Marc Levin and Daphne Pinkerson exposed gang warfare in the heartland with the 1994 HBO documentary "Gang War: Bangin' in Little Rock." Now, the filmmakers return to Little Rock to update the stories of several gang members profiled in the first film.

BACK IN THE HOOD: GANG WAR 2 follows Leifel Jackson, onetime leader of the OGCs (Original Gangster Crips), as he is released from prison after almost a decade behind bars for drug trafficking. Jackson was one of the targets in the 1993 drive-by shooting captured in the first "Gang War" documentary. Now he is trying to live straight and make a positive difference in his neighborhood, but every day is a struggle.

"I think it's a lot easier doing time than it is out here struggling to make ends meet," explains Jackson. "I'm going to have to make an example, and my example is that you can come home, regardless of how long you're gone, and make it."

Jackson runs Our Club, a city-funded after-school program, in addition to working ıer odd jobs to provide for his family. Even though the city government ..onored Jackson with a Juvenile Justice Worker of the Year Award, he is not on its payroll, and does not have health insurance.

Although it's a violation of his parole to associate with gang members. Jackson is convinced that he has to stay connected to the streets, because those are the people he needs to reach. However, there is little incentive for the disaffected youth in the neighborhood to break free of the fast-cash, drugs-and-guns gang lifestyle in an area with few alternatives.

At his community center, Jackson delivers a cautionary message about the perils of his former life to a group of young kids, illustrating points through his own example and by showing scenes from the original HBO documentary. As Jackson explains, in 1993 (when he was 31), a war raged in Little Rock, one as real as the ones going on today in Iraq and Afghanistan. The Crips (who wore blue) were the sworn enemies of the Bloods (who wore red), and violence spread over turf wars. Established leaders like Jackson recruited young kids in their early teens or even younger. Since 1993, more than 400 people have died from gang-related violence in Little Rock.

Jackson invites one of his former rivals, Marvin Weathersby, a onetime leader of the West Side Bloods, to speak to the kids in his program. The two former enemies have put their deadly rivalry behind them to try and save the next generation. To his young audience's amazement, Weathersby displays some of his gunshot wounds, encouraging the kids to feel the bullets still lodged beneath his skin.

"' Gang War: Bangin' in Little Rock' received great response when it premiered ten years ago on HBO," comments director Marc Levin. "Since then, people have been wondering what happened to the original gang members interviewed. I stayed in touch with Jackson during his prison term, and my response to their inquiries was to return to Little Rock and chronicle the lives of those we profiled. wanted to show Jackson's journey from then to now. He's changed his life, but still a prisoner of his past."

While the original documentary exposed the growing problem of gang violence in America's heartland, BACK IN THE HOOD: GANG WAR 2 shows the struggles

people face when they try to overcome the difficult circumstances in their communities and go straight. Notes activist and hip-hop entrepreneur Russell Simmons, 'Bangin' in Little Rock' blew my mind. The sequel, 'Back in the Hood,' broke my heart. The war at home continues until we stop it."

..rc Levin and Daphne Pinkerson have produced numerous America Undercover films for HBO, including the recent "Heir to an Execution: A Granddaughter's Story," plus "Mob Stories," "Prisoners of the War on Drugs," "Execution Machine: Texas Death Row," "Soldiers in the Army of God" and "Gladiator Days." Their HBO documentary "Thug Life in D.C." won the 1999 Emmy® for Outstanding Non-Fiction Special, while "Gang War: Bangin' in Little Rock" won the CableACE Award for Best Documentary of 1994, as well as a Silver Medal for Best Documentary at the Houston International Film Festival.

BACK IN THE HOOD: GANG WAR 2 is directed by Marc Levin; produced by Marc Levin and Daphne Pinkerson; co-producer, Michael Skolnik; edited by Ken Eluto, A.C.E.; director of photography, Matthew Akers.

HBO INFO JOBS AT HBO CONTACT US TAKE CONTROL SITE INDEX SCHEDULE PDF REGISTER/SIGN IN

> Privacy Policy > Terms of Use

© 2006 Home Box Office, Inc. All Rights Reserved.
This website is intended for viewing solely in the United States. This website may contain adult content.

26




HBO Sets Slate of Documentary Programming, with Compelling New Specials and AME... Page 1 of 2

EWSROOM

RELEASES
CTS & RESOURCES

Printer-Friendly Page

**HBO Sets Slate of Documentary Programming, with Compelling New Specials and AMERICA UNDERCOVER Presentations Debuting Later This Year**

January 19, 2000

LOS ANGELES -- Continuing its commitment to bold and compelling documentary programming, HBO has set its slate of specials and America Undercover exclusives for the first half of 2000, it was announced today by Sheila Nevins, executive vice president, original programming, HBO.

Among the new America Undercover presentations and documentary specials are: CHILDREN IN WAR; PARADISE LOST 2: REVELATIONS; CANCER: EVOLUTION TO REVOLUTION; THE LAST DAYS; AMERICANOS: LATINO LIFE IN THE UNITED STATES; and TAXICAB CONFESSIONS 7.

CHILDREN IN WAR, a feature-length documentary from Alan and Susan Raymond (whose 1993 HBO special "I Am a Promise: The Children of Stanton Elementary School" won a Documentary Feature Oscar(r)), looks at the devastating impact of modern-day war and terrorism, as seen through the eyes of its most innocent victims. Filmed over a two-year period (1995-1996) during the ongoing conflicts in Bosnia, Israel, Rwanda and Northern Ireland, the powerful and compassionate report captures firsthand the experiences of the resilient young, and is told entirely by the children who have witnessed terrifying war crimes. The documentary special debuts MONDAY, JAN. 31 (10:00-11:50 p.m. ET), exclusively on HBO.

PARADISE LOST 2: REVELATIONS, Joe Berlinger and Bruce Sinofsky's follow-up to the acclaimed 1996 HBO documentary "Paradise Lost: The Child Murders at Robin Hood Hills," revisits the controversial case of three Arkansas teenagers convicted in 1994 of murdering three eight-year-old boys. Featuring new interviews with the three convicted men, as well as with the original judge and police investigators, the special focuses on advocates who believe the young men are innocent and features new footage of one of the victims' stepfather, who some suspect might be involved in the crime. The America Undercover documentary debuts MONDAY, MARCH 13 (10:00 p.m.-12:15 a.m. ET).

CANCER: EVOLUTION TO REVOLUTION is a public service special designed to help viewers look at the disease in a new way, as preventable and treatable. Providing a comprehensive overview of

HIGHLIGHTS

**Investor Relations**
Financial Reports & SEC F
Stock & Debt Information
Events & Presentations
Shareholder Services

**Corporate Governance**
Board of Directors
Governance policy
Codes of Conduct

**Management**
Senior Corporate Executiv
Executives by Business
Executive Speeches

**About Us**
Time Warner Fact Sheet
Values

ABOUT OUR BUSINESSES

**Select a business to lea**

Our Businesses

http://www.timewarner.com/corp/newsroom/pr/0,20812,667610,00.html 8/19/2006

27

Page 1 of 2

ArkansasTimes
ARKANSAS'S NEWSPAPER OF POLITICS AND CULTURE

Now more Arkansas Times blogs!

Click here

Home > | Blogs > | What To Do > | Find Restaurant > | Find Movie > | News > | Entertainment >
Search

> arkansas medical news

News & Opinion
Insiders
Smart Talk
Observer
Letters
Warwick Sabin
The Week That Was
Arkansas Reporter
Cover Stories
Editorials
Max Brantley
Ernest Dumas
Bob McCord
John Brummett
Bob Lancaster
Words

House Blogs
Arkansas Blog
Little Rocking
Cat On The Prowl

Community Blogs
ARMedia
Arkansas R.F.D.
Billiken Man
CA Confidential
Dogtownius
Arkansas Frontier
Hoglawyer
Moviegoer
Ninja Poodles
Snafu
Up North

Entertainment
TV Highlights
Arkansongs
Jim Harris
Media
Best Bets
Shopping
Books
Art Notes
Theater Review
In the Clubs
Picks
Movie Listings
Dining Listings
Event Calendar
Musician Showcase
Bruce James
Guest Sports
Harry King

# Trashy

Arkansas Times Staff
Updated: 9/7/2006

JOHNSON'S DUMP: On Thayer Street.

A salvage yard owned by Johnson Brothers Investments of Bigelow, a company in which state Sen. Bob Johnson is a partner, was to be inspected Wednesday, Sept. 6, for violations of state water quality and hazardous waste laws.

Acting on a complaint by a landowner near the yard, the Arkansas Department of Environmental Quality was to visit 915 Thayer St., where Bradford Auto Salvage and Sales, formerly Bradford Auto Services, operated for many years on property the size of four city lots. Some 500 tires, old gas tanks, car parts and other trash — including a boat — can be seen on the partially oil-soaked lot; dumped furniture and high grass surround the lot.

CAJUN'S WHARF
SEPTEMBER 2006
COMING ATTRACTIONS
MON TUES WED THURS FRI SAT

The city sent a notice to Johnson Investments in February that its exterior fence was out of compliance with city code. Brett Johnson of John-son Investments responded by saying the company was going to evict the tenants, who've been cited several times over the years for various city code violations, and bulldoze the site. Cars, boats, trailers and large scrap metal were hauled off the site in April and May, but clean-up work stopped in July. The city has since unsuccessfully tried to contact Johnson Brothers about the condition of the site, which has also prompted an inquiry by City Director Stacy Hurst.

Paul Dodds, who owns a house a block from the salvage yard, complained to both the city and ADEQ, writing that the yard's "filthy pe-rimeter looks like something out of the slums of Manila." Dodds noted that the site drains into a creek that runs to the Arkansas River.

Johnson, who failed in the last legislative session to pass a bill that would have stripped Central Arkansas Water of its ability to protect Lake Maumelle's watershed, said the city's files must be in error and maintained that his company had been working steadily to clean the site, despite the fact that there is little evidence that a crew had been there. He said a city code inspector he spoke to had not identified himself as such, but had expressed interest in buying the property.

**Attorney in waiting**
We've written previously about speculation on a successor to U.S. Attorney Bud Cummins of Little Rock, who says he'll be leaving the job soon.

There are growing indications that Arkansas native Tim Griffin, a top political operative at both the Republican National Committee and in Karl Rove's office, is the White House favorite for the job. Democrats in Congress are expected to

WHO'S PLAYING AT STICKYZ TONIGHT?
a. best damned Rolling Stones tribute in the land.
b. hot shot blues guitarist, a rising star, catch him on his way up.
c. funky ragtime blues duo that sells out fast, get tics now.

Contact
Subscriptions
Paper
Email News

RSS Feeds

www.uca.edu
UCA The Center of Learning
1-800-243-8245

file://C:\DOCUME~1\Jamie\LOCALS~1\Temp\O22Q9UKQ.htm 10/3/2006



object to putting such a political figure in a Justice Department slot. If so, the White House likely would wait until Congress is in recess and give him a so-called recess appointment, a way to avoid the normal confirmation process.

**Airplane scare**
When a flight attendant on a US Airways flight from Charlotte to Little Rock Sept. 1 noticed a couple of passengers holding water bottles (now forbidden as carry-ons) she notified security. Though the plane was just a few miles from Little Rock on an uneventful flight, the law enforcement operation moved into high gear.

The plane was held on the runway for a time as officers swarmed in. The people with the water bottles — and their water — were removed. The rest of the 53 passengers on board were held for a time. Dogs sniffed the plane.

It became apparent soon enough that the passengers were indeed carrying nothing more dangerous than bottled water, not bottles masking a dangerous substance. Feds were tight-lipped that afternoon about the suspects, but Little Rock police gave us the rest of the story this week. The passengers had bought the water at Charlotte, after transferring, within the airport secured area, from another flight, Sgt. Terry Hastings said. One was an active-duty military female officer. The other was a man from Mount Ida. They were released after a lecture from federal agents.

FM 89 KUAR
*Media Partner of Arkansas Times*

**Deal done**
Craig and Brent Renaud, the Little Rock-native documentary filmmakers, say they have cemented a deal with HBO for a film on Central High School to air in the fall of 2007, the 50th anniversary of the school crisis.

**Piece of an Emmy**
PB2, a Rogers-based architecture and engineering firm, had reason to smile when the ABC Show "Extreme Makeover: Home Edition" won an Emmy in the Best Reality Program category.
The winning show was the Camp Barnabas episode, filmed in Purdy, Mo. PB2, provided the design for three buildings as well as con-struction management for the kids' camp project. PB2 had earlier worked on an episode of the show for a Morgan Nick Foundation pro-ject.

 Print This Article | Email Article Link

## Comments From Readers

*Post a Comment*

 © Copyright 2004-06. Arkansas Times. All Rights Reserved.

28

HBO: Dealing Dogs Case 4:06-cv-00620-WRW Document 55-8 Filed 10/10/2006 Page 11 of 15

Page 1 of 1

SEARCH GO

LOGIN REGISTER

HOME | SERIES | MOVIES | SPORTS | DOCUMENTARIES | HBO FILMS | SCHEDULE | MOBILE | SHOP HBO | GET HBO

Docs Home
About HBO Docs
Docs Catalog
Late Night
Cinemax Reel Life
Theatricals
Autopsy
Resources
Community

# DEALING DOGS

Dealing Dogs Home | Synopsis | Interview | Resources | Schedule

The betrayal of man's best friend.
DEALING DOGS

**See a Preview** of this shocking new movie from HBO Documentary Films.

VIDEO Watch Video

**Read an Interview** with 'Dealing Dogs' producers Tom Simon and Sarah Teale.

**Learn About Animal Protection**
Find out more about Last Chance for Animals and the Humane Society of the United States, two of the nation's largest and most powerful animal protection organizations. Read more...

**Get the Newsletter!**
Be the first to find out about premieres, news and more! Sign up for the HBO/Cinemax Documentary Films newsletter.

email address | submit

**Dealing Dogs**

Each year, 42,000 dogs are sold to veterinary schools and research labs by Class B dealers, who are required by federal law to buy the animals from pounds, shelters and small breeders and to treat them humanely. However, many Class B dealers violate the law. DEALING DOGS exposes the abuses that took place at one of America's most notorious Class B dealers - Martin Creek Kennel in Arkansas.

HBO INFO JOBS AT HBO CONTACT US TAKE CONTROL SITE INDEX SCHEDULE PDF REGISTER/SIGN IN

> Privacy Policy > Terms of Use

© 2006 Home Box Office, Inc. All Rights Reserved.
This website is intended for viewing solely in the United States. This website may contain adult content.

http://www.hbo.com/docs/programs/dealingdogs/index.html 10/3/2006

29

BO: Boxing: : Jermain Taylor vs. Bernard Hopkins 2: MEET THE TAYLORS Page 1 of 3

HOME | SERIES | MOVIES | SPORTS | DOCUMENTARIES | HBO FILMS | SCHEDULE | MOBILE | SHOP HBO | GET HBO

Boxing Home
Upcoming Fights
Past Fights
On-Air Specials
Fighters
Commentators
Community
Features
Photos and Video
Mobile
Downloads

# JERMAIN TAYLOR vs BERNARD HOPKINS 2

DECEMBER 3, 2005

HBO PPV

## MEET THE TAYLORS

November 29, 2005 - **by Nat Gottlieb**

Jermain Taylor is the undisputed middleweight champion of the world, a hometown hero in Little Rock, Arkansas. He can't go anywhere in the city without being mobbed for autographs. Yet for all his celebrity, when he walks down the street where he lives, he knows some neighbor's going to make him cringe by yelling, "Hey Jermain, still losing to Erica?'

Erica is Taylor's wife, and when ever they go out on the black top driveway of their home to play one-on-one basketball, the results are predictably the same. Every single time. "I'm the only man on my block who can't beat his wife in basketball," Taylor said.

Not one to make excuses, Taylor certainly could in this case. Erica, a former college basketball star at powerhouse Louisiana Tech, will be playing for the Washington Mystics this coming season in the WNBA. "The closest I came to beating her was 15-8. She's a great outside shooter, and if she comes inside, uses her elbows to push me away. She cheats. If we had a ref, I know I'd get a lot of foul calls," Taylor said.<

**I'm the only man on my block who can't beat his wife in basketball. -Taylor**

"No no. I beat him fair and square," said the 5-10 Erica. "When he gets kidded about not being able to beat me, I tell him, 'Don't feel bad, Jermain, I can beat all the other husbands on the block, too,'"

The one place no one has ever been able to beat Jermain Taylor is in the ring, where he is 24-0 with 17 knockouts. Defeating his wife in basketball is not foremost on his mind right now because on Dec. 3 at the Mandalay Bay Resort & Casino in Las Vegas, Taylor will fight a rematch with Bernard Hopkins (46-3-1, 32 KO's), the man from whom he won his three championship belts. The fight, "No Respect," is being presented by DiBella Entertainment and Golden Boy Promotions and will be broadcast live on HBO Pay-Per-View.

The Taylors are that rare celebrity married couple. They don't go out partying till dawn, and you won't see them in the supermarket tabloids. They are crazy about each other, madly in lovd with their 10-month old daughter Nia, and you won't find a person outside of Hopkins who will say an unkind word about either of them.

**When she goes away, I do it all with the baby, change diapers, everything. I don't know how she went to school, practiced and took care of the baby.**

"Erica and Jermain are very similar in that they are kind and generous people," said Chris Long, who was Erica's assistant coach at Louisiana Tech and is now head coach. "I follow boxing and Jermain is not typical of what I see. He's a really nice person, polite, he'll talk to anybody. He doesn't have a big head at all. They're both a joy to be around."

While Erica and Jermain are stars, the real celebrity in the Taylor household is daughter Nia. So much so that after being

## EVENT RUNDOWN

**NEWS**

Bio/record Taylor
Bio/record Hopkins

**COLUMNS AND FEATURES**

Post-Fight Analysis
Taylor-Hopkins 2 Aftermath
Meet the Taylor's
Bernard's Dream

## COMMUNITY

Baldomir is a true pro, and will not be outworked. He is relentless and shows up to work. On the other hand, so does Floyd. Yeah, he talks, but have you ever really seen him not give something close to "his all" in any of his fights? His one true struggle was his first JLC fight, but aside from that, he has almost never missed the mark formwise.
--sk7326
What do you think? Discuss

**Boxing Wireless**
Read profiles on your favorite fighters and get all the latest information on upcoming HBO fights. Read more

**Boxing Newsletter**
Sign up to receive the latest HBO Boxing news, fight announcements and exclusive features from hbo.com/boxing.

email address | submit

http://www.hbo.com/boxing/events/2005/1203_taylor_hopkins2/columns/fighter_taylor.html 10/3/2006

Case 4:06-cv-00620-WRW Document 55-8 Filed 10/10/2006 Page 14 of 15

**-Taylor**

drafted by the Mystics in the second round (19th overall), Erica elected to sit out her rookie season in order to take ·e of her baby. "I had to think about Nia's well-being. I'm not married to a man .10 has a 9-5 job. He's gone for weeks at a time. It was the right thing to do, because Nia really got to know her mother," said Erica.

Jermain certainly understands what a sacrifice she made. Like most athletes, they both dreamed as teenagers of making it in the pros, and sweat countless hours for years for a shot to reach that goal.

"It takes a very special person to do what she did," Jermain said. "All her life she wanted to be a pro basketball player. It was a hard choice. I left it up to her. I told her I would respect what ever she decided to do."

Erica gave birth to Nia on Dec. 10, 2004 in her senior year. She sat out five weeks, then came back and played the remainder of the season and was instrumental in getting the Tecksters to the Sweet 16 round of the NCAA tournament. Being mother, student and athlete was an incredibly daunting task.

"My life was a whirlwind, especially when my man was away in camp. My day just didn't stop," Erica said.

On those occasions when Jermain wasn't in training and Erica was on the road, he took sole care of the baby, and got a healthy appreciation for his wife's ability to juggle lives.

"When she goes away, I do it all with the baby, change diapers, everything. I don't know how she went to school, practiced and took care of the baby. If it had been me, I wouldn't have been able to keep boxing," Jermain said. "Man, it's very tough to take care of a baby, and Nia is spoiled. She wants all your attention. For Erica to do that, she's an amazing woman."

·main has had practice raising kids. When he was five, his father left the home. His mother worked, so Jermain, the older brother, had to take care of his younger sisters when he came home from school. He changed diapers, did the laundry, cooked for them and washed the dishes while his friends were outside just being kids.

"I wasn't raised like a child, I was raised like an adult," Jermain said. "But raising my sisters prepared me to be a better father."

Jermain and Erica met in Colorado Springs in 2000. Jermain was there as part of the U.S. Olympic boxing team that would compete in Sydney. Erica was attending the junior Olympic basketball camp. Both male and female athletes were housed in a single dorm, which is how they ran into each other.

In what may be the all-time worst "pick-up" line, Jermain, who had just finished laundering his clothes and was carrying them, walked up to Erica and said, "Do you know how to fold clothes," Erica recalls. "I told him yes, but it will cost you $20. I took the laundry and he left. We hadn't even exchanged names, he just gave me $20 and his room number. When I was done, I dropped them off. He wasn't there. But later there was a party on our floor. He saw me, came over and said, 'Hey girl, I hear you are from Arkansas (Wheatley). I'm from Little Rock." And thus began a wonderful romance, one that had a profound effect on Jermain, according to his trainer and surrogate father, Ozell Nelson.

"When he first met Erica, he liked her so much he wanted to bring her to the gym and meet me," said Nelson, who took an untutored 13-year-old- kid who wandered into his gym and turned him into an Olympic bronze medalist. "Before, he always had lots of girlfriends, but they didn't effect him like this. He really loved her. She had a hold on him. And why not? She was smart and beautiful."

Erica knew little about boxing and the first time she went to see him fight was a bit of ~ jolt.

It was strange that first time, because I only knew him out of the ring, this really nice guy. But in the ring, he was a killer. I was shocked," Erica said. "It was hard for me to watch because that was my husband in there."

Shocked and frightened.

"The first time she saw me fight, she was crying and crying. But she got used to it. , she yells, 'Come on baby, knock him out!'" Jermain said.

"What changed me is I would always watch Jermain as he came down the aisle toward the ring. I would read his face. If he looked comfortable, I knew he was ready and I wasn't worried. But then he's always ready," Erica said.

Of course being superstar athletes has its disadvantages. Both highly competitive, it is virtually impossible for them to play a civil game of any kind in the house. "If we play Monopoly, we always end up in an argument," Jermain said. "We both want to be the best and win."

"We can't play Monopoly or air hockey or any of these games we have in the house because we're so competitive," Erica said. "If one of us wins, we rub it in. We just can't play for fun."

Asked what she liked most about his wife, Jermain said: "I like the fact she can go out and play a basketball game, take a shower and come out looking like a model. I don't know how she does it."

What does Erica like most about Jermain?

"He's the best person I know. He always gives so much of himself to others, thinks of them before himself." Erica said.

That was reflected when Jermain was asked what his biggest goal in life was.

"I want every one who's been there for me to be happy," he said.

Not to be remembered as the greatest fighter who ever lived?

"I'm not worried about being the greatest, just that my friends and family are happy."
›d what does Jermain like least about his wife?

"How she sleeps," Jermain said. "She's all over the place. I have to sleep on the edge of the bed."

Erica? "Same thing I like the most about him. He's too nice sometimes. I have to be the bad guy because he can't say no to anybody."

Jermain has no problem being the bad guy in the ring, however. Come Dec. 3, he intends to show Bernard Hopkins just how bad he can be.

© 2006 Home Box Office, Inc. All Rights Reserved.
This website is intended for viewing solely in the United States. This website may contain adult content.