


Dockets.Justia.







Ads by Google

View Jobs in your area.
Local Job listings. Apply directly to the employer.
www.GetTheJob.com

Advertise on this site

JobOpenings.net
Job Seekers
Featured Jobs
Top Sponsors
Jobs by Location
Jobs by Industry
Jobs Blog
Submit Resume
Search for Jobs
Website Search
Job Interviews
Job Hunting Tools
Sample Resumes
Employers
Add Free Link
Add Featured Job
Recruiters
Recruiters
Add Your Agency
Add Featured Job
Advertise Here
Resources
Hotels & Travel
Apartments
Moving Center
About Us
About Us
Affiliates
Your Privacy
Site Map

SPONSORS:




# COMPANIES WITH JOBS IN ARKANSAS

**Job Openings.net** offers listings many local employers. The career opportunities listed below are located on the Web sites of those businesses. Job Openings.net does not manage these job listings. We are a job listing service, not an employment agency. If you need an agency, please see **our list**.

To learn more about the Arkansas jobs with the companies listed below, go to their sites and follow their instructions for the application process.

Ads by Goooooogle Advertise on this site

Find Jobs in Your Area
Jobs listings from thousands of websites in one simple search.
www.indeed.com

Careers in Atlanta, GA
Go beyond online job searching. 274 local companies and growing.
www.market10.com

NJ.com Jobs Classifieds
Find Jobs in the Paterson Area Get Local Career Listings Online
NJ.com/Jobs

Jobs - Find a Job Today
Search New Jobs & Candidates by Industry -Employment Opportunities
www.iHireJobNetwork.com

- **Employers:** Add your site to the **USA Business Directory** and get $10 at sign up.
- **Apartments in Arkansas** - Guide to apartments in Arkansas and rentals in the United States and Canada for major cities
- Host your website with **ACE Web Hosting** and get free advertising. **See details...**

| Employer and [Approx. Job Openings] | Arkansas Cities |
|---|---|
| **Nestlé USA** [320 jobs]<br>With a focus on convenient, nutritious, and delicious foods and beverages, Nestlé is committed to providing quality products that are essential to good living. That's what "Nestlé. Good Food, Good Life" is all about.<br><br>**Job Types:** Accounting or Finance - Sales or Marketing - Food Service or Restaurant - Administrative - Manufacturing or Factory - Human Resources - Information Technology - Purchasing or Buyers - Engineering - Research and Development - Entry-Level - Internships - Health Care - warehouse | **Headquarters:** Glendale, CA<br>**Jobs In:**<br>Office in Home, AR |
| **Northrop Grumman Corporation** [3900 jobs]<br>Northrop Grumman Corporation is a global defense company, which provides technologically advanced products and solutions in systems integration, defense electronics, information technology, advanced aircraft, shipbuilding and space technology.<br><br>**Job Types:** Engineering - Environmental Protection - Purchasing or Buyers - Communications - Accounting or Finance - Research and Development - Administrative - Human Resources - Transportation, Logistics and Warehouse - Information Technology - Internet, Web design and Ecommerce | **Headquarters:** Los Angeles, CA<br>**Jobs In:**<br>Little Rock, AR |
| **Northwest Airlines** [130 jobs]<br>The world's fifth largest airline, Northwest is a member of SkyTeam, which offers customers one of the world's most extensive global networks. Northwest and its travel partners serve more than 900 cities in excess of 160 countries on six continents.<br><br>**Job Types:** Administrative - Accounting or Finance - Management and Executive - Transportation, Logistics and Warehouse - Travel or Aviation - Sales or Marketing - Engineering - Art, Graphics or Drafting - | **Headquarters:** Minneapolis, MN<br>**Jobs In:**<br>Little Rock, AR |

ResumeEdge.com
Get A Resume That Gets Results!
>>click here

Look Button

Your ad here

| | |
|---|---|
| Writing - Maintenance or Trades | |
| **PepsiCo, Tropicana and Frito Lay** [500 jobs]<br>PepsiCo is a world leader in convenient foods and beverages, with revenues of about $27 billion and over 143,000 employees.<br><br>**Job Types:** Management and Executive - Travel or Aviation - Legal and Attorneys | **Headquarters:** Purchase, NY<br>**Jobs In:**<br>Jonesboro, AR |
| **Starbucks Corporation** [630 jobs]<br>Starbucks purchases and roasts high-quality whole bean coffees and sells them along with fresh, rich-brewed, Italian style espresso beverages, a variety of pastries and confections, and coffee-related accessories and equipment -- primarily through its company-operated retail stores.<br><br>**Job Types:** Manufacturing or Factory - Transportation, Logistics and Warehouse - Information Technology - Legal and Attorneys - Purchasing or Buyers - Retail - Accounting or Finance - Information Technology - Legal and Attorneys - maintentance - Sales or Marketing - Management and Executive | **Headquarters:** Seattle, WA<br>**Jobs In:**<br>Fort Smith, AR |
| **State Jobs in Arkansas** [375 jobs]<br>Job openings statewide.<br><br>**Job Types:** Government | **Headquarters:** Statewide, AR<br>**Jobs In:**<br>Statewide, AR |
| **The Terminix International Company L.P.** [200 jobs]<br>Terminix, a member of the ServiceMaster team, is the largest termite and pest control company in the world, with a network of 864 service centers worldwide.<br><br>**Job Types:** Sales or Marketing - Maintenance or Trades - Management and Executive - Accounting or Finance - Administrative - | **Headquarters:** Memphis, TN<br>**Jobs In:**<br>Bentonville, AR |
| **Time Warner Inc.** [2000 jobs]<br>Time Warner Inc. is a leading global media and entertainment company with best-in-class businesses in filmed entertainment, interactive services, television networks, cable systems and publishing.<br><br>**Job Types:** Newspaper, Media or Journalism Jobs - Art, Graphics or Drafting - Management and Executive - Internships - Summer - Human Resources - Entry-Level - Legal and Attorneys - Communications - Sales or Marketing - Retail - Public Relations - Construction - Information Technology | **Headquarters:** New York, NY<br>**Jobs In:**<br>West Memphis, AR |
| **Tractor Supply Company** [600 jobs]<br>Tractor Supply Company provides for the lifestyle needs of hobby and part time farmers and ranchers, as well as others who live the rural lifestyle. TSC also serves the maintenance needs of tradesmen and small businesses.<br><br>**Job Types:** Management and Executive - Retail - Accounting or Finance - Maintenance or Trades - Entry-Level - Purchasing or Buyers | **Headquarters:** Nashville, TN<br>**Jobs In:**<br>Batesville, AR |
| **Trane** [300 jobs]<br>Trane provides indoor comfort systems and comprehensive facility solutions for residential, commercial and industrial building needs. For decades, customers have relied on Trane for exceptional quality products, high performing systems and reliable service.<br><br>**Job Types:** Sales or Marketing - Engineering - Internships - Management and Executive - Administrative - Accounting or Finance - Information Technology - Maintenance or Trades - Manufacturing or | **Headquarters:** Tyler, TX<br>**Jobs In:**<br>Fort Smith, AR |


31

Register for arkansasbusiness.com | Site Help | Contact ABPG

username password SIGN IN

Comcast. HAVE IT ALL! VIDEO + HIGH-SPEED INTERNET + DIGITAL PHONE 375-5755 $99 per month for 12 months

arkansas business.com




Search ArkansasBusiness.com enter keywords here START

home news research people events jobs links Saturday, September 09, 2006 9:52:44 PM

the daily whisper

Sign up for daily updates from the Arkansas Business newsroom!

enter your email

arkansas industry news

Agriculture & Poultry
Architecture
Banking & Finance
Business Services
Construction
Education
Energy
Government & Politics
Health Care
Insurance
Investments
Legal
Manufacturing
Media & Marketing
Nonprofits
Public Companies
Real Estate
Restaurants & Food
Retail
Small Business
Technology & Telecom
Tourism
Transportation

ARKANSAS BUSINESS BOOK OF LISTS New Electronic Database! Download Lists to Excel

search & lists

- Book of Lists
- Trends & Analysis
- New Business Lists

- Submit a Whisper
- Submit Calendar Event
- Submit News Release
- Advertise Online
- Buy Gift Subscriptions
- Nominate for Ark Biz of the Year

arkansas business news story

## Cable TV Dishes Up 'Triple Play'

**By Mark Friedman**

**5/29/2006**





Len Pitcock, executive director of the Arkansas Cable Telecommunications Association, says cable has the goods to compete with satellite providers.



Change font size | print preview | send article

In the past five years, cable television providers in Arkansas watched between 15 percent and 20 percent of their subscribers defect to satellite TV companies.

Now the cable TV industry is making a stronger push to win them back by offering three services in one package: cable TV, high-speed Internet and phone service.

Earlier this month, Comcast Cable was the first provider to unveil its "triple play" and offered all services for $99 for the customers' first 12 months. Other providers across the nation, such as Cablevision, which offers service in the northeast part of the country, are offering new customers the same service for $90 a month for the first 12 months.

Cox Communication, which is now called SuddenLink Communications of St. Louis, and Time Warner have applied to the Arkansas Public Service Commission to start offering phone service. Cox's application has been approved and Time Warner's is pending, the commission said.



A SuddenLink spokesman said he didn't know when the phone service would be offered in Arkansas along with the cable TV.

The battle for customers won't be easy for the cable industry. It will soon have to fight phone companies as well as satellite TV providers.



AT&T plans to offer its version of cable TV, called Internet Protocol Television, or IPTV, in some central Arkansas markets by early 2007.

ADVERTISEMENT

today's markets DOW NASDAQ S&P500 Enter Stock GO! see all Ark

mortgage Option ARM 360 Months 5/1 Libor 180 Months 3/1 Libor 360 Months 15 Year Fixed 180 Months 30 Year Fixed 360 Months FHA 30 Year 360 Months Jumbo 30 Months 10 year IO 360 Months Apply New Home Down Payment rates A division

most read Dawn Scott As November Forty Under Balance For Profession Stephens 2, But Re Deal Arkansas America's Nothing S (Goldberg

everything Tourists Newcomers Family Brides-to Jobs Teens

- Company Profiles
- Manufacturer's Directory
- Buy 1 Year of Archive Access

our services

- Manage Your eNews
- Register for ArkansasBusiness.com
- Subscribe to Arkansas Business Print Edition
- Forgot Your Password?
- Requesting Reprints & Article Rights Inquiries
- RSS / XML Feeds
- Advertise Your Company on ArkansasBusiness.com
- Download the Arkansas Business Meda Kit




Post a Job Listing
Search Job Listings
Post a Resume
Search Resumes

The satellite TV industry, though, isn't ready to throw in the remote control.

The growth rate has cooled, but satellite TV companies still are adding hundreds of thousands of new subscribers every quarter, said Michael Hopkins, senior editor of Media Business Corp., a media research, reporting and consulting firm in Golden, Colo.

"(Satellite TV companies) still are signing up customers, but it's not at a fast clip as it used to be," Hopkins said. "What satellite TV needs to do is get out there and really, really aggressively compete – not that they haven't aggressively competed before, but now it's gone from a pretty competitive environment to a hyper-competitive market."

At the end of September, satellite TV subscribers in Arkansas numbered 356,683. But by the end of the year, the number grew by almost 7,200 to 363,874. During the same period, the number of cable TV subscribers in Arkansas also increased – but only by 333, from 519,785 to 520,118, Hopkins said.

"Cable seems to be bouncing back after years of basic customer losses and still adding digital customers and broadband customers," Hopkins said.

In 2003, satellite TV providers added about 2.3 million customers nationwide. In 2004, the industry added 3.2 million customers. But the number of new subscribers fell back to 2003 levels in 2005, said Michelle Abraham, principal analyst covering converging markets and technologies at In-Stat of Scottsdale, Ariz.

"They're certainly making good strides and account for a large percentage of the pay-TV households," she said.

The cable industry will have to overcome two hurdles to win back customers who went to satellite TV, Hopkins said.

[ Link to this article ]

[ continue ]

[ view page: 1 2 3 4 ]
[ single page view ]

today's headlines

- Fitch Affirms UA Bond Rating At 'A+'
- Asbury Automotive Adds New COO, Makes Stock Offering
- Alan McVey To Lead Delta Center For Economic Development
- Pruitt Joins Twin City Bank
- Oaklawn Gives $1 Million To New Foundation




www.mainstream-tech.com

(501) 217-9490

ADVERTISEMENT

BUILDING EXCELLENCE




today's
DOW
NASDAQ
S&P500
Enter Stoc
GO!
see all Ark
stoc
Ste
Me
mortgag
Option AR 360 Montl
5/1 Libor 180 Montl
3/1 Libor 360 Montl
15 Year F 180 Montl
30 Year F 360 Montl
FHA 30 Ye 360 Montl
Jumbo 30 Months
10 year IC 360 Montl
Apply
New Hom
Down Pay
CA
rat
A division
most re
Dawn Sco As Novem
Forty Und Balance F Professio
Stephens 2, But Re Deal
Arkansas America's
Nothing S (Goldberg
everyth
Tourists
Newcome
Family
Brides-to
Jobs
Teens


32




Saturday, September 9, 2006






**Qualify for DSL Service**




Email Address




DSL Business Form

- What Is DSL?
- How Fast Is DSL?
- How Much Does DSL Cost?
- Business SDSL
- Do Multiple Locations Need DSL?
- Get A Quote
- Participating Carriers
- Glossary
- FAQ
- Speed Test

# Time Warner World-Class High Speed Internet

Time Warner Company is the unrivalled leader in the U.S. information, entertainment, and telecommunications business. A pioneer in the cable industry, Time Warner Cable owns and manages the most advanced, best-clustered cable television operations in the country, with more than 90% of its approximately 10.9 million customers in systems serving 100,000 people or more.

Not only the empowering Time Warner High Speed Internet Service is now available to residential customers and small businesses in Jonesboro, Little Rock but also in many other cities and towns of Arkansas.

Read below to find out ways you can enhance your internet experience with Time Warner Internet features.

Click here to check the availability for Time Warner High Speed Internet Access in you area.

## Arkansas Time Warner Cable Benefits and Extras

It's easy with a Arkansas Time Warner high speed internet subscription. Time Warner provides the modem, the installation, the news and

entertainment, tools for using the Internet and your computer, plus world-class customer support.

- Begin your experience of Arkansas Time Warner Internet on the Road Runner Homepage. Time Warner has partnered with some of the world's top information, entertainment and education providers to deliver you the best of Broadband content sites and tools. Plus, personalization tools let you pick the content that you and your family like most of all.
- Customer Care. Rely on 24/7 coverage for help and support, whether by phone, email or live chat.

## Arkansas Time Warner Subscription Extras:

- **Arkansas Time Warner multiple unique email accounts** - one main account and at least four sub accounts, all included! Your family gets an exclusive account for each member of the family!
- **Arkansas Time Warner road Runner Messenger** - For instant messaging with your friends on Road Runner, AOL, CompuServe and Netscape.
- **Arkansas Time Warner personal Home Page Space** - For school projects or community group schedules and whenever you have information to share!
- **Arkansas Time Warner cable modem** (for connecting the Road Runner cable to your computer) Installation alternatives range from complete expert installation to an economic self-installation.

Compare Time Warner Arkansas Internet plans, prices, and sign up right online

## Time Warner Cable Internet Features

- Time Warner Arkansas Super-fast, always-on Internet connection.
- Time Warner Arkansas multiple email accounts.
- Time Warner Arkansas Latest world news and exclusive local content.
- Time Warner Arkansas tools to build your own home page.
- Time Warner Arkansas Road Runner Dial Access: Stay online while on the road with nationwide remote dial-up access.
- Time Warner Arkansas Road Runner Video Mail!

### Time Warner Internet Arkansas Locally

- Thousands of Jonesboro, Little Rock residents have already chosen Time Warner Arkansas cable Internet; how about You? The service is available in areas with the following area codes: 501, 870 .
- Know what's on and when by reading online Arkansas newspapers

such as The Jonesboro Sun , Arkansas Democrat-Gazette and Little Rock Free Press. Check the official Arkansas website http://www.ar.gov for housing information, new laws, vital statistics, and more.

- If you are considering starting or continuing studies, visit University of Arkansas Main Campus, University of Central Arkansas, University of the Ozarks, Williams Baptist College official websites for information on admissions, courses, faculty/staff, tuition fees, and student life.
- Watch your favorite University of Arkansas and Arkansas State, Texas Rangers, Dallas Stars, Dallas Cowboys and Dallas Mavericks in action by downloading game highlights, previews, commentaries, and more.

Our keyword list: internet time warner, cable internet time warner, internet phone time warner, high internet speed time warner, internet service time warner, internet road runner time warner, cable internet service time warner, cable internet phone time warner, internet time warner wireless, internet services time warner.

High speed internet is a mouse click away, check you if you qualify for Time Warner Internet services now

©2004-2006 EverythingDSL - All rights reserved.
Search for: Frame Relay, Comcast, Insight, EarthLink
Satellite, Broadband, Bresnan, Atlantic, Qwest
ISP, Cable Modem, DSL, Direcway, ADSL
Business Bandwith, Alltel, Mediacom, Adelphia
SBC Yahoo, Charter, Sprint, Embarq, Time Warner
ATT Yahoo, High Speed Telecomunications
DSL Providers, Cable Providers, Verizon DSL
Web Internet, Service, HughesNET

BBB RELIABILITY PROGRAM BBBOnLine

Legal | Privacy Policy | Terms And Conditions


33

Arkansas SECRETARY OF STATE Business/Commercial Services

SEARCH Go

Home
About the Office
Elections
Business / Commercial Services
Capitol Grounds
News
Educational Materials
Tours



## Search Incorporations, Cooperatives, Banks and Insurance Companies

| | |
|---|---|
| Corporation Name | DISNEY PUBLISHING WORLDWIDE |
| Fictitious Names | N/A |
| Filing # | 800093853 |
| Filing Type | Foreign For Profit Corporation |
| Filed under Act | For Bus Corp; 958 of 1987 |
| Status | Good Standing |
| Principal Address | |
| Reg. Agent | CORPORATION SERVICE COMPANY |
| Agent Address | 101 S SPRING ST STE 220<br>LITTLE ROCK, AR 72201 |
| Date Filed | 09/21/2006 |
| Officers | MARSHA L REED , Incorporator/Organizer |
| Foreign Name | N/A |
| Foreign Address | 500 SOUTH BUENA VISTA STREET<br>BURBANK, CA 91521 |
| State of Origin | CA |

**Purchase a Certificate of Good Standing for this Entity**

**Pay Franchise Tax for this corporation**

State Capitol, Rm 256
...le Rock, AR 72201
501-682-1010
Email

Use your browser's back button to return to the Search Results

Begin New Search

Site Map | Accessibility Policy | Privacy Statement | Security Statement