

Dockets.Justia.



That Bookstore in Blytheville is located in the lively downtown district o
Our cozy store is full of first-rate reading material. Author signings, spe
to community, and unsurpassed customer service are what you'll find h

Gift Cards    MyAccount    Help    Advanced Sea



STORE INFO

SEARCH                           QUICK BROWSE   Browse by Category

**That Bookstore in Blytheville**
316 W Main
Blytheville, AR 72315
Tel: 870-763-3333
Fax: 870-763-1125
> Email Us
> Hours

FROM OUR STORE

Award Winners

News

Book Sense Picks

BookSense Bestsellers

Local Bestsellers

Autographed Books

Signed Selections

Store Events

Links

**LOU HOLTZ COMES TO BLYTHEVILLE!**

Store Info

**Newsletter**

Join the Children's Book Club..........



## Search Results
You searched for **Keyword: washingtonienne.** Showing 1-3 of 3 results.



**The Washingtonienne(Trade Paperback)**
by Cutler, Jessica
**Format:** Trade Paperback
**Price:** $10.95
**Published:** Hyperion Books, 2006
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart



**The Washingtonienne(Hardcover (Cloth))**
by Cutler, Jessica
**Format:** Hardcover (Cloth)
**Price:** $23.95
**Published:** Hyperion Books, 2005
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart



**The Washingtonienne(Compact Disc)**
by Cutler, Jessica
**Format:** Compact Disc
**Price:** $24.98
**Published:** Hyperion Books, 2005
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart



That Bookstore in Blytheville is located in the lively downtown district o
Our cozy store is full of first-rate reading material. Author signings, spe
to community, and unsurpassed customer service are what you'll find h

Gift Cards    MyAccount    Help    Advanced Se

SEARCH                           QUICK BROWSE   Browse by Category

**STORE INFO**

**That Bookstore in Blytheville**
316 W Main
Blytheville, AR 72315
Tel: 870-763-3333
Fax: 870-763-1125
> Email Us
> Hours

**FROM OUR STORE**

Award Winners

News

Book Sense Picks

BookSense Bestsellers

Local Bestsellers

Autographed Books

Signed Selections

Store Events

Links

**LOU HOLTZ COMES TO BLYTHEVILLE!**

Store Info

**Newsletter**

Join the Children's Book Club..........



## Search Results
You searched for **Keyword: hyperion**. Showing 1-20 of 91 results.



**Hyperion(Mass Market Paperback)**
by Simmons, Dan
**Format:** Mass Market Paperback
**Price:** $7.99
**Published:** Spectra Books, 1990
**Inventory Status:** Usually Ships in 1-5 days

[Add To Cart]

**The Fall of Hyperion(Mass Market Paperback)**
by Simmons, Dan
**Format:** Mass Market Paperback
**Price:** $7.99
**Published:** Bantam Books, 1995
**Inventory Status:** Usually Ships in 1-5 days

[Add To Cart]

Image Not Available

**Fashion Kitty(Trade Paperback)**
by Harper, Charise Mericle, Hyperion Books for Children
**Format:** Trade Paperback
**Price:** $8.99
**Published:** Hyperion Books, 2005
**Inventory Status:** Usually Ships in 1-5 days

[Add To Cart]

Image Not Available

**Baby Einstein My Favorite Colors**
**(Baby Einstein (Special Formats))(Trade Paperback)**
by Aigner-Clark, Julie, Zaidi, Nadeem, Hyperion Books for Childr
**Format:** Trade Paperback
**Price:** $6.99
**Published:** Hyperion Books, 2003
**Inventory Status:** Usually Ships in 1-5 days

[Add To Cart]

**Desperate Housewives: Behind Closed Doors(Trade Paper**
by Hyperion Books
**Format:** Trade Paperback
**Price:** $17.95
**Published:** Hyperion Books, 2005

Thank you for visiting this BookSense store!

OFFERS



LEVENGER
TOOLS FOR



JOIN OUR MAILING LIST

[    ] GO

AFFILIATE PROGRAM

Become an Affiliate
Learn more about our affiliate program



**Inventory Status:** Usually Ships in 1-5 days

Add To Cart



**The New York Public Library Desk Reference (New York Public Library Desk Reference)(Hardcover (Cloth**
by Hyperion Books
**Format:** Hardcover (Cloth)
**Price:** $34.95
**Published:** Hyperion Books, 2002
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart



**Birnbaum's Walt Disney World for Kids, by Kids: Real Kids for the Most Awesome Vacation in the World (Birnbaum's Walt Disney World for Kids, by Kids)(Trade P**
by Hyperion Books
**Format:** Trade Paperback
**Price:** $10.95
**Published:** Disney Editions, 2000
**Inventory Status:** Special Order - Subject to Availability

Add To Cart



**Numbers and Shapes Discovery Cards (Baby Einstein (Special Formats))(Other)**
by Hyperion Books for Children
**Format:** Other
**Price:** $9.99
**Published:** Hyperion Books for Children, 2004
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart

Image Not Available

**Dance!(Hardcover (Cloth))**
by Jones, Bill T., Hyperion Press, Kuklin, Susan
**Format:** Hardcover (Cloth)
**Price:** $14.95
**Published:** Hyperion Books, 1998
**Inventory Status:** Special Order - Subject to Availability

Add To Cart



**First Word Book (Picture My World Books)(Hardcover (Cloth))**
by Hyperion Books for Children
**Format:** Hardcover (Cloth)
**Price:** $12.99
**Published:** Hyperion Books, 2002
**Inventory Status:** Out of Print

Add To Cart



**Baby Einstein in the Rain with Jane with Other
(Baby Einstein (Special Formats))(Trade Paperback)**
by Aigner-Clark, Julie, Zaidi, Nadeem, Hyperion Books for Childr
**Format:** Trade Paperback
**Price:** $6.99
**Published:** Hyperion Books, 2003
**Inventory Status:** Special Order - Subject to Availability

Add To Cart



**Spy Kids Activity Book: How to Be a Spy(Trade Paperback**
by Godwin, Parke, T/K, Hyperion Books
**Format:** Trade Paperback
**Price:** $3.99
**Published:** Miramax Books, 2001
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

Image Not Available

**Nature
(Picture My World Books)(Hardcover (Cloth))**
by Hyperion Books for Children
**Format:** Hardcover (Cloth)
**Price:** $8.99
**Published:** Hyperion Books, 2003
**Inventory Status:** Out of Print

Add To Cart



**Thank You, Teacher: Letters Celebrating Extraordinary Te
(Cloth))**
by Eisner, Michael, Hyperion Books
**Format:** Hardcover (Cloth)
**Price:** $9.95
**Published:** Disney Editions, 2000
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart



**Nature Discovery Cards
(Baby Einstein (Special Formats))(Other)**
by Hyperion Books for Children
**Format:** Other
**Price:** $9.99
**Published:** Hyperion Books for Children, 2003
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart

**Journeyman Wizard: A Magical Mystery (Hyperion Paperb
Paperback)**
by Zambreno, Mary Frances, Hyer, Carol, Hyer, Carol

**Format:** Trade Paperback
**Price:** $5.95
**Published:** Hyperion Books, 1996
**Inventory Status:** Out of Print

Add To Cart



Love Letters of a Lifetime: Romance in America(Hardcove
by Reeve, Dana, Hyperion Books
**Format:** Hardcover (Cloth)
**Price:** $15.95
**Published:** Hyperion Books, 2001
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

More of Brer Rabbit's Tricks (Hyperion Paperback)(Trade
by Rees, Ennis, Gorey, Edward, Gorey, Edward
**Format:** Trade Paperback
**Price:** $5.95
**Published:** Hyperion Books, 1994
**Inventory Status:** Out of Print

Add To Cart



Extreme Makeover: Home Edition: The Official Companion Paperback)
by Hyperion Books
**Format:** Trade Paperback
**Price:** $17.95
**Published:** Hyperion Books, 2005
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart

Animals
(Picture My World Books)(Hardcover (Cloth))
by Hyperion Books for Children
**Format:** Hardcover (Cloth)
**Price:** $8.99
**Published:** Hyperion Books, 2003
**Inventory Status:** Out of Print

Add To Cart

Search: [                    ] GO

© That Bookstore in Blytheville    Security & Privacy Policy    Copyright    tbib@sbcglobal.net



That Bookstore in Blytheville is located in the lively downtown district o
Our cozy store is full of first-rate reading material. Author signings, spe
to community, and unsurpassed customer service are what you'll find h

Gift Cards   MyAccount   Help   Advanced Se

SEARCH   QUICK BROWSE   Browse by Category

**STORE INFO**

**That Bookstore in Blytheville**
316 W Main
Blytheville, AR 72315
Tel: 870-763-3333
Fax: 870-763-1125
> Email Us
> Hours

**FROM OUR STORE**

Award Winners

News

Book Sense Picks

BookSense Bestsellers

Local Bestsellers

Autographed Books

Signed Selections

Store Events

Links

**LOU HOLTZ COMES TO BLYTHEVILLE!**

Store Info

Newsletter

Join the Children's Book Club..........



### Search Results
You searched for **Keyword: hyperion**. Showing 21-40 of 91 results.



**Birnbaum's Walt Disney World Without Kids: Expert Adv**
**Adults**
**(Birnbaum's Walt Disney World Without Kids: The Offici**
**Loving Adults)(Trade Paperback)**
by Hyperion Books
**Format:** Trade Paperback
**Price:** $12.95
**Published:** Disney Editions, 2000
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

---

Image Not Available

**Book Pack Level One: Eight Steps to Reading (Hyperion**
**Paperback)**
by Hyperion Books, Van Laan, Nancy, Meade, Holly
**Format:** Trade Paperback
**Price:** $16.95
**Published:** Hyperion Books, 1995
**Inventory Status:** Out of Print

Add To Cart

---

Image Not Available

**Li'l Sis and Uncle Willie: A Story Based on the Life and P**
**Johnson (Hyperion Paperback)(Trade Paperback)**
by Everett, Gwen, Johnson, William H., Johnson, William H.
**Format:** Trade Paperback
**Price:** $4.95
**Published:** Hyperion Books, 1994
**Inventory Status:** Out of Print

Add To Cart

---

Image Not Available

**Book Pack Level Three (Hyperion Paperback)(Trade Pap**
by Hyperion Books, Van Laan, Nancy, Meade, Holly
**Format:** Trade Paperback
**Price:** $16.95
**Published:** Hyperion Books, 1995
**Inventory Status:** Out of Print

Add To Cart

---

**Hyperion(Trade Paperback)**
by Simmons, Dan, Gardini, Carlos Alberto
**Format:** Trade Paperback
**Price:** $12.95

Thank you for visiting this BookSense store!

OFFERS





JOIN OUR MAILING LIST

 GO

AFFILIATE PROGRAM

Become an Affiliate
Learn more about our affiliate program



**Published:** Ediciones B, 2005
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart



For My Daughter on Her Wedding Day: A Keepsake Journ
Daughter(Hardcover (Cloth))
by Godwin, Parke, T/K, Hyperion Books
**Format:** Hardcover (Cloth)
**Price:** $16.95
**Published:** Hyperion Books, 2001
**Inventory Status:** Special Order - Subject to Availability

Add To Cart



Hyperion and Selected Poems
(German Library (Paperback), #22)(Trade Paperback)
by Holderlin, Friedrich, Santner, Eric L., Santner, Eric L.
**Format:** Trade Paperback
**Price:** $19.95
**Published:** Continuum International Publishing Group, 1990
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart



For My Daughter on the Birth of Her First Child: A Keepsa
Mother to Daughter(Hardcover (Cloth))
by TK, Hyperion Books
**Format:** Hardcover (Cloth)
**Price:** $16.95
**Published:** Hyperion Books, 2001
**Inventory Status:** Out of Print

Add To Cart



MDX Solutions: With Microsoft SQL Server Analysis Servi
Hyperion Essbase(Trade Paperback)
by Spofford, George, Harinath, Sivakumar, Webb, Christopher
**Format:** Trade Paperback
**Price:** $50.00
**Published:** John Wiley & Sons, 2005
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart

McDuff(Fabric)
by Hyperion, Wells, Rosemary
**Format:** Fabric
**Price:** $8.95
**Published:** Hyperion Books, 1998
**Inventory Status:** Special Order - Subject to Availability

Image Not Available

Add To Cart



**La Caida de Hyperion(Trade Paperback)**
by Simmons, Dan, Gardini, Carlos Alberto
**Format:** Trade Paperback
**Price:** $12.95
**Published:** Ediciones B, 2005
**Inventory Status:** Usually Ships in 1-5 days

Add To Cart

Image Not Available

**Birnbaum's Disneyland: Expert Advice from the Inside S( (Birnbaum's Disneyland Resort)(Trade Paperback)**
by Hyperion Books
**Format:** Trade Paperback
**Price:** $12.95
**Published:** Disney Editions, 2000
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

Image Not Available

**Mulan Postcard Book(Trade Paperback)**
by W. D. F. A. D. a., Hyperion Books
**Format:** Trade Paperback
**Price:** $9.95
**Published:** Disney Editions, 1998
**Inventory Status:** Special Order - Subject to Availability

Add To Cart



**The New Illustrated Treasury of Disney Songs: Complete Over 60 Popular Tunes(Trade Paperback)**
by Hyperion Books
**Format:** Trade Paperback
**Price:** $35.00
**Published:** Disney Editions, 1998
**Inventory Status:** Special Order - Subject to Availability

Add To Cart



**Hyperion(Trade Paperback)**
by Simmons, Dan
**Format:** Trade Paperback
**Price:** $25.00
**Published:** Doubleday Books, 1989
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

**Mickey's Gourmet Cookbook: Most Popular Recipes from Disneyland(Trade Paperback)**
by Hyperion Books
**Format:** Trade Paperback
**Price:** $11.95
**Published:** Disney Editions, 1994
**Inventory Status:** Special Order - Subject to Availability

[Add To Cart]



**Nancy Kerrigan: What's It Like to Be an Olympic Champi PBK)(Trade Paperback)**
by Kerrigan, Nancy, Woodwatd, Steve
**Format:** Trade Paperback
**Price:** $4.50
**Published:** Hyperion Books, 1996
**Inventory Status:** Out of Print

[Add To Cart]

**The Simplicity Reader(Hardcover (Cloth))**
by Hyperion Books
**Format:** Hardcover (Cloth)
**Price:** $9.99
**Published:** Hyperion Books, 2001
**Inventory Status:** Special Order - Subject to Availability

[Add To Cart]

**Your Horse's Teeth**
**(Allen Photographic Guides)(Trade Paperback)**
by Hyperion Books
**Format:** Trade Paperback
**Price:** $10.99
**Published:** Trafalgar Square Publishing, 2000
**Inventory Status:** Special Order - Subject to Availability

[Add To Cart]

**Hyperion(Trade Paperback)**
by Holderlin, Friedrich
**Format:** Trade Paperback
**Price:** $5.95
**Published:** SWAN Buch-Vertrieb GmbH, 1999
**Inventory Status:** Special Order - Subject to Availability

[Add To Cart]

< Previous Results

Search: [_____] [Go]

© That Bookstore in Blytheville   Security & Privacy Policy   Copyright   tbib@sbcglobal.net



That Bookstore in Blytheville is located in the lively downtown district o
Our cozy store is full of first-rate reading material. Author signings, spe
to community, and unsurpassed customer service are what you'll find h

Gift Cards   MyAccount   Help   Advanced Sea

STORE INFO    SEARCH       QUICK BROWSE   Browse by Category

**That Bookstore in Blytheville**
316 W Main
Blytheville, AR 72315
Tel: 870-763-3333
Fax: 870-763-1125
> Email Us
> Hours

FROM OUR STORE

Award Winners

News

Book Sense Picks

BookSense Bestsellers

Local Bestsellers

Autographed Books

Signed Selections

Store Events

Links

**LOU HOLTZ COMES TO BLYTHEVILLE!**

Store Info

**Newsletter**

Join the Children's Book Club..........



### Search Results
You searched for **Keyword: hyperion**. Showing 41-60 of 91 results.

**Trailer Maintenance**
**(Allen Photographic Guides)(Trade Paperback)**
by Hyperion Books
**Format:** Trade Paperback
**Price:** $10.99
**Published:** Hyperion Books, 2000
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

**Towing Horse Trailers**
**(Allen Photographic Guides)(Trade Paperback)**
by Hyperion Books
**Format:** Trade Paperback
**Price:** $10.99
**Published:** Hyperion Books, 2000
**Inventory Status:** Special Order - Subject to Availability

Add To Cart



**Best, Worst Day, the Hyperion Chapter**
**(Hyperion Chapters)(Trade Paperback)**
by Graves, Bonnie, Davis, Nelle, Davis, Nelle
**Format:** Trade Paperback
**Price:** $3.95
**Published:** Hyperion Books, 1996
**Inventory Status:** Out of Print

Add To Cart

**Full Moon Stories(Hardcover (Cloth))**
by Eagle, Turtle, Eagle-Walking, Hyperion Books
**Format:** Hardcover (Cloth)
**Price:** $15.95
**Published:** Hyperion Books, 1997
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

**The Fall of Hyperion(Trade Paperback)**
by Simmons, Dan
**Format:** Trade Paperback
**Price:** $25.00
**Published:** Doubleday Books, 1990
**Inventory Status:** Special Order - Subject to Availability

Thank you for visiting this BookSense store!

OFFERS



LEVENGER
TOOLS FOR



JOIN OUR MAILING LIST

[        ] GO

AFFILIATE PROGRAM

Become an Affiliate
Learn more about our affiliate program



[Add To Cart]

| Image Not Available | **Friends to the Rescue (Hyperion Paperbacks)(Hardcover (** by Orgel, Doris, Crgel, Doris<br>**Format:** Hardcover (Cloth)<br>**Price:** $10.10<br>**Published:** Turtleback Books Distributed by Demco Media, 1996<br>**Inventory Status:** Out of Print |

[Add To Cart]

| Image Not Available | **Fashion Kitty(Hardcover (Cloth))** by Harper, Charise Mericle, Hyperion Books for Children<br>**Format:** Hardcover (Cloth)<br>**Price:** $18.04<br>**Published:** Turtleback Books Distributed by Demco Media, 2005<br>**Inventory Status:** Special Order - Subject to Availability |

[Add To Cart]

| Image Not Available | **Official Movie Storybook(Hardcover (Cloth))** by Hyperion Books<br>**Format:** Hardcover (Cloth)<br>**Price:** $14.15<br>**Published:** Rebound by Sagebrush, 2001<br>**Inventory Status:** Special Order - Subject to Availability |

[Add To Cart]

| Image Not Available | **Pedro, His Perro and the Alphabet Sombrero(Hardcover (C** by Hyperion Books for Children<br>**Format:** Hardcover (Cloth)<br>**Price:** $3.99<br>**Published:** Hyperion Books for Children, 2001<br>**Inventory Status:** Special Order - Subject to Availability |

[Add To Cart]

| Image Not Available | **Hyperion(Trade Paperback)** by Simmons, Dan<br>**Format:** Trade Paperback<br>**Price:** $7.50<br>**Published:** Ediciones B, 1993<br>**Inventory Status:** Special Order - Subject to Availability |

[Add To Cart]

Caida de Hyperion, La(Trade Paperback)

Image Not Available

by Simmons, Dan
**Format:** Trade Paperback
**Price:** $7.50
**Published:** Ediciones B, 1993
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

Image Not Available

Assorted Pooh Valentines(Trade Paperback)
by Hyperion
**Format:** Trade Paperback
**Price:** $12.45
**Published:** Disney Press, 1999
**Inventory Status:** Special Order - Subject to Availability

Add To Cart



Babyon 5: Ship Pain - Hyperion
(Babylon 5 (Mongoose Publishing))(Trade Paperback)
**Format:** Trade Paperback
**Price:** $19.95
**Published:** Mongoose Publishing, 2006
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

Image Not Available

Brer Rabbit and His Tricks (Hyperion Paperback)(Trade Pa
by Rees, Ennis, Gorey, Edward, Gorey, Edward
**Format:** Trade Paperback
**Price:** $5.95
**Published:** Hyperion Books, 1994
**Inventory Status:** Out of Print

Add To Cart

Image Not Available

The Hyperion Handbook(Hardcover (Cloth))
by Antonovich, Michael
**Format:** Hardcover (Cloth)
**Price:** $16.95
**Published:** Prentice Hall, 1984
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

Image Not Available

Manuscript Poems in the British Library; Facsimiles of the
& of George Keats' Notebook of Holographs & Transcripts
(Manuscripts of the Younger Romantics)(Hardcover (Cloth
by Keats, John
**Format:** Hardcover (Cloth)
**Price:** $82.50
**Published:** Garland Publishing, 1989
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

Image Not Available

**Christopher Davis's Best Year Yet: Hyperion Chapters; Gra (Hyperion Chapters)(Trade Paperback)**
by Wohl, Lauren, Reed, Mike, Reed, Mike
**Format:** Trade Paperback
**Price:** $3.95
**Published:** Hyperion Books, 1995
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

Image Not Available

**The Secret of Roan Inish (Hyperion Paperback)(Trade Pap**
by Fry, Rosalie
**Format:** Trade Paperback
**Price:** $4.95
**Published:** Hyperion Books, 1995
**Inventory Status:** Out of Print

Add To Cart



**Witch Graphic Novel #02(Trade Paperback)**
by Hyperion Books
**Format:** Trade Paperback
**Price:** $4.99
**Published:** Hyperion Books, 2005
**Inventory Status:** Out of Print

Add To Cart

Image Not Available

**Say Cheese, Medusa!(Hardcover (Cloth))**
by Hyperion Books for Children
**Format:** Hardcover (Cloth)
**Price:** $9.99
**Published:** Hyperion Books for Children, 2002
**Inventory Status:** Out of Print

Add To Cart

< Previous Results

Search: [        ] GO

© That Bookstore in Blytheville    Security & Privacy Policy    Copyright    tbib@sbcglobal.net



That Bookstore in Blytheville is located in the lively downtown district o
Our cozy store is full of first-rate reading material. Author signings, spe
to community, and unsurpassed customer service are what you'll find h

Gift Cards    MyAccount    Help    Advanced Se

SEARCH    QUICK BROWSE    Browse by Category

## STORE INFO

**That Bookstore in Blytheville**
316 W Main
Blytheville, AR 72315
Tel: 870-763-3333
Fax: 870-763-1125
> Email Us
> Hours

**FROM OUR STORE**

Award Winners

News

Book Sense Picks

BookSense Bestsellers

Local Bestsellers

Autographed Books

Signed Selections

Store Events

Links

**LOU HOLTZ COMES TO BLYTHEVILLE!**

Store Info

**Newsletter**

Join the Children's Book Club..........



### Search Results
You searched for **Keyword: hyperion**. Showing 61-80 of 91 results.

**A Bug's Life Postcard Book: 30 Full-Color Postcards from Send, and Enjoy(Trade Paperback)**
by Hyperion Books, Disney Studios, Pixar Animation Studios
**Format:** Trade Paperback
**Price:** $9.95
**Published:** Disney Editions, 1998
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

*Image Not Available*

**Disney's Snow White and the Seven Dwarfs: A Postcard B Paperback)**
by Hyperion Books, Walt Disney Productions
**Format:** Trade Paperback
**Price:** $8.95
**Published:** Disney Editions, 1994
**Inventory Status:** Special Order - Subject to Availability

Add To Cart



**Visit from Saint Nicholas: And Santa Mouse Too! (Visit from St. Nick, #1)(Hardcover (Cloth))**
by Mouse, Clement C., Hyperion, Moore, Clement Clarke
**Format:** Hardcover (Cloth)
**Price:** $12.95
**Published:** Hyperion Books, 1998
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

*Image Not Available*

**Christopher Davis's Best Year Yet: Hyperion Chapters; Gr (Hyperion Chapters)(Hardcover (Cloth))**
by Wohl, Lauren, Reed, Mike, Reed, Mike
**Format:** Hardcover (Cloth)
**Price:** $13.95
**Published:** Hyperion Books, 1995
**Inventory Status:** Special Order - Subject to Availability

Add To Cart

**Hyperion(Analog Audio Cassette)**
by Simmons, Dan, Cazenove, Christopher
**Format:** Analog Audio Cassette
**Price:** $25.00
**Published:** Audio Literature, 2000