| | | |
|---|---|---|
| EDWARD L. WRIGHT (1903-1977)<br>ROBERT LINDSEY (1991)<br>ALSTON JENNINGS (1917-2004)<br>JOHN G. LILE<br>GORDON S. RATHER, JR.<br>MARTIN G. GILBERT<br>ROGER A. GLASGOW<br>ALSTON JENNINGS, JR.<br>JOHN R. TISDALE<br>JOHN WILLIAM SPIVEY III<br>LEE J. MULDROW<br>N.M. NORTON<br>CHARLES C. PRICE (1)<br>CHARLES T. COLEMAN<br>JAMES J. GLOVER<br>EDWIN L. LOWTHER, JR.<br>GREGORY T. JONES (2)<br>BETTINA E. BROWNSTEIN (3)<br>WALTER McSPADDEN<br>JOHN D. DAVIS<br>JUDY SIMMONS HENRY<br>KIMBERLY WOOD TUCKER<br>RAY F. COX, JR. (7)<br>TROY A. PRICE<br>PATRICIA SIEVERS HARRIS<br>KATHRYN A. PRYOR<br>J. MARK DAVIS (3) | **WRIGHT, LINDSEY & JENNINGS LLP**<br>ATTORNEYS AT LAW<br><br>200 WEST CAPITOL AVENUE, SUITE 2300<br>LITTLE ROCK, ARKANSAS 72201-3699<br>(501) 371-0808   FAX (501) 376-9442<br><br>903 NORTH 47TH STREET, SUITE 101<br>ROGERS, ARKANSAS 72756<br>(479) 986-0888   FAX (479) 986-8932<br><br>www.wlj.com<br><br>OF COUNSEL<br>RONALD A. MAY<br>ISAAC A. SCOTT, JR.<br>BRUCE R. LINDSEY (2)<br>JAMES R. VAN DOVER<br>ELGIN R. CLEMONS, JR. (6)<br><br>Writer's Direct Dial No. 501-212-1299<br>chancock@wlj.com<br>Reply to Little Rock Office | CLAIRE SHOWS HANCOCK (4)<br>JERRY J. SALLINGS<br>WILLIAM STUART JACKSON<br>MICHAEL D. BARNES<br>STEPHEN R. LANCASTER<br>JUDY ROBINSON WILBER<br>KYLE R. WILSON<br>C. TAD BOHANNON (3)<br>J. CHARLES DOUGHERTY (7)<br>M. SEAN HATCH<br>J. ANDREW VINES<br>JUSTIN T. ALLEN<br>MICHELLE M. KAEMMERLING (5)<br>SCOTT ANDREW IRBY<br>PATRICK D. WILSON<br>DAVID P. GLOVER<br>REGINA A. YOUNG<br>PAUL D. MORRIS<br>EDWARD RIAL ARMSTRONG<br>DAWN D. JACKSON<br>CALEY B. VO<br>COLIN R. JORGENSEN<br>GARY D. MARTS, JR.<br>ERIC BERGER<br>MARK N. OHRENBERGER<br>KATHRYN M. MARTINEZ<br><br>Also licensed to Practice in<br>1   Michigan<br>2   District of Columbia<br>3   Texas<br>4   New York<br>5   North Carolina<br>6   Licensed in New York only<br>7   Licensed to practice before the United<br>    States Patent and Trademark Office |

October 13, 2006

VIA FACSIMILE ((501)604-5149) and U.S. Mail
Ms. Eileen Harrison
Chambers of the Honorable William R. Wilson, Jr.
U.S. District Courthouse
600 West Capitol Avenue, Suite 423
Little Rock, Arkansas 72201

Re:   *Robert Steinbuch v. Jessica Cutler, et al.*
      United States District Court for the Eastern District of Arkansas, No. 4:06-CV-620WRW

Dear Ms. Harrison:

Per our conversation yesterday, I write on behalf of defendants Home Box Office, Inc. and Time Warner Inc. requesting permission of the Court to file a brief reply to plaintiff's response to HBO's and Time Warner's motion to dismiss the complaint in this action. If the Court is agreeable to such a filing, HBO and Time Warner anticipate filing within ten business days of service of plaintiff's response, *i.e.*, on or before October 25, 2006.

Thank you for your attention to and courtesy in this matter.

Sincerely,

WRIGHT, LINDSEY & JENNINGS LLP

*Claire Hancock*
Claire Shows Hancock

**EXHIBIT A**

Dockets.Justia.com

WRIGHT, LINDSEY & JENNINGS LLP

Eileen Harrison
October 13, 2006
Page 2

cc:     All counsel of record