IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT STEINBUCH                                                    PLAINTIFFS

v.                      CASE NO.  4:06-CV-620-WRW

JESSICA CUTLER; HYPERION BOOKS;
DISNEY PUBLISHING WORLDWIDE;
HOME BOX OFFICE; and TIME WARNER                                    DEFENDANTS

## MOTION TO WITHDRAW AS COUNSEL

Beth Deere, for her Motion to Withdraw as Counsel, states:

1.      Beth Deere is leaving the private practice of law on January 1, 2007, and, therefore, respectfully moves that she be permitted to withdraw as counsel in this case.

2.      No party will be prejudiced by the granting of this motion.

WHEREFORE, Movant prays that her motion be granted, that she be permitted to withdraw as counsel, and that she be granted all proper relief.

Respectfully submitted,

WILLIAMS & ANDERSON PLC
111 Center Street, 22nd Floor
Little Rock, Arkansas  72201
(501)396-8816

By:       /s/ Beth Deere
       Beth Deere  (AR Bar # 86050)

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was served according to this Court's provision for service as set forth in the pretrial orders and sent to the following counsel of record as indicated below on this 29th day of December, 2006:

Jonathan Rosen, Esquire
1645 Lamington Road
Bedminster, NJ  07921

*Attorney for Plaintiff*

                                          /s/Beth Deere
                                        Beth Deere