# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ROBERT STEINBUCH**                                                     **PLAINTIFF**

**VS.**                        **4:06CV00620-WRW**

**JESSICA CUTLER; HYPERION BOOKS;**
**DISNEY PUBLISHING WORLDWIDE;**
**HOME BOX OFFICE; AND TIME WARNER**       **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims be DISMISSED WITH PREJUDICE for lack of personal jurisdiction.

DATED this 7th day of February, 2007.

                                                /s/Wm. R. Wilson, Jr.
                                   UNITED STATES DISTRICT JUDGE