UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
---------------------------------------------------------------X
ROBERT STEINBUCH,

                   Plaintiff

  - against -                                No. 4:06CV00620-WRW

JESSICA CUTLER, HYPERION BOOKS, DISNEY
PUBLISHING WORLDWIDE, HOME BOX OFFICE,
TIME WARNER,

                 Defendants.
---------------------------------------------------------------X

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff hereby appeals to the United States Court of Appeals for the Eighth Circuit from all aspects of the Order and Judgment dated February 7, 2007 signed by Hon. William R. Wilson.

Dated: February 28, 2007

                                                               Jonathan Rosen, Esq.
                                                               1645 Lamington Rd.
                                                               Bedminster, NJ 07921
                                                               (908) 759-1116
                                                               Attorney for Plaintiff

```
Court Name: EASTERN DISTRICT OF ARKANSAS
Division: 4
Receipt Number: LIT004945
Cashier ID: japige
Transaction Date: 03/05/2007
Payer Name: ROBERT F STEINBUCH
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: ROBERT F STEINBUCH
 Case/Party: D-ARE-4-06-CV-000620-001
 Amount:         $455.00
------------------------------------
CHECK
 Check/Money Order Num: 1013
 Amt Tendered: $455.00
------------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $45 fee will
be charged for a returned check."
```