U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

**Caption:** Steinbuch v. Cutler et al

**Date: 3/5/07**

**Case:** 4:06cv00620 WRW

**Appellant (s)** Robert Steinbuch

**Appellant's Attorney:** Jonathan S Rosen

**Appellee (s):** Jessica Cutler, et al

**Appellee's Attorney:** Jess L Askew, III; Philip S Anderson; Clayborne S. Stone; Claire Hancock; Gary Marts, Jr.

**Court Reporter(s): N/A**

**Name of Person who prepared appeal:** Doris Collins

| Length of Trial (# of days) | Fee Paid? Y/N: | IFP Granted Y/N | Pending IFP Motion Pending? Y/N |
|---|---|---|---|
| N/A | Y | | |
| | | | |

| Counsel Retained/Appointed/Pro Se | Pending Post Judgment Motions? Y/N | Local Interest Y/N | Simultaneous Release? Y/N |
|---|---|---|---|
| Retained | N | N | N |

**CRIMINAL CASES/PRISONER PRO SE CASES ONLY**
Is defendant incarcerated?   Reporting Date:

**Please list all other defendants in this case if there were multiple defendants:**

**SPECIAL COMMENTS:**