# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 07, 2007

Mr. Jonathan S. Rosen
1645 Lamington Road
Bedminster, NJ 07921

      RE: 07-1509 Robert Steinbuch v. Jessica Cutler, et al

Dear Mr. Rosen::

      The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs are available on our website, the address of which is shown above.

      Within 10 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Dockets.Justia.com

      Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

      If you have any questions about the schedule or procedures for the case, please contact our office.

                                  Michael E. Gans
                                  Clerk of Court

psa

Enclosure(s)

cc: Mr. Philip S. Anderson
    Mr. Jess Askew III
    Ms. Claire Shows Hancock
    Mr. Gary D. Marts Jr.
    Mr. Jim McCormack
    Mr. Clayborne S. Stone

    District Court/Agency Case Number(s):  4:06-cv-00620-WRW

**Caption For Case Number:   07-1509**

**Robert Steinbuch,**

        **Plaintiff - Appellant**

**v.**

**Jessica Cutler; Hyperion Books; Disney Publishing Worldwide; Home Box Office; Time Warner,**

        **Defendants - Appellees**

**Addresses For Case Participants:   07-1509**

Mr.  Jonathan S. Rosen
1645 Lamington Road
Bedminster,  NJ  07921

Mr.  Philip S. Anderson
WILLIAMS & ANDERSON
111 Center Street
Suite 2200 Stephens Building
Little Rock,  AR  72201-0000

Mr.  Jess Askew III
WILLIAMS & ANDERSON
111 Center Street
Suite 2200 Stephens Building
Little Rock,  AR  72201-0000

Ms.  Claire Shows Hancock
WRIGHT & LINDSEY
200 W. Capitol Avenue
Suite 2300
Little Rock,  AR  72201-3699

Mr.  Gary D. Marts Jr.
WRIGHT & LINDSEY
200 W. Capitol Avenue
Suite 2300
Little Rock,  AR  72201-3699

Mr.  Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
600 W. Capitol Avenue
Room 402
Little Rock,  AR  72201-0000

Mr.  Clayborne S. Stone
WILLIAMS & ANDERSON
111 Center Street
Suite 2200 Stephens Building
Little Rock,  AR  72201-0000



| | | |
|---|---|---|
| Chris_Werner@ca8.uscourts.gov<br>03/07/2007 01:40 PM | To | ared_appeals@ared.uscourts.gov |
| | cc | |
| | bcc | |
| | Subject | Activity in Case 07-1509 Robert Steinbuch v. Jessica Cutler, et al "CIVIL case docketed" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**Notice of Docket Activity**

The following transaction was filed on 03/07/2007
**Case Name:**         Robert Steinbuch v. Jessica Cutler, et al
**Case Number:**       07-1509
**Document(s):**       Document(s)


**Docket Text:**
Civil case docketed. [3285789] [07-1509]

The following document(s) are associated with this transaction:
**Document Description:** form(s) sent
**Original Filename:**
/opt/ACECF/live/forms/pagathen_071509_3285789_CivilDocketingLetters_104.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=03/07/2007] [FileNumber=3285789-0]
[474f60d74d573630faee92a3c4354dde21537e6038f51d18d63db7494c34a90095c080d24d7eb90
853122e54b6efef901456842a90a15459d1d3eb4f22357405]]

**07-1509 Notice will be electronically mailed to:**

Askew, Jess, III
Hancock, Claire Shows
McCormack, Jim
Stone, Clayborne S.


**07-1509 Notice will be mailed to:**


Anderson, Philip S.
WILLIAMS & ANDERSON
111 Center Street

Suite 2200 Stephens Building
Little Rock, AR 72201-0000

Marts, Gary D., Jr.
WRIGHT & LINDSEY
200 W. Capitol Avenue
Suite 2300
Little Rock, AR 72201-3699

Rosen, Jonathan S.
1645 Lamington Road
Bedminster, NJ 07921

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 3285789
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 3470588