# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

## APPEAL BRIEFING SCHEDULE ORDER

Appeal No.    07-1509    Robert Steinbuch v. Jessica Cutler, et al

Date:         March 07, 2007

## APPEAL REQUIREMENTS

1. Complete and file immediately:
   A. Appeal Information Form. See 8th Cir. R. 3B.
   B. Corporate Disclosure Statement. See 8th Cir. R. 26.1A.
   C. Entry of Appearance Form.
      Appeal Information Forms and Appearance Forms are available at:
      www.ca8.uscourts.gov/newcoa/forms.htm

2. Prepare the Record on Appeal:
   A. Within 10 days, confer with opposing counsel and determine the method of Appendix preparation. See FRAP 30 and 8th Cir. R. 30A.
   B. Within 10 days, order any transcripts required for the appeal and arrange for payment. If no transcript is required, file a certificate of waiver. See FRAP 10(b). Appellee should order any additional transcripts within 10 days of appellant's order.
   C. Review the "Record on Appeal" at:  www.ca8.uscourts.gov/newcoa/appealInfo.htm .

3. Review "Briefing Checklist" and "Pointers on Preparing Briefs" at:
   www.ca8.uscourts.gov/newcoa/appealInfo.htm .

## GENERAL INFORMATION

The following filing dates are established for the appeal. The dates will only be extended upon the filing of a timely motion establishing good cause for an extension of time. An extension of time automatically extends the filing date for the responding or replying party's brief. Dates are advanced if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and FRAP 31 for provisions governing filing and service, as well as computing and extending time.

The Federal Rules of Appellate Procedure and the Eighth Circuit's Local Rules may be found at www.ca8.uscourts.gov/newcoa/publs/publs.htm

The Practitioner's Handbook and the Court's Internal Operating Procedures may also be found at the same address.

Dockets.Justia.com

## APPEAL BRIEFING SCHEDULE
## FILING DATES:

Method of Appendix Preparation Notification. . . . . . . . . . . . . . . . . . . . . . . **10 days from today**

Designation & Statement of Issues-Appellant . . . . . . . . . . . . . . . . . . . . . . **10 days from today**

Designation of Record-Appellee. . . . . . . . . . **10 days from service of appellant's designation**

Appendix (3 copies) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **04/26/2007**
    ( Robert  Steinbuch )

Appellant Brief with addendum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **04/26/2007**
    ( Robert  Steinbuch )

Appellee Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . .**30 days from service of Appellant Brief**

Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**14 days from service of Appellee Brief**


## ALL BRIEFS AND APPENDICES SHOULD BE
## FILED WITH THE ST. LOUIS OFFICE



| | | |
|---|---|---|
| **Chris_Werner@ca8.uscourts.gov**<br>03/07/2007 01:46 PM | To | ared_appeals@ared.uscourts.gov |
| | cc | |
| | bcc | |
| | Subject | Activity in Case 07-1509 Robert Steinbuch v. Jessica Cutler, et al "Civil Briefing Schedule Set" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**Notice of Docket Activity**

The following transaction was filed on 03/07/2007

| | |
|---|---|
| **Case Name:** | Robert Steinbuch v. Jessica Cutler, et al |
| **Case Number:** | 07-1509 |
| **Document(s):** | Document(s) |

**Docket Text:**
BRIEFING SCHEDULE SET AS FOLLOWS: Appendix due 04/26/2007. Brief appellant, Robert Steinbuch due 04/26/2007 Appellee brief is due 30 days following service of appellant's brief. Appellant reply brief is due 14 days following service of appellee brief. [3285795] [07-1509]

The following document(s) are associated with this transaction:
**Document Description:** form(s) sent
**Original Filename:**
/opt/ACECF/live/forms/pagathen_071509_3285795_AppealBriefingSchedule_172.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=03/07/2007] [FileNumber=3285795-0]
[9b9ffecefbc57eb19d350508021132de68f1d149b53587db2b3f8d50676a3fbd5e33707cd295b7ae
731cccd19d0f4ea6f50170bc545cb8847768743b6330b71c]]

**07-1509 Notice will be electronically mailed to:**

Askew, Jess, III
Hancock, Claire Shows
McCormack, Jim
Stone, Clayborne S.

**07-1509 Notice will be mailed to:**

Anderson, Philip S.
WILLIAMS & ANDERSON
111 Center Street
Suite 2200 Stephens Building
Little Rock, AR 72201-0000

Marts, Gary D., Jr.
WRIGHT & LINDSEY
200 W. Capitol Avenue
Suite 2300
Little Rock, AR 72201-3699

Rosen, Jonathan S.
1645 Lamington Road
Bedminster, NJ 07921

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3285795
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 3470596