IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT STEINBUCH                                                                        PLAINTIFF

vs                                         4:06CV00620-WRW

JESSICA CUTLER AND
HYPERION BOOKS                                                                       DEFENDANTS

## ORDER

An Initial Scheduling Order was entered in this case on April 29, 2008. The parties filed their Rule 26(f) Report on July 17, 2008. Pursuant to the Rule 26(f) Report and the Mandate of the Eighth Circuit Court of Appeals, the parties may begin jurisdictional discovery immediately. Defendant, Hyperion Books, will have until 5:00 p.m. Monday, October 6, 2008, to re-file it's Motion to Dismiss and Plaintiff, Robert Steinbuch, will have until 5:00 p.m. Monday, November 3, 2008, to file his Response to the Motion to Dismiss. Merits discovery will begin, and a Final Scheduling Order will be issued, after the resolution of Defendant's Motion to Dismiss.

IT IS SO ORDERED this 22nd day of July, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

ord.discovery.wpd