UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT STEINBUCH**                                                               **PLAINTIFF**

v.                              **Case No.: 4-06 CV0000620 JLH**

**JESSICA CUTLER AND**
**HYPERION BOOKS**                                                 **DEFENDANTS**

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Defendant Hyperion, an imprint of Buena Vista Books, Inc. ("Hyperion"), for its motion to admit counsel *pro hac vice*, states:

1. Nathan E. Siegel is a member of the law firm of Levine Sullivan Koch & Schulz, L.L.P., 1050 17th Street N.W., Washington, D.C. 20030.

2. Mr. Siegel is a member in good standing of the Bars of Maryland, New York, and the District of Columbia and is admitted in good standing in the United States District Courts for the District of Maryland, the District of Columbia, and the Southern District of New York.

3. John B. O'Keefe is an associate of the law firm of Levine Sullivan Koch & Schulz, L.L.P., resident in its Washington, D.C., office.

4. Mr. O'Keefe is a member in good standing of the Bars of Virginia and the District of Columbia and is admitted in good standing in the United States District Courts for the Eastern District of Virginia, the Western District of Virginia, and the District of Columbia.

5. Mr. Siegel and Mr. O'Keefe state and affirm that they will comply with the Local Rules of the United States District Court for the Eastern District and Western District of Arkansas, and all procedures and requirements of this Court.

6.  Mr. Siegel and Mr. O'Keefe request admittance to appear and participate as counsel for defendant Hyperion.

7.  In accordance with Local Rule 83.5(d), Hyperion designates Philip S. Anderson and Clayborne S. Stone of Williams & Anderson PLC, members in good standing of the Arkansas Bar and with this Court, as its local counsel. Mr. Anderson's Arkansas State Bar number is 60001. Mr. Stone's Arkansas State Bar number is 2003102.

8.  WHEREFORE, defendant Hyperion respectfully requests that its motion to admit counsel *pro hac vice* be granted and that Nathan E. Siegel and John B. O'Keefe be permitted to appear and participate as counsel for Hyperion in this matter.

> WILLIAMS & ANDERSON PLC
> Twenty-Second Floor
> 111 Center Street
> Little Rock, AR 72201
> 501.372.0800
> cstone@williamsanderson.com
> psa@williamsanderson.com
>
> By:  /s/ Clayborne S. Stone
> Philip S. Anderson, Ark. Bar. No. 60001
> Clayborne S. Stone, Ark. Bar No. 2003102
>
> *Attorneys for Hyperion, an imprint of Buena Vista Books, Inc.*
>
> And
>
> LEVINE SULLIVAN KOCH & SCHULZ, L.L.P
> 1050 17th Street, N.W., Suite 800
> Washington, D.C. 20030
> 202.508.1100
> nsiegel@lskslaw.com
> jokeefe@lskslaw.com

By: /s/ Nathan E. Siegel
Nathan E. Siegel

By: /s/ John B. O'Keefe
John B. O'Keefe

**CERTIFICATE OF SERVICE**

I certify that on this 4th day of June, 2009, I served a copy of the foregoing document via the Court's ECF/Pacer electronic filing system upon the following persons:

Jonathan Rosen, Esquire
1645 Lamington Road
Bedminster, NJ 07921

/s/ Clayborne S. Stone

3